IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN MIDDLEBROOKS<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.; TEVA PHARMACEUTICAL INDUSTRIES LIMITED<br><br>Defendants. | CIVIL ACTION NO. 17-0412<br><br>FILED<br>APR 25 2017<br>KATE BARKMAN, Clerk<br>By_____Dep. Clerk |

**STIPULATION FOR PLAINTIFF'S FILING SECOND AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties in the above action that Plaintiff, Stephen Middlebrooks, shall file a Second Amended Complaint against Defendants, Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Limited.

/s/ Caren N. Gurmankin
Caren N. Gurmankin, Esq.
**Console Mattiacci Law LLC**
1525 Locust Street, 9th Floor
Philadelphia, PA 19102
*Attorney for Plaintiff*

/s/ Larry J. Rappoport
Larry J. Rappoport, Esq.
Jennifer A. Ermilio, Esq.
**Stevens & Lee**
1818 Market Street, 29th Floor
Philadelphia, PA 19103
*Attorneys for Defendants*

Dated: April 25, 2017

[Signature] 4/28/17
J.