IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN MIDDLEBROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:17-cv-00412-LS |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANT TEVA** |
| TEVA PHARMACEUTICALS USA, INC. | ) | **PHARMACEUTICAL INDUSTRIES,** |
| and  TEVA PHARMACEUTICAL | ) | **LTD.'S MOTION TO DISMISS** |
| INDUSTRIES, LTD., | ) | **PLAINTIFF'S SECOND AMENDED** |
| | ) | **COMPLAINT AGAINST TEVA** |
| Defendants. | | **PHARMACEUTICAL INDUSTRIES,** |
| | | **LTD.** |

WHEREFORE, Defendant Teva Pharmaceutical Industries, Ltd. ("Teva Israel") requests that the Court dismiss Teva Israel from this action pursuant to Fed. R. Civ. P. 12(b)(6) for failure to exhaust administrative remedies and pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction.  In support of this Motion, Teva Israel submits the accompanying Brief, along with the affidavits of Doron Herman and Christopher Swartz.  A Proposed Order is filed herewith.

Date: May 9, 2017

Respectfully submitted,

*/s/ Larry J. Rappoport*
Larry J. Rappoport, Esquire
STEVENS & LEE, P.C.
Attorney ID No. 26922
1818 Market Street
29th Floor
Philadelphia, PA  19103
Phone: (215) 496-3839
Email:  ljr@stevenslee.com
Jennifer A. Ermilio, Esquire
Attorney ID No. 82062
620 Freedom Business Center, Suite 200
King of Prussia, PA  19406
Phone:  (610) 205-6044
Email: jae@stevenslee.com