# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHEN MIDDLEBROOKS,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | **NO. 17-00412** |
| | : | |
| **TEVA PHARMACEUTICALS** | : | |
| **USA, INC. and TEVA** | : | |
| **PHARMACEUTICAL INDUSTRIES** | : | |
| **LTD.,** | : | |
| Defendants. | : | |

# **O R D E R**

**AND NOW**, this 1st day of February, 2018, upon consideration of the defendant's Motion for a protective order to preclude the deposition of Thomas McDonough, Esq. (Doc. No. 24), the plaintiff's response (Doc. No. 25), and after a conference on the motion, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C.J.