# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN MIDDLEBROOKS, : | |
| : | |
| Plaintiff, : | Case No.: 17-00412 |
| : | |
| v. : | |
| : | |
| TEVA PHARMACEUTICALS USA, INC. : | |
| and TEVA PHARMACEUTICAL : | |
| INDUSTRIES, LTD., : | |
| : | |
| Defendants. : | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(b), Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd. (collectively "Defendants") hereby move for summary judgment on Plaintiff's Second Amended Complaint (the "Complaint") and in support thereof rely upon the arguments and authorities set forth in accompanying Memorandum of Law. Defendants respectfully request that the Court grant summary judgment under Rule 56 of the Federal Rules of Civil Procedure in this matter in favor of Defendants and dismiss Plaintiff's Complaint with prejudice.

Dated: July 25, 2018

                Respectfully submitted,

                STEVENS & LEE

                By: /s/ Larry J. Rappoport
                   *Larry J. Rappoport, Esquire*
                   Attorney ID No. 26922
                   1818 Market Street
                   29th Floor
                   Philadelphia, PA  19103
                   Phone: (215) 496-3839
                   Email:  ljr@stevenslee.com
                   *Jennifer A. Ermilio, Esquire*
                   Attorney ID No. 82062

620 Freedom Business Center, Suite 200
King of Prussia, PA  19406
Phone:  (610) 205-6044
Email: jae@stevenslee.com

*Attorneys for Defendants, Teva Pharmaceuticals*
*USA, Inc. and Teva Pharmaceutical Industries, Ltd.*

## CERTIFICATE OF SERVICE

I, Larry J. Rappoport, Esquire, hereby certify that Defendants' Motion for Summary Judgment, Supporting Brief, Proposed Order and Statement of Undisputed Material Facts, along with an Index of Exhibits were filed electronically on July 18, 2018 and are available for viewing on the Court's ECF system.

Dated: July 18, 2018           /s/ Larry J. Rappoport
                               Larry J. Rappoport