## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN MIDDLEBROOKS, | : |
| Plaintiff, | : Case No.: 17-00412 |
| v. | : |
| TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES, LTD., | : |
| Defendants. | : |

## **ORDER**

AND NOW, this ____ day of _____, 2018, upon consideration of the Defendants' Motion for Summary Judgment and Plaintiffs' Response thereto, IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment is GRANTED.

BY THE COURT:

_____ J.