## **CERTIFICATE OF SERVICE**

I certify that on this date, Defendants' Motion for Summary Judgment; Defendants' Memorandum of Law in Support of their Motion for Summary Judgment; Defendants' Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment; the Index of Exhibits Submitted in Support of Defendants' Motion for Summary Judgment; and a proposed Order were filed electronically and are available for viewing on the Court's ECF system.

*/s/ Larry J. Rappoport*
Larry J. Rappoport

Date: July 25, 2018