IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN MIDDLEBROOKS : | CIVIL ACTION NO. 17-0412 |
| : | |
| Plaintiff, : | |
| v. : | |
| : | |
| TEVA PHARMACEUTICALS : | |
| USA, INC.; TEVA PHARMACEUTICAL : | |
| INDUSTRIES LIMITED : | |
| : | |
| Defendants. : | |

### INDEX OF PLAINTIFF'S EXHIBITS SUBMITTED IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| 1 | Deposition of Nir Aharoni |
| 2 | Deposition of Plaintiff, Stephen Middlebrooks |
| 3 | Deposition of Karin Shanahan |
| 4 | Deposition of Mini Rodriguez |
| 5 | Deposition of Jennifer Flaisher |
| 6 | Leadership & Development: Executive Coaching Form (Dep. Ex. P-107) |
| 7 | 9/2014 email enclosing Leadership & Development: Executive Coaching Form (Dep. Ex. P-105) |
| 8 | 10/12/15 email attaching initial draft of 2015 mid review for Stephen Middlebrooks (Dep Ex. P-25) |
| 9 | Deposition of Ilanit Strouchler |
| 10 | 10/2015 emails regarding issues with Aharoni and Shemtov (Dep. Ex. P-18) |
| 11 | Deposition of Ellen Cicak |
| 12 | Deposition of Troy Gaugler |
| 13 | Deposition of John Eppley |
| 14 | Deposition of Ray Duggan |
| 15 | Deposition of Leander Jones |
| 16 | GFM Organizational Chart (Dep. Ex. P-9) |
| 17 | Plaintiff's EEOC Charge (Dep. Ex. P-56) |
| 18 | 12/13/2015 email from Plaintiff to Aharoni re: PIP scorecard summary report (Dep. Ex. P-32) |
| 19 | 12/15/2015 email from Plaintiff to Aharoni re: PIP review meeting (Dep. Ex. P-31) |
| 20 | 12/16/2015 email from Plaintiff to Aharoni requesting written feedback re: his PIP progress (Dep. Ex. P-33) |

| | |
|---|---|
| 21 | 1/23/2016 email from Aharoni attaching PIP Summary for Plaintiff (Dep. Ex. P-34) |
| 22 | 2/16/2016 email regarding decision to terminate Plaintiff (Dep. Ex. P-36) |
| 23 | Plaintiff's 11/12/2015 internal complaint (Dep. Ex. P-28) |
| 24 | 12/2/2015 emails regarding Plaintiff's complaints/investigation (Dep. Ex. P-85) |
| 25 | Defendants' Answers and Objections to Plaintiff's First Interrogatories (Dep. Ex. P-103) |
| 26 | Defendants' Second Amended Answers to Plaintiff's First Interrogatories |
| 27 | Plaintiff's 2008 Performance Review (Teva (SM) 000215-216) |
| 28 | Plaintiff's 2009 Performance Review (Teva (SM) 000211-212) |
| 29 | Plaintiff's 2011 Performance Review (Teva (SM) 000205-208) |
| 30 | Plaintiff's 2012 Performance Review (Teva (SM) 000196-204) |
| 31 | Plaintiff's 2013 Performance Review (Teva (SM) 000187-192) |
| 32 | Kristin Macone Witness Statement (Middlebrooks 2205-2206) |
| 33 | Rhonda Wilton Witness Statement (Middlebrooks 2093-2094) |
| 34 | Plaintiff's 11/10/2014 promotion letter (Dep. Ex. P-13) |
| 35 | Defendants' EEOC Position Statement |
| 36 | Plaintiff's 2014 Performance Review (Dep. Ex. P-14) |
| 37 | Investigative Report: Hostile work environment/Team Dynamics, GFM (Global Facilities Management) Team, Date: August 3, 2015 (Dep. Ex. P-17) |
| 38 | Deposition of Chris Swartz |
| 39 | 2/2016 emails regarding Aharoni and Plaintiff (Dep. Ex. P-37) |
| 40 | 32016 email regarding communication plan about Plaintiff's termination (Dep. Ex. P-96) |
| 41 | 10/2015 emails regarding GFM team issues (Dep. Ex. P-18) |
| 42 | 10/2015 emails regarding Aharoni performance issues (Dep. Ex. P-115) |
| 43 | 1/2014 emails regarding communication plan of Plaintiff's Head of North American Global Facilities Management (Dep. Ex. P-12) |
| 44 | 1/2014 emails confirming Plaintiff's appointment as Head of North American Global Facilities Management (Dep. Ex. P-10) |
| 45 | 1/2014 Announcement regarding Plaintiff's appointment as Head of North American Global Facilities Management (Dep. Ex. P-11) |
| 46 | Coaching Program Overview (Dep. Ex. P-113) |
| 47 | Plaintiff's Answers and Objections to First Set of Interrogatories Served by Defendants |
| 48 | 7/2015 email from Plaintiff to Aharoni enclosing self-evaluation for mid-year review (Dep. Ex. P-24) |
| 49 | 10/29/2015 Performance Improvement Plan (Dep. Ex. P-27) |
| 50 | 2/10/2016 PIP Summary (Dep. Ex. P-35) |
| 51 | Performance Improvement policy (Dep. Ex. P-2) |
| 52 | 11/25/2015 email from Plaintiff sending a courtesy copy of his EEOC Charge to Defendants (Dep. Ex. P-29) |
| 53 | 11/26/2015 email from Aharoni to Flaisher re: Plaintiff's EEOC Charge (Dep. Ex. P-30) |
| 54 | 12/3/2015 email from Flaisher to Aharoni re: Plaintiff (Dep. Ex. P-59) |