# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| STEPHEN MIDDLEBROOKS | : CIVIL ACTION |
|---|---|
| v. | : NO. 17-412 |
| TEVA PHARMACEUTICALS USA, INC., *et al.* | : |

## ORDER

**AND NOW**, this 31st day of August 2018, upon considering Defendants' Motion for summary judgment (ECF Doc. No. 42), Plaintiff's response (ECF Doc. No. 63), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 42) is **DENIED**.

_____
KEARNEY, J.