IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN MIDDLEBROOKS | : | CIVIL ACTION NO. 17-0412 |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| TEVA PHARMACEUTICALS | : | |
| USA, INC.; TEVA PHARMACEUTICAL | : | |
| INDUSTRIES LIMITED | : | |
| | : | |
| Defendants. | : | |
| | : | |

## PLAINTIFF'S PROPOSED VERDICT SHEET

We, the jury in the above-entitled action, find the following verdict on the questions submitted to us:

## Question 1

Has Mr. Middlebrooks proven that it is more likely than not his age was a determinative factor in Teva's decision to terminate him?

Yes _____   No _____

*Proceed to next question.*

## Question 2

Has Mr. Middlebrooks proven that it is more likely than not his being an American was a determinative factor in Teva's decision to terminate him?

Yes _____   No _____

*If you answered "Yes," skip to Question No. 5. If "No," proceed to Question 3.*

1

**Question 3**

Has Mr. Middlebrooks proven that it is more likely than not his being an American was a motivating factor in Teva's decision to terminate him?

      Yes  _____        No  _____

*If you answered "Yes," go to Question No. 4.  If "No," proceed to Question 5.*

**Question 4**

Has Teva proven that it is more likely than not that Teva would have made the same decision to terminate Mr. Middlebrooks even if he was Israeli?

      Yes  _____        No  _____

*Proceed to next question.*

**Question 5**

Has Mr. Middlebrooks proven that it is more likely than not his complaining of age discrimination was a determinative factor in Teva's decision to terminate him?

      Yes  _____        No  _____

*Proceed to next question.*

**Question 6**

Has Mr. Middlebrooks proven that it is more likely than not his complaining of anti-American discrimination was a determinative factor in Teva's decision to terminate him?

      Yes  _____        No  _____

*Proceed to next question.*

**Question 7**

Has Mr. Middlebrooks proven that it is more likely than not he was subjected to severe or pervasive harassment by Teva because of his age?

      Yes  _____      No  _____

*Proceed to next question.*

**Question 8**

Has Mr. Middlebrooks proven that it is more likely than not he was subjected to severe or pervasive harassment by Teva because of his being an American?

      Yes  _____      No  _____

*Proceed to next question.*

**Question 9**

Has Mr. Middlebrooks proven that it is more likely than not he was subjected to severe or pervasive harassment by Teva because of his complaining of age discrimination?

      Yes  _____      No  _____

*Proceed to next question.*

**Question 10**

Has Mr. Middlebrooks proven that it is more likely than not he was subjected to severe or pervasive harassment by Teva because of his complaining of anti-American discrimination?

      Yes  _____      No  _____

*If you answered "Yes" to <u>ANY</u> of the following Questions: No. 1, 2, 5, 6, 7, 8, 9, OR 10, proceed to Question No. 11.*

*If you answered "No" to <u>ALL</u> of the following Questions: No. 1, 2, 5, 6, 7, 8, 9, AND 10, and you also answered "No" to Question No. 4, proceed to Question No. 11.*

*If you answered "No" to <u>ALL</u> of the following Questions: No. 1, 2, 5, 6, 7, 8, 9, AND 10, and you also answered "No" to Question No. 4, you have completed your deliberations and have found in favor of Teva. You must sign and date this form and return it to the Court Officer.*

### Question 11

What amount do you award for economic loss damages?

$ _____

*If you answered "Yes" to <u>ANY</u> of the following Questions: No. 2, 6, 8, <u>OR</u> 10, proceed to Question No. 12.*

*If you answered "No" to <u>ALL</u> of the following Questions: No. 2, 6, 8, <u>AND</u> 10, but you answered "No" to Question No. 4, proceed to Question No. 12.*

### Question 12

What amount do you award for emotional distress damages?

$ _____

*If you answered "Yes" to <u>ANY</u> of the following Questions: No. 1, 5, 7, <u>OR</u> 9, proceed to Question No. 13.*

## Question 13

Has Mr. Middlebrooks proven that it is more likely than not Teva showed reckless disregard for whether Ms. Middlebrooks' termination was against the law regarding age discrimination?

    Yes  _____      No  _____

*If you answered "Yes" to <u>ANY</u> of the Questions No. 2, 6, 8, <u>OR</u> 10, proceed to Question No. 14.*

*If you answered "No" to <u>ALL</u> of the Questions No. 2, 6, 8, <u>AND</u> 10, but you answered "No" to Question No. 4, proceed to Question No. 14.*

## Question 14

Has Mr. Middlebrooks proven that it is more likely than not Teva acted in reckless indifference to Mr. Middlebrooks' right to be free of discrimination against Americans?

    Yes  _____      No  _____

**Foreperson's Signature:**    _____

**Date:**    _____

                                              Respectfully submitted,

                                              **CONSOLE MATTIACCI LAW, LLC**

Date:  October 10, 2018         BY:   /s/Laura C. Mattiacci
                                                      Laura C. Mattiacci, Esquire
                                                        Caren N. Gurmankin, Esquire
                                                        1525 Locust Street, 9th Floor
                                                        Philadelphia, PA 19102

                                                        Attorney for Plaintiff,
                                                        Stephen Middlebrooks