IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| STEPHEN MIDDLEBROOKS | : CIVIL ACTION |
|---|---|
| v. | : NO. 17-412 |
| TEVA PHARMACEUTICALS USA, INC., *et al.* | : |

## ORDER

**AND NOW**, this 16th day of November 2018, upon considering Plaintiff's Motion requesting a mixed-motive jury instruction (ECF Doc. No. 111), Defendants' Response (ECF Doc. No. 113), following argument with counsel, and the direct and indirect trial evidence which may allow a jury to find a legitimate or illegitimate reason for Defendants' termination of the Plaintiff based on his national origin under Title VII, it is **ORDERED** Plaintiff's Motion (ECF Doc. No. 111) is **GRANTED** and we will present a mixed-motive jury instruction as an alternative to the pretext jury instruction relating to the national origin claim under Title VII.

_____
KEARNEY, J.