IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN MIDDLEBROOKS | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 17-412 |
| | : | |
| TEVA PHARMACEUTICALS USA, INC. | : | |

# ORDER

**AND NOW**, this 19th day of November 2018, following the return of the jury's verdict in open court in favor of the Plaintiff and against the Defendant, and to further allow consideration of reasonable attorneys' fees and costs, it is **ORDERED**:

1. Parties may move for post-trial relief on or before **December 17, 2018** with responses due no later than **January 4, 2019**; and,

2. To allow consideration of reasonable attorneys' fees and costs after the briefing of post-trial motions, parties may move for attorneys' fees and costs with a comparator affidavit on reasonableness no later than **January 28, 2019,** with responses due within fourteen (14) days of the motion for reasonable fees and costs.

KEARNEY, J.