IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| STEPHEN MIDDLEBROOKS | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 17-412 |
| TEVA PHARMACEUTICALS USA, INC. | : | |

## ORDER

AND NOW, this 4th day of February 2019, upon considering the Defendant's Motions for judgment as a matter of law (ECF Doc. No. 144) or for new trial (ECF Doc. No. 143), Plaintiff's Oppositions (ECF Doc. Nos. 149, 150), Defendant's Reply (ECF Doc. Nos. 151, 152), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendant's Motion for judgment as a matter of law (ECF Doc. Nos. 144) is **DENIED**;

2. Defendant's Motion for a new trial is **GRANTED in part** only to cap punitive damages at $300,000 but otherwise **DENIED**; and,

3. We will enter judgment upon resolving Plaintiff's pending motion for attorney's fees (ECF Doc. No. 153).

_____
KEARNEY, J.