IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| STEPHEN MIDDLEBROOKS | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 17-412 |
| TEVA PHARMACEUTICALS USA, INC. | : | |

## ORDER

**AND NOW**, this 26th day of February 2019, upon considering Plaintiff's Motion for attorney's fees (ECF Doc. No. 153), Defendant's Opposition (ECF Doc. No. 157), Plaintiff's Reply (ECF Doc. No. 158), and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Motion (ECF Doc. No. 153) is **GRANTED in part** and **DENIED in part** and, as reflected in the accompanying Judgment entered today, we award Plaintiff reasonable attorney's fees of $403,947.27, including $10,000 reimbursement to the Plaintiff for his out of pocket fees incurred before March 31, 2016, and reasonable costs of $51,445.73.

KEARNEY, J.