IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN MIDDLEBROOKS | : CIVIL ACTION |
| | : |
| v. | : NO. 17-412 |
| | : |
| TEVA PHARMACEUTICALS USA, INC. | : |

## JUDGMENT

**AND NOW**, this 26th day of February 2019, having the reviewed the jury's November 19, 2018 Verdict (ECF Doc. No. 137), and considering our February 4, 2019 Orders addressing post-trial motions (ECF Doc. Nos. 155, 156), and today's Order addressing Plaintiff's Motion for recovery of reasonable attorneys' fees and costs, it is **ORDERED**:

1. We enter **JUDGMENT** of **$2,092,634.27**, plus post-judgment interest, in favor of the Plaintiff Stephen Middlebrooks and against Defendant Teva Pharmaceuticals USA, Inc. consisting of compensatory and punitive damages, liquidated damages, back pay, front pay, pre-judgment interest and reasonable attorney's fees and costs consistent with our February 4, 2019 and February 26, 2019 Orders; and,

2. The Clerk of Court shall close this case.

_____
KEARNEY, J.