1          UNITED STATES DISTRICT COURT

2        EASTERN DISTRICT OF PENNSYLVANIA    (168)

3              -  -  -

4     STEPHEN MIDDLEBROOKS      :  CIVIL DOCKET FOR CASE
                          :  NO. 17-0412

5       -VS-                :
                          :

6     TEVA PHARMACEUTICALS USA,  :
     INC AND TEVA PHARMACEUTICAL

7     INDUSTRIES LIMITED          ORIGINAL

8                            FILED

9              -  -  -      MAR 25 2019

10        PHILADELPHIA, PA       KATE BARKMAN, Clerk
                          By  VA     Dep. Clerk

11          NOVEMBER 13, 2018

12    BEFORE HONORABLE JUDGE MARK A. KEARNEY

13          JURY TRIAL - VOIR DIRE

14   APPEARANCES:

15

16   FOR THE PLAINTIFF:    CONSOLE MATTIACCI LAW, LLC
                        BY:  LAURA MATTIACCI, ESQ.
                        AND KEVIN C. CONSOLE, ESQ.

17                     1525 LOCUST STREET, 9TH FLOOR
                     PHILADELPHIA, PA 19102

18

19   FOR THE DEFENDANTS:   STEVENS & LEE
                        BY:  LARRY J. RAPPOPORT, ESQ.
                        AND JENNIFER A. ERMILIO, ESQ.

20                     1818 MARKET STREET, 29TH FLOOR
                     PHILADELPHIA, PA 19103

21

22
                     LYNN MCCLOSKEY, RPR

23               OFFICIAL COURT REPORTER
                 1234 US COURTHOUSE

24               601 MARKET STREET
              PHILADELPHIA, PA 19106

25               (856) 649-4774



1          THE COURT:  GOOD MORNING.

2          ALL COUNSEL:  GOOD MORNING, YOUR HONOR.

3          THE COURT:  PLEASE BE SEATED.

4          GOOD MORNING.  WE ARE HERE THIS MORNING

5    TO BEGIN THE RESOLUTION OF MIDDLEBROOKS V. TEVA

6    PHARMACEUTICAL.  CAN I HAVE THE IDENTITY AND APPEARANCE

7    OF TRIAL COUNSEL FOR MIDDLEBROOKS.

8          MS. MATTIACCI:  GOOD MORNING, YOUR HONOR.

9    LAURA MATTIACCI FROM CONSOLE MATTIACCI LAW FOR THE

10   PLAINTIFF, STEPHEN MIDDLEBROOKS.

11         THE COURT:  GOOD MORNING.  AND ON BEHALF

12   OF THE DEFENSE, DEFENDANTS, I WILL TALK ABOUT IN A

13   MINUTE, TEVA.

14         MR. RAPPOPORT:  I THINK MR. CONSOLE

15   WANTED TO MAKE AN APPEARANCE AS WELL.

16         MR. CONSOLE:  GOOD MORNING, YOUR HONOR.

17   KEVIN CONSOLE ON BEHALF OF THE PLAINTIFF, STEPHEN

18   MIDDLEBROOKS.

19         THE COURT:  GOOD MORNING, MR. CONSOLE.

20   ON BEHALF OF TEVA?

21         MR. RAPPOPORT:  FOR THE DEFENDANTS, YOUR

22   HONOR, LARRY J. RAPPOPORT, STEVENS & LEE.

23         THE COURT:  WELCOME.  SO LET ME START.  I

24   THINK GETTING READY FOR TRIAL IN YOUR SHOES IS ALWAYS

25   VERY DIFFICULT.  AND I WANT TO EXPRESS THE COURT'S

1    APPRECIATION OF HOW MUCH EFFORT GOES INTO TODAY.  WE ARE

2    GOING TO GO TO WORK NOW BUT I DON'T WANT YOU ALL TO

3    FORGET HOW GRATEFUL I AM FOR HOW MUCH TIME IT TOOK TO

4    HAVE YOUR CLIENTS TO GET HERE TODAY.  I MOVED YOU TO

5    TODAY, YOUR CLIENTS HAVE BEEN WAITING A LONG TIME IN MY

6    WORLD FOR RESOLUTION, SO I WANT TO THANK ALL OF YOU

7    INDIVIDUALLY BEFORE WE EVEN START ABOUT THE HARD WORK

8    YOU TOOK TO GET READY FOR TODAY.

9            NOW WE START WITH THE FIRST QUESTION I

10   HAVE.  MR. RAPPOPORT, I'M AWARE THAT WE LEFT YOU

11   SOMEWHAT OFF TO THE SIDE ON VOIR DIRE, I'LL COME BACK TO

12   THAT.  I HAVE A COUPLE OF QUESTIONS.  THIS GOES TO

13   PLAINTIFF FIRST.  HOW AM I EXPLAINING TWO TEVAS?  ARE

14   THEY BOTH EMPLOYERS?  I SAW NO JOINT EMPLOYER THEORY.

15   WHY IS THERE TWO TEVAS?

16            MS. MATTIACCI:  YES, YOUR HONOR, THERE IS

17   A JOINT EMPLOYER.

18            THE COURT:  WHERE?  DO YOU THINK YOU PLED

19   IT?

20            MS. MATTIACCI:  I BELIEVE WE DID, YOUR

21   HONOR.

22            THE COURT:  I LOOKED AT IT AND I DIDN'T

23   SEE IT.  BUT -- IS AHARONI AN EMPLOYEE OF WHICH COMPANY?

24            MS. MATTIACCI:  I BELIEVE IT'S BOTH

25   COMPANIES, YOUR HONOR.

1        THE COURT:  TWO PAYCHECKS?

2        MS. MATTIACCI:  NOT TWO PAYCHECKS BUT

3   THAT THEY ARE INTEGRATED, THAT THEY HOLD THEMSELVES OUT

4   AS ONE COMPANY, THAT THEY DO BUSINESS AS ONE COMPANY.

5   THEY ARE NOT SEPARATE ENTITIES.  I DON'T THINK IT'S IN

6   DISPUTE THAT NIR AHARONI IS THE --

7        THE COURT:  OF WHICH COMPANY?

8        MS. MATTIACCI:  -- EMPLOYEE.

9        OF TEVA PHARMACEUTICALS.

10        THE COURT:  USA?

11        MS. MATTIACCI:  TEVA PHARMACEUTICALS USA,

12   INC., IS DOING BUSINESS IN THE UNITED STATES, I BELIEVE,

13   AND THEN TEVA PHARMACEUTICAL INDUSTRIES, LTD., IS THE

14   UMBRELLA COMPANY.  SO I BELIEVE THAT BOTH ARE AT ISSUE,

15   YOUR HONOR.  I DIDN'T REALLY SEE THAT DISCUSSION.

16        MR. RAPPOPORT:  I PROBABLY BETTER NOT

17   SAYING ANYTHING, YOUR HONOR, BECAUSE I DON'T AGREE WITH

18   VERY MUCH OF WHAT COUNSEL JUST SAID.

19        THE COURT:  YEAH.  I DON'T KNOW HOW YOU

20   CAN DO BOTH.  THIS IS NOT A CORPORATE -- YOU DON'T HAVE

21   A PIERCING THEORY.  WHAT -- WHAT IS IT?  I MEAN, WHO IS

22   THE -- I THOUGHT BY THE DAY -- I WAS DOING A VERDICT

23   SLIP, AND I WAS THINKING, "WHO AM I SUING?"

24        MS. MATTIACCI:  YOUR HONOR, NORMALLY WHEN

25   WE HAVE A SITUATION LIKE THIS, BOTH COMPANIES ARE --

1 ARE, YOU KNOW -- FOR INSTANCE, AT&T, INC., AND AT&T

2 BUSINESS SERVICES, THEY ARE DOING BUSINESS JOINTLY. IF

3 THERE IS AN ISSUE, USUALLY THE DEFENDANT MOTIONS FOR

4 SUMMARY JUDGMENT.

5 THE COURT: HERE IS MY PROBLEM -- THAT

6 MAY BE TRUE, BUT HERE'S MY PROBLEM: I CAN'T ENTER A

7 VERDICT AGAINST A NON-EMPLOYER.

8 MS. MATTIACCI: WELL --

9 THE COURT: IT'S NOT CAN I, I CAN ENTER A

10 TITLE VII AND ADEA AND RETALIATION VERDICT AGAINST THEM,

11 BUT WHEN HE IS NOT AN EMPLOYER. CAN I?

12 MS. MATTIACCI: THE DEFINITION OF

13 EMPLOYER IS IF -- IF THEY ARE INTEGRATED, ONE WITH EACH

14 OTHER, IT WOULD MEAN THAT BOTH ENTITIES WOULD BE

15 RESPONSIBLE BECAUSE --

16 THE COURT: THEY ARE NOT, THOUGH. ONE IS

17 A SUB. ONE'S A SUB. THEY ARE NOT INTEGRATED. THEY ARE

18 NOT THE SAME COMPANY. INTEGRATION, YOU'RE RIGHT, IF

19 THEY WERE THE SAME -- IF YOU COULD ARGUE TO ME THEY ARE

20 THE SAME COMPANY, BUT ONE IS A SEPARATE SUBSIDIARY. YOU

21 PLEADED PARAGRAPH 6, AND THAT'S WHAT TRIGGERED ME

22 YESTERDAY WHEN I SAW IT. YOU PLEADED IT.

23 MS. MATTIACCI: RIGHT.

24 THE COURT: SO WHICH ONE IS IT?

25 IS IT THE SUB, OR IS IT THE PARENT?

1           MS. MATTIACCI:  I BELIEVE IT'S BOTH, YOUR

2    HONOR.  I THINK THAT'S HOW WE PLED IT.

3           ISN'T THAT HOW WE PLED IT?  WE HAVE BOTH

4    IN THE CAPTION.

5           THE COURT:  YEAH, YOU -- THAT DOESN'T --

6    THAT'S PLEADING.  HOW DO WE GO TO TRIAL?

7           MS. MATTIACCI:  THAT --

8           THE COURT:  WHO IS THE JURY -- HOW DO I

9    EXPLAIN TO THE JURY -- OR HOW DO YOU EXPLAIN TO THE

10   JURY -- YOU HAVE TEVA AS THE PARENT COMPANY; TEVA

11   PHARMACEUTICAL, LTD., IS THE PARENT COMPANY OF TEVA

12   PHARMACEUTICALS.  OKAY.

13          SO IF YOUR THEORY IS JOINT EMPLOYER, I

14   DON'T KNOW HOW YOU PLED THAT.  YOU SAY "TEVA, LTD.,

15   CONTROLS AND DIRECTS CERTAIN OF THEIR BUSINESS OPERATION

16   AND POLICIES."

17          MS. MATTIACCI:  RIGHT.

18          MR. CONSOLE:  YOUR HONOR, PARAGRAPH 17 OF

19   THE SECOND AMENDED COMPLAINT STATES THAT "AT ALL TIMES

20   MATERIAL HERETO, PLAINTIFF WAS AN EMPLOYEE OF

21   DEFENDANTS."

22          SO IN PARAGRAPH 17, PLAINTIFF HAS PLED

23   THAT --

24          THE COURT:  HE WAS AN EMPLOYEE OF BOTH,

25   THOUGH?

1          MR. CONSOLE:  OF BOTH.  THAT'S IN

2    PARAGRAPH 17.

3          THE COURT:  HOW CAN -- WAS HE OF BOTH?

4          MS. MATTIACCI:  YEAH.

5          MR. CONSOLE:  YES.

6          MS. MATTIACCI:  THAT'S NORMALLY HOW IT

7    WORKS IF YOU HAVE A -- BECAUSE THE SUBSIDIARY IS NOT A

8    SEPARATE ENTITY.  IT'S BEING CONTROLLED BY --

9          THE COURT:  A SUBSIDIARY IS NOT A

10   SEPARATE ENTITY.

11         MR. RAPPOPORT, IS A SUBSIDIARY A SEPARATE

12   ENTITY?

13         MR. RAPPOPORT:  YES, YOUR HONOR.

14         THE COURT:  SURE, IT IS.  HOW'S IT NOT --

15         MR. RAPPOPORT:  IT'S A SEPARATE

16   CORPORATE -- SEPARATE BOARD OF DIRECTORS -- DIRECTORS.

17         THE COURT:  SURE.

18         MR. RAPPOPORT:  -- SEPARATE TAX RETURNS.

19         THE COURT:  HOW'S IT NOT A SEPARATE

20   ENTITY?  I'M -- I'M -- MAYBE FOR EMPLOYMENT LAW.  I AM

21   TRYING TO UNDERSTAND WHAT YOU ARE SAYING, THOUGH.

22         MS. MATTIACCI:  YEAH.

23         THE COURT:  HOW DO I TELL THE JURY WHO

24   THE EMPLOYER IS?

25         MS. MATTIACCI:  TYPICALLY IN THIS

1    SITUATION, WE JUST TELL THE EMPLOYER IT'S TEVA, AND THEN

2    WE WILL GET INFORMATION DURING THE COURSE OF THE

3    TRIAL --

4              THE COURT:  IF YOU WIN, WHO DO I ENTER

5    JUDGMENT AGAINST?

6              MS. MATTIACCI:  IT WOULD BE AGAINST BOTH

7    ENTITIES, YOUR HONOR, ONCE THE EVIDENCE COMES IN THAT

8    THESE TWO ENTITIES WERE SEEN AS ONE IN THE SAME, THAT --

9    THERE WAS NO DISTINCTION BETWEEN --

10             THE COURT:  TO WHOM?

11             MS. MATTIACCI:  TO THE EMPLOYEES

12   THEMSELVES.

13             THE COURT:  ON AN AUTHORITY THEORY?  WHAT

14   IS YOUR THEORY?

15             MS. MATTIACCI:  AS A JOINT EMPLOYER, AS

16   THEY'RE -- THEY ARE ONE IN THE SAME, THAT IT'S JUST A --

17   THERE IS NO -- ALSO, YOUR HONOR, THEY ARE NOT SAYING

18   THAT NIR AHARONI AND THE HR PEOPLE OUT OF ISRAEL WERE

19   EMPLOYEES OF TEVA PHARMACEUTICALS USA.  I DON'T BELIEVE

20   SO.  SO WE HAVE PEOPLE THAT ARE --

21             THE COURT:  THAT'S MY QUESTION.

22             MS. MATTIACCI:  -- WORKING FOR --

23             THE COURT:  SO LET'S TALK ABOUT THE

24   QUESTION.  LET'S GET RIGHT TO IT.  WE HAVE AN AMERICAN

25   COMPANY, AND WE HAVE AN ISRAELI COMPANY.  EVERYBODY HAS

1    BEEN TALKING ABOUT THE ISRAELI COMPANY.  IT STRUCK ME,

2    IT'S NOT REALLY AN ISRAELI COMPANY, IT'S AN AMERICAN

3    COMPANY.  OR AM I WRONG?

4              MS. MATTIACCI:  I THINK YOU ARE WRONG.

5              THE COURT:  WHY?  IS HE EMPLOYED BY -- IS

6    HE -- ISN'T HE EMPLOYED BY THE AMERICAN SUBSIDIARY?

7              MS. MATTIACCI:  I DON'T BELIEVE THAT

8    MR. AHARONI IS.

9              MR. RAPPOPORT:  YOU MEAN THE PLAINTIFF?

10             THE COURT:  THE PLAINTIFF, YEAH.

11             MS. MATTIACCI:  YES.

12             THE PLAINTIFF IS BUT THE -- BUT THE

13   DECISION MAKER IS NOT.  SO THE PERSON -- THE ENTITY THAT

14   CAUSED THE EMPLOYMENT ACTION HERE WAS MR. -- THE

15   EMPLOYER OF AHARONI, WHICH IS WHY TEVA

16   PHARMACEUTICALS -- INDUSTRIES, LTD., IS NAMED BECAUSE

17   THE DECISION MAKER AND THE HARASSER IS NOT AN EMPLOYEE

18   OF TEVA PHARMACEUTICALS USA, INC.

19             THE COURT:  IS THE ARGUMENT THAT THE

20   HOSTILE ENVIRONMENT IS IN ISRAEL?

21             MS. MATTIACCI:  NO, YOUR HONOR.

22             THE COURT:  THEN HOW IS TEVA, LTD., A

23   DEFENDANT ON A HOSTILE ENVIRONMENT CLAIM?

24             MS. MATTIACCI:  BECAUSE THE EMPLOYEE OF

25   TEVA, LTD., CAUSED THE HOSTILE ENVIRONMENT AND WAS THE

1  DECISION MAKER IN THE DECISION TO --

2               THE COURT:  IN THE UNITED STATES?

3               MS. MATTIACCI:  THE DECISION AFFECTED

4  SOMEBODY IN THE UNITED STATES, BUT THE DECISION --

5               THE COURT:  I GOT THE DISCRIMINATION.

6               HOW ABOUT THE HOSTILE ENVIRONMENT?

7               MS. MATTIACCI:  THE HOSTILE ENVIRONMENT

8  THAT -- THAT HOSTILE ENVIRONMENT OCCURRED IN THE UNITED

9  STATES, IT HAPPENED IN THE UNITED STATES.

10              THE COURT:  IT HAPPENED IN THE UNITED

11 STATES.

12              MS. MATTIACCI:  BUT BY AN EMPLOYEE OF

13 TEVA, LTD.

14              THE COURT:  OKAY.  I'LL SEE A RULE 50.  I

15 DON'T KNOW.  I'LL HEAR THE EVIDENCE ON THAT.  I HAVE A

16 REAL CONCERN ON THE HOSTILE ENVIRONMENT, GIVEN WHAT'S

17 HAPPENED HERE, GIVEN THE FACT THAT IT'S TWO DIFFERENT

18 COMPANIES; ONE'S ISRAELI AND ONE'S AMERICAN.

19              MR. RAPPOPORT, DO YOU KNOW, DOES --

20 YOU'VE NEVER RAISED IT.  IS THERE A HOSTILE -- DO I HAVE

21 A PROBLEM WITH ISRAELI LAW HERE WITH -- AGAINST AN

22 ISRAELI COMPANY?

23              MR. RAPPOPORT:  AS IT RELATES TO THE

24 HOSTILE WORK ENVIRONMENT CLAIM?

25              THE COURT:  YES.

1     MR. RAPPOPORT:  AS YOU MAY RECALL, YOUR

2     HONOR, I HAD RAISED THAT NO HOSTILE WORK ENVIRONMENT

3     CLAIM WAS EVER ASSERTED.

4          THE COURT:  RIGHT.

5          MR. RAPPOPORT:  YOU BELIEVE THAT IT WAS.

6          THE COURT:  I THINK IT GOES TO THE JURY

7     BUT -- OR GOES TO THE EVIDENCE.

8          MR. RAPPOPORT:  RIGHT.

9          THE COURT:  BUT MY QUESTION IS DIFFERENT

10    NOW.  MY QUESTION IS DIFFERENT.  IS THERE A -- CAN WE

11    IMPOSE LIABILITY FOR A HOSTILE WORK ENVIRONMENT AGAINST

12    AN ISRAELI COMPANY?

13         MR. RAPPOPORT:  WELL, WE HAD A

14    CONVERSATION WITH REGARD TO THE AGE DISCRIMINATION.  AS

15    YOU RECALL, I ADVISED YOU THAT IT'S EXTRATERRITORIAL.  I

16    WENT BACK TO THE OFFICE AND -- IN FACT, IT IS

17    EXTRATERRITORIAL.

18         TITLE VII IS THE SAME, YOUR HONOR, SO I

19    BELIEVE THE ANSWER IS YES BUT --

20         THE COURT:  OKAY.

21         MR. RAPPOPORT:  -- I HAVE NEVER

22    RESEARCHED THE ISSUE, AND BY THE END OF THE TRIAL OR

23    MAYBE BY THE END OF TODAY, I WILL KNOW THE ANSWER TO

24    THAT.

25         THE COURT:  I WILL LOOK, TOO.  I DIDN'T

1    KNOW.

2              OKAY.  IT STRUCK ME, AS I WAS DOING THE

3    VERDICT SLIP, THAT I HAVE TWO DEFENDANTS AND I CANNOT

4    JUST BLOW BY THEM AND CALL THEM TEVA.  NEITHER CAN YOU,

5    BECAUSE THERE ARE DIFFERENT STANDARDS HERE, AT LEAST FOR

6    PURPOSES OF TODAY.  YOU WILL HAVE TO EXPLAIN TO THE JURY

7    WHAT THEY ARE.  OKAY?  YOU JUST CAN'T BLOW BY AND SAY

8    "TEVA."  ALL RIGHT?

9              YOU MAY DO THAT IN CLOSINGS, ONCE YOU

10   PROVE IT, BUT IN YOUR OPENINGS, YOU CAN'T JUST SAY

11   "TEVA" IN A JOINT EMPLOYER SENSE UNTIL YOU SHOW EVIDENCE

12   OF THAT, BECAUSE RIGHT NOW, I AM NOT SO CERTAIN -- ALL

13   OF THE EVIDENCE THAT I SAW LOOKS LIKE ITS DECISION IS

14   DRIVEN FROM ISRAEL TO THE UNITED STATES.  RIGHT?  I SAW

15   NOBODY IN THE UNITED STATES DOING ANYTHING.  I SAW ALL

16   ISRAELI EMPLOYEES DOING SOMETHING.

17             NOW, I AM WAITING FOR SUMMARY JUDGMENT SO

18   I AM NOT MAKING A JUDGMENT BUT -- SO YOU HAVE TO BE VERY

19   CAREFUL WHEN I GET TO RULE 50 ABOUT WHO -- WHAT -- AS

20   LONG AS YOU'RE GOING AGAINST BOTH DEFENDANTS, I HAVE TO

21   THINK ABOUT BOTH DEFENDANTS SEPARATE -- AS SEPARATE

22   LIABILITY.  I MAY HAVE TO GIVE A JOINT EMPLOYER CHARGE,

23   BUT I DON'T KNOW ABOUT THAT IN THIS CASE.  THESE ARE

24   NOT -- THIS IS NOT AN AT&T AND AT&T SERVICES.  THIS IS

25   AN ISRAELI COMPANY PROBABLY GOVERNED -- MAYBE GOVERNED

1   BY DIFFERENT LAW, MAYBE NOT.  MAYBE NOT.  GOTCHA,

2   BECAUSE IT'S AMERICANS -- EMPLOYEES.  I GOT IT, BUT I

3   HAVE TO EXPLAIN THAT TO THE JURY.  ALL RIGHT.  OKAY.

4               SO WE EXPECT TO HEAR FROM -- YOU MAY BE

5   SEATED.

6               MR. RAPPOPORT, I AM GOING TO COME TO YOU.

7               WE MAY -- WE ARE WAITING A FEW MINUTES.

8   JUDGE DUBOIS, WHO IS HIGHER THAN ME ON THE LETTERHEAD,

9   IS PICKING A CRIMINAL JURY SO HE WILL TELL US SHORTLY

10  WHERE HE IS GOING TO BE AND THEN WE WILL HAVE -- 24 --

11  24 MEMBERS OF THE PANEL IN THOSE FIRST TWO -- TWO --

12  FIRST TWO ROWS.

13              OKAY.  MR. RAPPOPORT, I CUT YOU OFF FOR

14  SENTENCING THE OTHER DAY, AND I DIDN'T WANT TO DO SO.

15  SO I'M -- I'LL CERTAINLY GIVE YOU THE TIME TO --

16              MR. RAPPOPORT:  IT WASN'T MY SENTENCING,

17  YOUR HONOR.

18              THE COURT:  THAT'S RIGHT.  SO IT WAS JUST

19  BOTHERSOME TO YOU, RIGHT?

20              MR. RAPPOPORT:  SO WHEN YOU KIND OF WENT

21  THROUGH EVERYTHING IN THE FINAL PRETRIAL CONFERENCE, YOU

22  BEGAN BY TALKING ABOUT VOIR DIRE AND HOW YOU DID IT AND

23  WHAT THE ROLE OF THE LAWYERS WERE, AND YOU MADE A

24  COMMENT AND SAID SOMETHING TO THE EFFECT THAT, I DON'T

25  FEEL LIKE I NEED TO TALK ABOUT HOW AMERICANS VIEW

1    ISRAELIS.  I'M PARAPHRASING.  THOSE WEREN'T EXACTLY YOUR

2    WORDS.

3                    SO IN OUR MODEL VOIR DIRE, WE HAVE A

4    BUNCH OF QUESTIONS WHICH ARE 16, 17, AND 18, ALL OF

5    WHICH RELATED TO SOME EVIDENCE IN THE CASE WITH REGARD

6    TO THE U.S. SUPPORT OF ISRAEL, WHICH ULTIMATELY DOESN'T

7    NEED TO COME IN.

8                    BUT WE ASKED JUROR QUESTION 13 OR

9    PROPOSED QUESTION 13 -- OR 15, I'M SORRY, YOUR HONOR.

10   WE SAID:  DO YOU HOLD ANY VIEWS REGARDING ISRAELIS?

11   HAVE YOU HAD ANY DEALINGS WITH ISRAELIS OR ISRAELI

12   CORPORATIONS?

13                   IF SO, WHAT YOU ARE VIEWS?  DO YOU

14   BELIEVE THESE VIEWS MIGHT AFFECT YOUR ABILITY TO RENDER

15   A FAIR AND IMPARTIAL VERDICT IN THIS CASE?

16                   THE COURT:  RIGHT.

17                   MR. RAPPOPORT:  AND WHEN YOU WERE KIND OF

18   DISMISSIVE OF THE WHOLE ISRAELI-U.S. THING, I THINK THAT

19   YOU MAY HAVE PUT THE BABY IN WITH THE BATH WATER.

20                   THE COURT:  LET ME TELL YOU WHAT I'M

21   SAYING.

22                   MR. RAPPOPORT:  OKAY.

23                   THE COURT:  WHAT I'M SAYING IS, DO YOU

24   HAVE ANY VIEWS ABOUT COMPANIES OR BUSINESSPERSONS LIVING

25   IN ISRAEL, WORKING IN ISRAEL.  THAT'S WHAT I WANT TO

1    KNOW.

2              MR. RAPPOPORT:  AS OPPOSED TO THEIR OWN

3    PERSONAL EXPERIENCES?

4              THE COURT:  YES.

5              MR. RAPPOPORT:  OKAY.

6              THE COURT:  ALL RIGHT?  I AM ALSO GOING

7    TO DO THE HEBREW ACCENT QUESTION BECAUSE I THINK THAT'S

8    AN IMPORTANT QUESTION ABOUT THE IDEA THAT SOME OF THE

9    TEVA WITNESSES SPEAK WITH ACCENTS, THIS IS HEBREW, AS

10   ENGLISH IS NOT THEIR FIRST LANGUAGE.

11             I AM NOT DOING -- THE SECOND QUESTION

12   ABOUT WHETHER THAT WOULD INFLUENCE THEM IS SOMETHING WE

13   WOULD ASK IN HERE.  NOBODY IS GOING TO PUT THEIR HAND UP

14   IN A GROUP.  SO IF SOMEBODY PUTS THEIR HAND UP AND SAYS,

15   YES, I HAVE -- YES, I HAVE VIEWS ABOUT BUSINESSPEOPLE IN

16   ISRAEL, WE ARE NOT DOING THAT IN FRONT OF 22 PEOPLE.

17   THAT'S NOT FAIR TO THEM.  I DON'T WANT TO EMBARRASS

18   THEM.  I DON'T WANT YOU TO SUFFER FROM IT BY THEM

19   BLAMING YOU FOR ME ASKING A QUESTION ABOUT THEIR VIEWS.

20             I ALSO AM MINDFUL OF THE LIMINE MOTION --

21   GRANTED, UNCONTESTED LIMINE MOTION -- ON RELIGION,

22   ANTI-SEMITISM, THOSE SUCH ISSUES, WHICH ARE NOT GOING TO

23   BE RAISED BY ME NOR BY YOU IN SIDEBAR.  THAT'S NOT IN

24   THE CASE.

25             SO I DO THINK IT'S A FAIR QUESTION ABOUT

1    WHETHER THEY HAD VIEWS ABOUT COMPANIES OR

2    BUSINESSPERSONS WORKING IN ISRAEL.  I MEAN, IF THEY DO,

3    THEN WE WILL HEAR IT AT SIDEBAR.

4              THANK YOU, YOUR HONOR.

5              THE COURT:  DO YOU HAVE -- BEFORE I GO TO

6    YOU DO YOU HAVE ANY OTHER QUESTIONS YOU HAD ON VOIR

7    DIRE?

8              MR. RAPPOPORT:  NO, YOUR HONOR.

9              THE COURT:  ALL RIGHT.  WE CAN GET IT

10   DONE THEN BEFORE THE SENTENCING.  GO AHEAD.

11             MS. MATTIACCI:  IN REGARDS TO THE VOIR

12   DIRE, WHEN THAT MOTION WAS FILED AND THEN DEFENSE

13   COUNSEL DID NOT CONTEST IT, WE WERE CONCERNED ABOUT THE

14   ARGUMENT BEING MADE THAT THE AMERICANS WERE ANTI-SEM- --

15             THE COURT:  ANTI-SEMITIC.

16             MS. MATTIACCI:  -- HAD ANTI-SEMITIC

17   VIEWS, AND WE JUST DIDN'T WANT THAT ARGUMENT BEING MADE.

18             I DO HAVE A CONCERN IN TERMS OF VOIR

19   DIRE.  I THINK IT IS AN APPROPRIATE AREA TO INQUIRE

20   WHETHER ANYBODY HAS STRONG VIEWS AS TO AMERICAN-ISRAELI

21   RELATIONS BECAUSE SINCE THAT TIME, THERE HAS BEEN A

22   TRAGEDY IN PITTSBURGH WHERE THERE HAS BEEN --

23             THE COURT:  THAT'S A -- THAT'S A RELIGION

24   ISSUE, THOUGH.

25             MS. MATTIACCI:  IT IS A RELIGION, BUT I

1      THINK MOST PEOPLE -- OR COMMONLY PEOPLE SORT OF CONFUSE

2      OR COMINGLE THE ISSUE OF JEWISH RELIGION AND ISRAELIS.

3                    THE COURT:  I AM NOT GOING TO DO THAT.

4      HERE'S THE -- HERE'S THE --

5                    MS. MATTIACCI:  I AM NOT GOING TO GO

6      THERE FOR TRIAL.

7                    THE COURT:  I AM NOT GOING TO ASK THE

8      QUESTION.  THAT IS A -- WE WOULD BE HERE FOR TWO DAYS

9      TRYING TO FIGURE OUT THAT ISSUE.

10                    I THINK I AM GOING TO SAY TO THEM, ALONG

11     THE LINES OF IT'S AN ISRAELI COMPANY, THIS IS NOT --

12     THIS CASE HAS NOTHING TO DO WITH RELIGION.

13                    MS. MATTIACCI:  OKAY.

14                    THE COURT:  OKAY.  IF I -- RATHER THAN

15     ASKING SOMEBODY.

16                    NOW, IF SOMEBODY COMES UP TO SIDEBAR AND

17     SAYS, I HAVE VIEWS ABOUT BUSINESSPERSONS LIVING IN

18     ISRAEL, AND THEY COME TO SIDEBAR AND SAY, WHAT IS YOUR

19     VIEW, AND THEY SAY SOMETHING THAT WE ALL PERCEIVE AS

20     ANTI-SEMITIC, THEN WE WILL DEAL WITH IT AT SIDEBAR.

21                    MR. RAPPOPORT:  HOPEFULLY THAT WON'T

22     HAPPEN.

23                    THE COURT:  THAT'S RIGHT.  I AM GOING TO

24     BE -- I AM GOING TO BE VERY DIRECT WITH THIS PANEL ABOUT

25     THAT.  BUT, YES.

1          MS. MATTIACCI:  I DEFINITELY THINK IT

2   WOULD BE HELPFUL, YOUR HONOR, IF COMING FROM YOU, YOU

3   MAKE THE DISTINCTION BETWEEN JEWISH RELIGION --

4          THE COURT:  I WILL.

5          MS. MATTIACCI:  -- THAT IT HAS NOTHING TO

6   DO WITH THAT --

7          THE COURT:  I WILL.

8          MS. MATTIACCI:  -- IT'S ISRAELI

9   NATIONALISM.

10         THE COURT:  I AM.

11         MS. MATTIACCI:  OKAY.

12         THE COURT:  I AM.  I AM.

13         WE HAVE A CASE GOING ON IN THIS COURTROOM

14  RIGHT NOW, A 12-WEEK TRIAL, WHERE THE DEFENDANTS ARE ALL

15  MUSLIM, AND THE VOIR DIRE IN THAT CASE WENT SIDEWAYS FOR

16  THAT VERY REASON, THAT PEOPLE THINK BECAUSE YOU LIVE IN

17  A COUNTRY THAT IS PREDOMINANTLY A MUSLIM RELIGION, THAT

18  YOU ARE MUSLIM.  THAT -- PEOPLE -- YOU MAKE -- I KNOW

19  PEOPLE IN ISRAEL THAT AREN'T JEWISH.  I AM SURE WE ALL

20  DO, SO -- AREN'T JEWISH FAITH.  SO I'M NOT -- I'M GOING

21  TO MAKE THAT DISTINCTION CLEAR TO THEM --

22         MS. MATTIACCI:  THANK YOU.

23         THE COURT:  -- FOR ALL OF OUR BENEFITS, I

24  THINK.

25         MR. RAPPOPORT, YOU THINK YOUR CLIENT

1  WOULD CERTAINLY --

2           MR. RAPPOPORT:  I AGREE.  I DIDN'T

3  CONTEST THE MOTION IN LIMINE.

4           THE COURT:  YEAH, I -- FOR THE SAME --

5  THAT'S WHY I WAS THINKING PROBABLY YOU WERE.  I WASN'T

6  REALLY THINKING THE OTHER WAY BUT --

7           MS. MATTIACCI:  I WASN'T UNTIL RECENTLY,

8  YOUR HONOR.

9           THE COURT:  YEAH, I WASN'T THINKING ABOUT

10  THE OTHER WAY.

11           MR. RAPPOPORT:  HAD THEY CALLED ME AND

12  ASKED ME IF I HAD INTENDED TO PRESENT THAT AS EVIDENCE,

13  I WOULD HAVE SAID NO, BUT LAWYERS DON'T DO THAT

14  SOMETIMES.

15           THE COURT:  WELL, THAT'S OKAY.

16           ALL RIGHT.  SO WHAT ELSE DO YOU HAVE,

17  MR. RAPPOPORT?

18           MS. MATTIACCI:  I JUST HAVE ONE OTHER

19  ISSUE.

20           THE COURT:  I WANT TO RUN SOME NAME -- I

21  WANT TO RUN SOME NAME PRONUNCIATIONS BY YOU-ALL BECAUSE

22  I DON'T WANT TO EMBARRASS ANYONE IN FRONT OF THEM.  SO

23  I'LL RUN SOME NAME PRONUNCIATIONS BY YOU-ALL.

24           IS IT MATTIACCI (PRONOUNCING)?

25           MS. MATTIACCI:  MATTIACCI.

1           THE COURT:  MATTIACCI.  OKAY.

2           MS. MATTIACCI:  THAT'S OKAY.

3           THE COURT:  NO, NO.  I WANT TO GET IT

4  RIGHT.

5           MS. MATTIACCI:  YOUR HONOR, YOU GRANTED A

6  MOTION IN LIMINE BY THE DEFENDANT TO PRECLUDE ANY

7  TESTIMONY OR ARGUMENT CONCERNING PERFORMANCE

8  DEFICIENCIES OF NIR AHARONI, THE SUPERVISOR IN THIS

9  CASE.

10          THE COURT:  RIGHT.

11          MS. MATTIACCI:  AND WE HAVE TAKEN GREAT

12 PAINS TO AGREE TO REDACTIONS IN MANY DOCUMENTS IN WHICH

13 THERE WERE CRITICISMS ABOUT MR. AHARONI BEING

14 NONRESPONSIVE TO HEAD COUNT REQUESTS AND THINGS OF THAT

15 NATURE, BUT THERE ARE SOME NON-RESPONSIVENESS ISSUES

16 CONCERNING MR. AHARONI THAT ARE DIRECTLY RELATED TO

17 ISSUES IN THIS CASE THAT CAN'T BE PULLED OUT.

18          FOR EXAMPLE, MR. MIDDLEBROOKS WAS

19 SUPPOSED TO RECEIVE A MID-YEAR REVIEW IN JULY 2015, AND

20 HE DIDN'T RECEIVE IT UNTIL OCTOBER 2015.  AND MR. --

21          THE COURT:  WELL, THAT'S NOT -- IS

22 THAT -- DID I KEEP THAT OUT?

23          MR. RAPPOPORT:  NO, THAT'S IN.  I DON'T

24 THINK THAT'S A PERFORMANCE ISSUE.

25          THE COURT:  OKAY.

1    MS. MATTIACCI:  I WANTED TO MAKE SURE

2  THAT IT WAS ALL CRITICISMS OF MR. AHARONI.

3    THE COURT:  NO, NO, IT'S NOT -- NO, IT'S

4  NOT.  IT'S CRITICISMS OF MR. AHARONI THAT HAVE TO DO --

5  NO, THAT WOULD NOT BE ONE OF THEM.  I, IN MY MIND, KNEW

6  WHAT I WAS DOING, YEAH.

7    MS. MATTIACCI:  OKAY.  MORE OF HIS

8  MANAGERIAL --

9    THE COURT:  A THIRD PERSON'S VIEW OF HIS

10  MANAGERIAL SKILLS.

11    MS. MATTIACCI:  OKAY, HIS MANAGERIAL --

12    THE COURT:  WHAT HE DID RELATIVE TO

13  MR. MIDDLEBROOKS IN GETTING BACK TO HIM ON THINGS LIKE

14  THAT.  THAT'S -- I DON'T THINK MR. RAPPOPORT OPPOSED

15  THAT.  I THINK THAT'S CLEARLY AN ISSUE.

16    MS. MATTIACCI:  OKAY.

17    THE COURT:  WHAT HAPPENED BETWEEN THE TWO

18  GENTLEMEN IS -- IS AT ISSUE.  WHAT HAPPENED WITH HIS

19  REPUTATION OR WHAT HE DID IN A PERFORMANCE MECHANISM IS

20  NOT A MOMENT IN THIS TRIAL.

21    MS. MATTIACCI:  OKAY.  THANK YOU, YOUR

22  HONOR.

23    THE COURT:  OKAY.  ALL RIGHT.  LET ME RUN

24  A COUPLE NAMES, JUST SO I AM CLEAR.

25    CAN SOMEBODY PRONOUNCE MAY -- MAYBE -- HE

1    IS YOUR CLIENT, MR. RAPPOPORT. IS IT -- HOW DO YOU

2    PRONOUNCE -- IS IT STROKLER (PRONOUNCING) OR STROUCHLER?

3                    MR. RAPPOPORT:  SHTROUCHLER.

4                    THE COURT:  SHTROUCHLER.

5                    MR. RAPPOPORT:  AS IF THE H WAS SILENT,

6    YOUR HONOR.

7                    THE COURT:  OKAY.  THANK YOU.  ALL RIGHT.

8                    AND SHE IS IN ISRAEL?

9                    MR. RAPPOPORT:  SHE IS NO LONGER A TEVA

10   EMPLOYEE, BUT SHE LIVES IN ISRAEL, YES.

11                   THE COURT:  OKAY.

12                   MR. RAPPOPORT:  HER FIRST NAME IS ILANIT.

13                   THE COURT:  ILANIT.  OKAY, THANK YOU.

14                   ONE OF THE -- IS SHIMRIT SHEMTOV?  I

15   KNOW --

16                   MR. RAPPOPORT:  SHIMRIT SHEMTOV, YOUR

17   HONOR.

18                   THE COURT:  IS SHIMRIT SHEMTOV, WHO WE'VE

19   MENTIONED --

20                   MR. RAPPOPORT:  OH, YES.

21                   THE COURT:  -- IN ISRAEL?

22                   MR. RAPPOPORT:  YES.  NO LONGER EMPLOYED.

23                   THE COURT:  OKAY.  RONI?

24                   MR. RAPPOPORT:  RONI KAFRE.

25                   THE COURT:  I APOLOGIZE FOR MY

1    ANGLICIZATION OF THE NAMES.

2                    MR. RAPPOPORT:  NO, PLEASE DON'T.

3                    THE COURT:  OKAY.  AND ISRAEL -- WHERE?

4                    MR. RAPPOPORT:  IN ISRAEL, YES.

5                    THE COURT:  OKAY.  AND A FORMER EMPLOYEE?

6                    MR. RAPPOPORT:  HE IS CURRENT.

7                    THE COURT:  I AM NOT GOING TO MENTION

8    ANYBODY WITH THE NAMES.  OKAY.

9                    ANY OTHER NAME, AS YOU WENT HOME THE

10   OTHER DAY, YOU SAID, OH, I MEANT TO ASK THE JUDGE ABOUT

11   THIS NAME?

12                   MR. RAPPOPORT:  NO, BUT I DO WANT TO SAY

13   THIS, THAT I WAS GOING TO SAY THIS TO THE JURY.  I DON'T

14   THINK YOU SHOULD HAVE A PROBLEM WITH THIS.  I INTEND TO

15   REFER TO NIR AS NIR AS OPPOSED TO MR. AHARONI.

16                   THE COURT:  AS LONG AS THEY KNOW -- AS

17   LONG AS THE CITIZENS KNOW.

18                   MR. RAPPOPORT:  I WAS GOING TO TELL THEM

19   IN THE OPENING.

20                   THE COURT:  I DON'T HAVE A PROBLEM WITH

21   THAT.  YOU CAN CALL THE PLAINTIFF STEVE, FOR THAT

22   MATTER.  YOU KNOW WHAT I MEAN?  AS LONG AS THE JURORS

23   KNOW WHAT YOU-ALL ARE TALKING ABOUT.

24                   SO ARE THERE ANY OTHER NAMES THAT YOU

25   THOUGHT -- YOU WENT BACK AND READ DOCUMENTS, PREPARED

1    FOR TRIAL?  ANYTHING ELSE?

2              (NO RESPONSE.)

3              THE COURT:  NO?  OKAY.

4              MS. MATTIACCI:  YOUR HONOR, ONE, I DON'T

5    KNOW IF IT'S ON THE LIST, BUT IF MR. STEVE CONSOLE

6    WOULD -- WANTED TO JOIN US FOR JUST JURY SELECTION, BUT

7    HE IS DOWN, I BELIEVE, WITH THE --

8              THE COURT:  HE IS BEHIND YOU.  HE'S

9    WAVING.  HE'S EXCITED.  HE LOVES JURY SELECTION.

10             MS. MATTIACCI:  SO I WANTED TO ADD HIS

11   NAME TO THE LIST.

12             THE COURT:  SO HE IS GOING TO COME UP

13   FRONT TO SIT WITH YOU?

14             MS. MATTIACCI:  YES.  HE IS GOING TO SIT

15   RIGHT HERE.

16             THE COURT:  I HAVE CAREN.  SHE IS NOT

17   HERE TODAY?

18             MS. MATTIACCI:  OH, YES.  CAREN HAD A

19   PERSONAL EMERGENCY.

20             THE COURT:  OKAY.  YOU WERE ON THE

21   PLEADING TO START, THEN.

22             MR. CONSOLE:  NOT IN THE VERY BEGINNING.

23   ABOUT A MONTH OR TWO AGO.

24             MR. RAPPOPORT:  TWO CONSOLES ON THE CASE,

25   YOUR HONOR, AND ONE COUNSEL.

```
1              THE COURT:  THAT'S ALL RIGHT.

2              MR. RAPPOPORT:  WE ARE GOING TO FLIP OUR

3    SEATS AROUND IF THAT'S OKAY, YOUR HONOR.

4              THE COURT:  YES, PLEASE, DO THAT.

5              (DISCUSSION OFF THE RECORD.)

6              MR. RAPPOPORT:  YOUR HONOR, I DID NOT

7    INTRODUCE YOU TO TOM MCDONOUGH.  HE'S IN-HOUSE AT TEVA.

8    HE WILL BE SITTING AT COUNSEL TABLE, YOUR HONOR.

9              THE COURT:  SO HE WILL COME UP TO BE

10   INTRODUCED TO THE JURY?

11             MR. RAPPOPORT:  YES, YOUR HONOR.

12             THE COURT:  COUNSEL, LET ME ASK YOU WHILE

13   YOU ARE WAITING -- AND THIS GOES TO YOU, LAURA.  I SAW

14   NO VERDICT SLIP ON THE PHRA.  ARE YOU JUST FOLDING IT

15   IN?

16             MS. MATTIACCI:  THAT'S A GOOD QUESTION,

17   YOUR HONOR.  IT'S INCORPORATED INTO THE MOTIVATING

18   FACTOR INSTRUCTION.

19             THE COURT:  AGAIN, I'VE GOT TO ASK A

20   SEPARATE QUESTION.  ARE YOU --

21             MS. MATTIACCI:  I'M SORRY.  WHAT WAS

22   THAT?

23             THE COURT:  DO I HAVE TO ASK A SEPARATE

24   SET OF INTERROGATORIES BASED ON THE PHRA?

25             MS. MATTIACCI:  NO, BECAUSE THE LANGUAGE
```

1   THAT WE HAVE AND THE MOTIVATING FACTOR INSTRUCTION

2   COVERS THE PHRA ISSUE.

3               THE COURT:  IF YOU WIN, I ENTER A

4   JUDGMENT.   THE JUDGMENT IS BOTH UNDER FEDERAL AND STATE

5   LAW?

6               MS. MATTIACCI:  IT WOULD BE -- YES, IT

7   WOULD BE UNDER FEDERAL AND STATE LAW.

8               THE COURT:  ARE THE DAMAGES THE SAME?

9               MS. MATTIACCI:  IT DEPENDS ON HOW THEY

10  ANSWER.  IF THEY SAY YES TO THE MOTIVATING BUT NO TO THE

11  SAME DECISION ANYWAY, THE DAMAGES WOULD BE DIFFERENT

12  UNDER THE FEDERAL LAW BECAUSE WE WOULD NOT GET

13  COMPENSATORY DAMAGES.

14              THE COURT:  SO WE NEED TO HAVE A SEPARATE

15  QUESTIONING, RIGHT?

16              MS. MATTIACCI:  YOU WOULD BE ASKING THE

17  SAME QUESTION.

18              THE COURT:  BUT DON'T I NEED TO HAVE THE

19  DECISION TREE GO THAT WAY IF THEY SAY NO?

20              MS. MATTIACCI:  IF THEY SAY --

21              THE COURT:  IS IT ALL BACK -- IS IT ALL

22  TITLE VII?

23              MS. MATTIACCI:  ON THE MOTIVATING FACTOR

24  IT IS ALL TITLE VII.

25              THE COURT:  SO PHRA IS ALL ON TITLE VII?

1          MS. MATTIACCI:  THE STANDARDS ARE THE

2    SAME IN TERMS OF --

3          THE COURT:  SO I WILL DO THE DAMAGES

4    ANYWAY.  MY POINT IS, WHAT ABOUT THE ADVISORY NUMBER FOR

5    THE JURY?  HOW WOULD THEY DECIDE THAT IF THEY DECIDE --

6    IF THEY GO THE WAY -- IF THEY DECIDE NOT TO ALLOW THE

7    TITLE VII SCOPE?

8          MS. MATTIACCI:  SO IF THEY SAY NO TO

9    MOTIVATING FACTOR?

10          THE COURT:  RIGHT.

11          MS. MATTIACCI:  THEN I DON'T THINK THAT

12   WE WOULD GET THE COMPENSATORY DAMAGES BECAUSE THEY HAVE

13   SAID NO.

14          THE COURT:  BECAUSE YOU WOULD NOT HAVE

15   MOTIVATING --

16          MS. MATTIACCI:  RIGHT, OR DETERMINATIVE.

17          THE COURT:  OKAY.  ALL RIGHT.  SO WE WILL

18   DEAL WITH IT AT THE CHARGE.  I JUST WANTED TO UNDERSTAND

19   WHAT YOU ARE DOING.

20          MS. MATTIACCI:  OKAY.  THANK YOU, YOUR

21   HONOR.

22          THE COURT:  IS THERE ANY DOCUMENT THAT IS

23   BEING SHOWN TO THE JURY DURING OPENINGS?

24          MS. MATTIACCI:  WE HAVE A ORG CHART THAT

25   IS BLOWN UP BUT WE'VE AGREED WITH DEFENSE COUNSEL AND

1    THEY HAVE AGREED ON IT.

2                    MR. RAPPOPORT:  WE HAVE STIPULATED TO IT,

3    YOUR HONOR.

4                    THE COURT:  OKAY, FINE.

5                    MR. RAPPOPORT:  WE WILL WAIT FOR A COUPLE

6    OF -- YOUR HONOR, WE'RE NOT GOING TO FINISH THIS CASE ON

7    FRIDAY.

8                    THE COURT:  I AM IN OREGON ON MONDAY.

9                    MR. RAPPOPORT:  YOU'RE IN ARGUMENT?

10                   THE COURT:  OREGON.

11                   MR. RAPPOPORT:  I JUST CAME BACK FROM

12   OREGON.

13                   THE COURT:  I'M IN KLAMATH FALLS ON

14   MONDAY.

15                   MR. RAPPOPORT:  I WAS THERE.

16                   THE COURT:  I AM IN KLAMATH FALLS ON

17   MONDAY.  SO I DON'T KNOW WHAT WE ARE GOING TO DO.  THINK

18   ABOUT IT.  I AM NOT HERE UNTIL EARLY DECEMBER.

19                   MR. RAPPOPORT:  I WILL TRY, I AM GOING TO

20   BE GREAT ABOUT IT, I KNEW ALL ALONG THERE WOULD BE

21   ISSUES AND I TOLD YOU, RIGHT?  WHEN WE SPOKE THE FIRST

22   TIME.

23                   THE COURT:  OKAY.  THANK YOU.

24                   (BREAK TAKEN.)

25                   (VOIR DIRE OCCURS OFF THE RECORD.)

```
 1              (SIDEBAR OCCURS.)

 2              THE COURT:  SO FIRST, FOR THE PLAINTIFF,

 3  IS THERE ANY QUESTION GENERALLY THAT YOU WOULD LIKE ME

 4  TO ASK THAT I DID NOT COVER?

 5              MS. MATTIACCI:  I THINK CAN WE HAVE SOME

 6  FOLLOW-UP ON, LIKE, FOR INSTANCE --

 7              THE COURT:  I AM TALKING ABOUT IN

 8  GENERAL.

 9              MS. MATTIACCI:  IN GENERAL, NO.

10              THE COURT:  ANY QUESTION OF A GENERAL

11  NATURE YOU WOULD LIKE ME TO ASK?

12              MR. RAPPOPORT:  YES, ASSOCIATIONS OR

13  RELATIONSHIPS WITH TEVA.

14              THE COURT:  GENERALLY.  GENERALLY.

15              MR. RAPPOPORT:  AS OPPOSED TO

16  SPECIFICALLY BY NUMBER?

17              THE COURT:  YES.

18              MR. RAPPOPORT:  IN OTHER WORDS, WAS THERE

19  ANYTHING YOU MISSED WITH REGARD TO WHAT YOU HAVE ALREADY

20  ASKED, LIKE HAS ANYONE FILED A GRIEVANCE?  BUT I WOULD

21  HAVE LIKED FOR YOU TO SAY HAS ANYONE FILED A CHARGE OR A

22  COMPLAINT OR HAS ANYONE IN THEIR FAMILY OR FRIENDS FILED

23  A COMPLAINT?

24              THE COURT:  I ASKED IF ANYBODY HAS FILED

25  A LAWSUIT AND THEY SAID NO.  THAT'S COVERED.
```

1          NOW WE ARE GOING TO DEAL WITH THE

2    SERIATIM, STARTING WITH YOU AND GO TO LARRY.  THE WAY I

3    DO THIS IS I ASK THE QUESTIONS SO YOU DON'T PUT THEM ON

4    THE SPOT.  SO GOING IN ORDER, WHO WOULD YOU LIKE TO

5    BRING UP ON QUESTIONS?

6          MR. STEVE CONSOLE:  NUMBER TWO, IT IS

7    UNCLEAR TO ME -- I THOUGHT NUMBER TWO RAISED HER HAND

8    ABOUT BEING FAIR AND IMPARTIAL.

9          THE COURT:  WHAT ELSE DO YOU HAVE FOR

10   HER?

11         MR. STEVE CONSOLE:  NOTHING ELSE.

12         MR. RAPPOPORT:  SHE KNEW TEVA.  SHE

13   WORKED IN A HOSTILE WORK ENVIRONMENT.

14         THE COURT:  IT WAS SOMETHING ABOUT

15   HOSTILE WORK ENVIRONMENT, OTHER THAN GENDER.  MAYBE WE

16   CAN FIND THAT OUT.  OBVIOUSLY FOR ME, IT'S INTERESTING.

17         MR. RAPPOPORT:  I UNDERSTAND YOU WANT TO

18   BRING THEM UP ONCE?

19         MR. STEVE CONSOLE:  THE ONLY QUESTION SHE

20   ANSWERED WAS WORK WITH TEVA.  I THOUGHT SHE SAID THAT.

21         THE COURT:  WE HAVE THAT.

22         ANYTHING ELSE ON TWO?

23         BRING UP TWO.

24         THE DEPUTY CLERK:  JUROR NUMBER TWO, COME

25   ON UP.

1    BY THE COURT:

2    Q.       HELLO, MA'AM.  COME ON IN.  THANK YOU FOR BEING

3    HERE.

4                    I WANT TO ASK YOU A QUESTION ON

5    FOLLOW-UP.  I THINK YOU RAISED YOUR HAND AS TO WHETHER

6    YOU HAVE ANY REASON YOU CANNOT BE FAIR AND IMPARTIAL.  I

7    DIDN'T WANT TO EMBARRASS YOU.  WHAT ARE YOUR THOUGHTS ON

8    THAT?

9    A.       I CURRENTLY WORK FOR A PHARMACEUTICAL COMPANY,

10   ASTRA ZENECA.  I KNOW A LOT OF PEOPLE THAT WORK AT TEVA.

11   I GUESS IT'S MY OPINION -- I HAVE HAD EMPLOYEES WHO HAVE

12   NOT DONE A GOOD JOB AND THEY TRIED TO SAY, WELL, IT'S

13   BECAUSE YOU DON'T LIKE ME OR YOU DID THIS OR YOU DID

14   THAT.  I FEEL LIKE EVERY TIME PEOPLE DO A POOR JOB, FOR

15   THE MOST PART, THEY TRY TO CLAIM DISCRIMINATION.

16   Q.       HAVE YOU SEEN THAT IN YOUR JOB?

17   A.       YES.

18   Q.       ARE YOU A SUPERVISOR OF SOME SORT?

19   A.       I AM CURRENTLY.  I AM AN INDIVIDUAL CONTRIBUTOR.

20   BUT I HAVE MANAGED PEOPLE FOR YEARS.  AND I HAVE HAD

21   SEVERAL PEOPLE THAT ARE POOR PERFORMANCE EMPLOYEES AND A

22   LOT OF TIMES THAT IS WHAT THEY USUALLY ALWAYS DO, THEY

23   TRY TO GET MONEY.

24   Q.       HAVE YOU HEARD IT BASED ON AGE?

25   A.       PEOPLE SAY IT, LIKE, IN OUR WORK.  THAT'S WHY I

1    DIDN'T WANT TO RAISE MY HAND FOR HOSTILE.  ALL

2    INDUSTRIES -- EVERYBODY IS GOING THROUGH THE SAME THING,

3    PRETTY MUCH.  EVERYBODY IS ALWAYS -- SO A LOT OF PEOPLE

4    SAY TO ME, IT'S OLD PEOPLE THAT THEY TRY TO GET RID OF.

5    I DON'T KNOW ABOUT LAWSUITS, PER SE, BUT PEOPLE SAY IT.

6    Q.      A LITTLE BIT DIFFERENT.  DO YOU HAVE ANY ROLE IN

7    THOSE DECISIONS?

8    A.      NOT ANYMORE.

9    Q.      DID YOU?

10   A.      TERMINATING PEOPLE?

11   Q.      SURE.

12   A.      IF THEY WORKED FOR ME, YEAH.

13   Q.      HOW LONG WERE YOU EMPLOYED?

14   A.      ORIGINALLY, ONE OF THE GUYS, HE WAS THE OLDEST

15   GUY IN THE GROUP, BUT HE WAS NOT DOING A GOOD JOB.  AND

16   I HAD TO LET HIM GO, BUT IT WORKED OUT FOR HIM TO RETIRE

17   AND STILL...

18   Q.      DID THAT END UP IN A LAWSUIT OR GRIEVANCE?

19   A.      NO.

20   Q.      LIKE A DISCRIMINATION CLAIM?

21   A.      NO.

22   Q.      DID YOU ALSO RAISE YOUR HAND ABOUT HOSTILE WORK

23   ENVIRONMENT, IS THAT WHAT YOU WERE REFERRING TO?

24   A.      YES, THAT'S WHY I SAID IT WASN'T DUE TO AGE,

25   JUST EVERY YEAR THEY ARE CUTTING PEOPLE LEFT AND RIGHT.

1     Q.     DO YOU HAVE ANY RELATIONSHIP WITH TEVA YOURSELF,

2     OTHER THAN YOU KNOW WHAT THEY ARE?

3     A.     I HAVE A LOT FRIENDS THAT WORK THERE.  EVERYBODY

4     THAT WORKS IN PHARMA WORKS -- I DIDN'T RECOGNIZE ANY OF

5     THE NAMES YOU MENTIONED.

6     Q.     YOU DON'T RECOGNIZE MR. MIDDLEBROOKS' NAME?

7     A.     NO.  HE LOOKED FAMILIAR, ONLY BECAUSE I LIVED IN

8     WEST GOSHEN FOR A WHILE, BUT I DON'T KNOW HIM.

9              THE COURT:  ANY QUESTIONS FOR JUROR

10    NUMBER TWO?

11    BY MS. MATTIACCI:

12    Q.     SO IN TERMS OF YOUR ABILITY TO BE FAIR AND

13    IMPARTIAL, DO YOU HAVE A BIAS?

14    A.     I DO BECAUSE OF THE FACT I DON'T KNOW -- MAYBE

15    HE IS -- I FELT LIKE POTENTIALLY -- YOU KNOW, I DON'T

16    KNOW.  I DON'T KNOW FOR SURE, BUT, YOU KNOW, I FEEL

17    LIKE, YOU KNOW, A LOT OF TIMES THIS IS WHAT HAPPENS.

18    Q.     RIGHT.  BASED UPON THAT EXPERIENCE THAT YOU HAVE

19    HAD, WOULD IT BE DIFFICULT FOR YOU TO BE FAIR AND

20    IMPARTIAL?

21    A.     MAYBE.

22             THE COURT:  DEFENSE, ANY QUESTIONS?

23             MR. RAPPOPORT:  NO.

24             THE COURT:  OKAY.  THANK YOU, MA'AM, YOU

25    MAY BE SEATED.

1          THE WITNESS:  OKAY.

2          THE COURT:  THE NEXT PERSON YOU WOULD

3    LIKE TO BRING UP?  YOU WILL DO CAUSE AT THE END.

4          MS. MATTIACCI:  OKAY.

5          THE COURT:  BEFORE WE GO ON, DID YOU WANT

6    TO ASK QUESTIONS OF NUMBER ONE?

7          MR. RAPPOPORT:  NO, HE DIDN'T RAISE HIS

8    HAND ONCE.

9          THE COURT:  THE NEXT PERSON WHO YOU WOULD

10   LIKE TO QUESTION -- KEEP GOING, YOU ARE NEXT.

11         MS. MATTIACCI:  NUMBER THREE SAID HE

12   WORKED AT TEVA OR KNEW PEOPLE AT TEVA.

13         THE COURT:  ANYTHING ELSE ON THREE?

14         MR. RAPPOPORT:  YEAH.  THREE SAID HE

15   HAD -- I THOUGHT YOUR QUESTION WAS, DID YOU WORK IN A

16   HOSTILE WORK ENVIRONMENT OR MAYBE I DON'T RECALL IF IT

17   WAS -- DID YOU WORK IN IT OR OCCASIONS THAT PEOPLE MADE

18   THAT REFERENCE.  THAT WAS THREE.

19         THE COURT:  OKAY.

20         MR. RAPPOPORT:  AND I DIDN'T HAVE

21   ANYTHING ELSE FOR THREE.  DID YOU?

22         MR. MCDONOUGH:  NO.

23         MR. RAPPOPORT:  THAT WOULD BE IT.

24         THE COURT:  HE KNOWS SOMEBODY AT TEVA.

25   HE MAY HAVE SOME INVOLVEMENT WITH HOSTILE WORK

1    ENVIRONMENT.

2                    MR. STEVE CONSOLE:  I THINK HE SAID HE

3    WAS TERMINATED AS AN EMPLOYEE.

4                    THE COURT:  OKAY.  NUMBER THREE.

5                    THE DEPUTY CLERK:  JUROR NUMBER THREE.

6    BY THE COURT:

7    Q.       HELLO, SIR.  COME ON IN.  THANK YOU FOR BEING

8    HERE TODAY.

9                    YOU HAD RAISED YOUR HAND AND I WANT TO

10   FOLLOW UP.  DO YOU KNOW PEOPLE AT TEVA?  DO YOU HAVE ANY

11   INVOLVEMENT WITH TEVA?

12   A.       I KNOW LOTS OF PEOPLE BECAUSE I NOW WORK AT

13   ALLIANCE PHARMA.  WE HAVE A BUSINESS, IN THE MILLION

14   DOLLARS PER YEAR SO WE HAVE MANY, MANY STUDIES ALMOST

15   EVERY DAY, U.S. STUDIES.

16   Q.       IS THERE ANYTHING ABOUT TEVA THAT WOULD MAKE YOU

17   UNABLE TO BE FAIR OR IMPARTIAL?  DO YOU HAVE ANY VIEW

18   ABOUT TEVA?

19   A.       NO.

20   Q.       DO YOU KNOW ANY OF THE PEOPLE THAT I TALKED

21   ABOUT TODAY?

22   A.       NO.

23   Q.       YOU HAD TALKED A LITTLE BIT ABOUT BEING INVOLVED

24   IN TERMINATING PEOPLE, DISCIPLINING PEOPLE?

25   A.       YEAH, I AM THE DIRECTOR AND MANAGER FOR THE

1    THREE DEPARTMENTS IN ALLIANCE PHARMA.  EVERY YEAR WE DO

2    BASED ON THE PERFORMANCE OF THEM TO TERMINATE PEOPLE.

3    Q.    HAS ANYONE CLAIMED YOU WERE WORKING IN A

4    DISCRIMINATORY MANNER OR HOSTILE WORK ENVIRONMENT?

5    A.    NOT YET.

6                MR. RAPPOPORT:  GREAT ANSWER.

7    BY THE COURT:

8    Q.    IS THERE ANYTHING ABOUT THE FACT THAT YOU

9    WORK IN THIS INDUSTRY YOU THINK YOU COULD NOT BE FAIR

10   AND IMPARTIAL HERE?

11   A.    IT'S HARD TO SAY.  YEAH, BECAUSE IN THE ALLIANCE

12   PHARMA, I AM THINKING.  BUT IN THE J&J, I WORKED OVER AT

13   J&J, FOR OVER TEN YEARS.  AND FOR MY GROUP ENVIRONMENT,

14   IT'S TOXIC AND HORRIBLE.

15   Q.    IN YOUR DEPARTMENT?

16   A.    YES.

17                MR. RAPPOPORT:  AT J&J.

18   THE COURT:

19   Q.    BUT IS THERE ANYTHING ABOUT MY QUESTION -- I

20   KNOW IT'S HARD TO SAY.  SO MY CONCERN IS, CAN YOU BE

21   FAIR AND IMPARTIAL TO THESE PEOPLE, MR. MIDDLEBROOKS AND

22   THE PEOPLE YOU ARE GOING TO HEAR FROM FROM TEVA, CAN YOU

23   BE FAIR AND IMPARTIAL TO THEM?

24   A.    YES, I THINK SO.

25   Q.    IS THERE ANYTHING ABOUT YOUR EXPERIENCE WITH J&J

1    OR SOMEONE ELSE THAT WOULD COVER YOUR VIEW IN THAT

2    POINT?

3    A.    AT LEAST A LITTLE BIT.

4    Q.    ON WHAT ASPECT?

5    A.    FOR LIKE THEIR TREATMENT OF EMPLOYEES AND FAIR

6    AGAINST THE AGE AND RACE.

7    Q.    HAVE YOU EVER HEARD ABOUT THE AGE, NOT RACE, AGE

8    OR NATIONAL ORIGIN?

9    A.    YES.

10   Q.    YOU HAVE?

11   A.    YES.

12   Q.    HAVE YOU EVER MADE THAT ISSUE?

13   A.    I AM THE VICTIM.

14   Q.    YOU BELIEVE YOU HAVE BEEN DISCRIMINATED AGAINST?

15   A.    YES.  I FILED A COUPLE OF TIMES TO THE J&J

16   HEADQUARTERS TO THE HR REGARDING THE DISCRIMINATION FOR

17   THE RACE.

18   Q.    AND YOU MADE THESE CLAIMS.  AND WHEN DID YOU

19   MAKE THOSE CLAIMS?

20   A.    END OF 2014.

21   Q.    OKAY.  AND WHAT WAS THE RESOLUTION OF THOSE

22   CLAIMS?

23   A.    NO RESOLUTION.  THEY JUST TRIED TO PUT OUR GROUP

24   IN WITH THE ASIAN PEOPLE ON THE PERFORMANCE, BUT WE

25   FOUND A NEW JOB AND LEFT.

1          THE COURT:  PLAINTIFF, FOLLOW-UP?

2          MS. MATTIACCI:  NO.

3          THE COURT:  DEFENSE?

4   BY MR. RAPPOPORT:

5   Q.      SO WHEN YOU ANSWERED THE JUDGE'S QUESTION, WHEN

6   YOU RAISED YOUR HAND ABOUT THE HOSTILE WORK ENVIRONMENT,

7   WAS THAT AT J&J?

8   A.      YES.

9   Q.      OKAY.  AND YOU BELIEVE YOU WERE A VICTIM OF A

10  HOSTILE WORK ENVIRONMENT?

11  A.      YES.

12  Q.      AND YOU COMPLAINED TO?

13  A.      HR.

14  Q.      AND WILL THAT EXPERIENCE HAVE ANY INFLUENCE WITH

15  REGARD TO HOW YOU WOULD HEAR TODAY'S EVIDENCE OR THIS

16  WEEK'S EVIDENCE?

17  A.      NO.

18          MR. RAPPOPORT:  OKAY.  NOTHING FURTHER.

19          THE COURT:  THANK YOU, SIR.  WE WILL GET

20  BACK TO YOU.

21          THE COURT:  NEXT PERSON YOU WOULD LIKE TO

22  TALK TO.

23          MR. STEVE CONSOLE:  FOUR, YOUR HONOR, WAS

24  AGAIN, SHE RAISED HER HAND THAT SHE COULD NOT BE FAIR.

25          MR. RAPPOPORT:  SHE DID.

1          MR. STEVE CONSOLE:  I DON'T KNOW IF YOUR

2     HONOR WANTS FOLLOW UP ON THAT OR IF THAT --

3          THE COURT:  WE WILL ASK HER.  I AM GOING

4     TO ASK HER WHY SHE WAS KIND OF TENTATIVE.

5          MR. RAPPOPORT:  SHE RAISED HER HAND THE

6     FIRST TIME.

7          THE COURT:  THE FIRST TIME.  I WANT THE

8     RECORD CLEAR.

9          DO YOU HAVE ANYTHING FOR NUMBER FOUR, OR

10    JUST THAT QUESTION?

11         MR. RAPPOPORT:  FOUR SAID SHE WORKED IN A

12    HOSTILE WORK ENVIRONMENT.  IT WAS A HOSTILE WORK

13    ENVIRONMENT.  OTHER THAN GENDER, I WOULD LIKE TO KNOW

14    MORE ABOUT THAT.

15         MS. MATTIACCI:  SHE SAID AGE.

16         MR. STEVE CONSOLE:  AND THAT SHE WORKED

17    IN HR.

18         THE COURT:  AND AGE ISSUE.

19         FOUR.

20         THE DEPUTY CLERK:  JUROR NUMBER FOUR.

21    COME UP.

22    BY THE COURT:

23    Q.    THANK YOU FOR BEING HERE.

24    A.    GOOD MORNING, YOUR HONOR.

25    Q.    YOU HAD MENTIONED -- YOU RAISED YOUR HAND TO THE

1    QUESTION, YOU DIDN'T THINK YOU COULD BE FAIR AND

2    IMPARTIAL WHEN YOU HEARD WHAT I GAVE YOU.  WHY IS THAT?

3    A.      SO MY DAD HAS ACTUALLY WORKED FOR A COMPANY OVER

4    20 YEARS.  IT WAS PRIVATE.  IT WAS BOUGHT OUT BY A

5    PUBLIC COMPANY AND MY DAD IS ALWAYS COMPLAINING THAT HE

6    GOT DEMOTED BASED ON HIS AGE AND THE YOUNG GUYS COMING

7    IN AND TELLING HIM WHAT TO DO.  AND I FELT THAT IT

8    SOUNDED KIND OF SIMILAR.

9    Q.      WE HAVE NOT HEARD ANY FACTS.  WHAT I SAY IS NOT

10   FACTS, BUT -- DO YOU LIVE WITH YOUR DAD?

11   A.      NO.

12   Q.      OKAY.  IS THAT SUCH AN EXTENT THAT YOU THINK IT

13   WOULD AFFECT YOUR ABILITY TO HEAR MR. MIDDLEBROOKS'

14   CLAIMS?

15   A.      NO, BUT I JUST WANTED YOU TO KNOW THAT BASED

16   ON --

17   Q.      DO YOU THINK YOU CAN BE FAIR?

18   A.      I THINK I CAN DEFINITELY HEAR THE FACTS.

19   Q.      YOU ALSO MENTIONED ABOUT HOSTILE WORK

20   ENVIRONMENT.  IS THAT SOMETHING INVOLVING YOU OR YOUR

21   DAD?

22   A.      ME.

23   Q.      TELL ME ABOUT THAT, GENERALLY.

24   A.      MY PRINCIPAL --

25   Q.      ARE YOU A TEACHER?

1   A.      YEAH.  SHE IS ALL OVER THE PLACE.  I HAVE BEEN

2   PULLED INTO HER OFFICE, ASKED WHAT MY PLANS ARE FOR

3   HAVING BABIES BECAUSE SHE WANTS TO CREATE TEAMS FOR

4   DIFFERENT THINGS, AND HOW LONG AM I GOING TO BE OUT HERE

5   AND ON LEAVE, THINGS OF THAT NATURE.

6   Q.      THAT MAY BE LIKE CERTAINLY GENDER

7   DISCRIMINATION.  I RAISED THE QUESTION ABOUT AGE.  WHEN

8   I SAW YOU RAISE YOUR HAND, I WAS INTERESTED BECAUSE IT'S

9   NOT BASED ON AGE FOR YOU, ANYWAY, NOR NATIONAL ORIGIN

10  FOR YOU.

11              HAS YOUR PRINCIPAL EVER RETALIATED

12  AGAINST YOU BECAUSE YOU COMPLAINED?

13  A.      NO, NOT OFFICIALLY, BUT, YOU KNOW.

14  Q.      DO YOU HARBOR ANY VIEW THAT SHE MIGHT?

15  A.      WITH HER MOODS, PROBABLY.

16  Q.      HAS SHE DONE THIS TO ANYBODY ELSE?

17  A.      YES.

18  Q.      RETALIATED AGAINST SOMEBODY IN THE SCHOOL?

19  A.      YES.

20  Q.      AND IT HAD TO DO WITH THE WORKPLACE, NOT THE

21  WEATHER?

22  A.      CORRECT.

23  Q.      YOU ALSO MENTIONED HOSTILE WORK ENVIRONMENT.  IS

24  THAT WHAT YOU ARE REFERRING TO?

25  A.      YES.

1    Q.       RETALIATION AND --

2    A.       YES.

3    Q.       AND THAT'S WHERE YOU PRESENTLY WORK?

4    A.       YES.  I AM CURRENTLY OUT ON LEAVE.  I HAVE A

5    FOUR-MONTH-OLD, WHICH IS ANOTHER KIND OF ISSUE.  SO AS

6    LONG AS I CAN PUMP EVERY THREE HOURS.

7    Q.       YOU CAN DO THAT.

8             THE COURT:  PLAINTIFF, DO YOU HAVE

9    ANYTHING FURTHER?

10            MS. MATTIACCI:  NO.

11            THE COURT:  DEFENSE?

12   BY MR. RAPPOPORT:

13   Q.       DID YOU BELIEVE THAT WHEN YOUR PRINCIPAL ASKED

14   YOU ABOUT WHETHER -- WHAT YOUR PLANS WERE WITH REGARD TO

15   GETTING PREGNANT OR RAISING A FAMILY, DID YOU BELIEVE

16   THAT WAS A DISCRIMINATION AGAINST YOU?

17   A.       YES.

18   Q.       OKAY.  JUST THE QUESTION ITSELF?

19   A.       THE QUESTION, YEAH.  I MEAN, I AM FAIRLY SURE

20   THAT'S PROBABLY ILLEGAL.

21   Q.       SO YOU HAVE SOME VIEWS THAT THOSE KINDS OF

22   INQUIRIES ARE ILLEGAL AND THOSE VIEWS INFLUENCE YOUR

23   ABILITY TO BE FAIR AND IMPARTIAL?

24   A.       I THINK I CAN HEAR EVIDENCE AND BASE, YOU KNOW,

25   AN IDEA OFF OF EVIDENCE.

1    Q.      OKAY.  THANK YOU.

2              WHAT SCHOOL DO YOU TEACH AT?

3              THE WITNESS:  NORRISTOWN.

4              THE COURT:  I WOULD GIVE YOU THE LAW.

5    YOU JUST MADE A STATEMENT ABOUT THE LAW YOU THOUGHT WAS

6    DISCRIMINATION.  YOU WOULD HAVE TO LISTEN TO WHAT I GIVE

7    YOU, THE LAW.  DO YOU UNDERSTAND THAT INSTRUCTION?

8    A.      YES.

9              MR. RAPPOPORT:  HOW COME YOU DIDN'T BRING

10   YOUR BABY?

11             THE WITNESS:  I HAVE A TWO-YEAR-OLD.  I

12   DON'T THINK HE WOULD BE DOING GOOD IN THE ENVIRONMENT.

13             THE COURT:  ALL RIGHT.  NEXT PERSON YOU

14   WOULD LIKE TO TALK TO.

15             MR. STEVE CONSOLE:  FIVE WAS THE NEXT

16   PERSON.

17             THE COURT:  I AM NOT GOING TO BRING THEM

18   ALL UP.  TELL ME WHAT YOUR QUESTION IS.

19             MR. STEVE CONSOLE:  I WAS GOING TO SAY

20   FIVE IS THE NEXT PERSON.

21             MS. MATTIACCI:  FIVE DID RAISE HIS HAND.

22             MR. STEVE CONSOLE:  EVERY PERSON RAISED

23   THEIR HAND TO THAT QUESTION.

24             THE COURT:  LARRY, DO YOU HAVE ANYTHING

25   FOR FIVE?

1        MR. RAPPOPORT:  I DON'T HAVE ANYTHING.  I

2   DON'T EVEN HAVE FIVE DOWN.

3        THE COURT:  I DON'T HAVE FIVE EITHER.

4        MR. RAPPOPORT:  NOTHING OTHER THAN THAT,

5   YOUR HONOR.

6        THE COURT:  OKAY.

7        THE DEPUTY CLERK:  JUROR NUMBER FIVE,

8   COME FORWARD.

9   BY THE COURT:

10  Q.      HELLO, SIR.  THANKS FOR BEING HERE.

11          YOU RAISED YOUR HAND TO THE QUESTION

12  WHETHER YOU COULD BE FAIR AND IMPARTIAL.  IS THERE ANY

13  REASON -- I DIDN'T WANT TO ASK YOU IN FRONT OF

14  EVERYBODY.  WHAT IS THE REASON YOU CANNOT BE FAIR AND

15  IMPARTIAL?

16  A.      I BELIEVE THAT TO BE FAIR AND IMPARTIAL I WOULD

17  NEED TO BE ABLE TO FOCUS ON THE CASE AND LISTEN TO THE

18  TESTIMONIES.  AND IT'S GOING TO BE VERY DIFFICULT

19  BECAUSE OF THE TIME IN WHICH I WAS CALLED IN.  I WAS

20  DIAGNOSED WITH ADHD WHEN I WAS SEVEN AND I KNOW THAT'S

21  GOING TO AFFECT ME A LOT.

22          WE HAVE A HUGE CIVIL ENGINEER JOB,

23  HIGHWAY AND BRIDGE DESIGN AND WORKING ON A $25 MILLION

24  DESIGN JOB RIGHT NOW.  AND WE HAVE HUGE SUBMISSIONS THAT

25  WERE PUSHED BACK THREE WEEKS AND DUE NEXT WEEK.  AND I

1   AM IN CHARGE OF DEVELOPMENT OF ALL OF THE CONSTRUCTION

2   PLANS AND COORDINATION OF GETTING THE SURVEYS AND

3   EVERYTHING UP TO SPEED SO WE CAN GET THE SUBMISSIONS IN.

4   AND THAT'S GOING TO BE ON MY MIND THE ENTIRE TIME.

5       Q.      I APPRECIATE YOU LETTING US KNOW ABOUT THAT.  I

6   CAN TELL YOU THAT DOCTORS WHO HAVE SURGERY TOMORROW I

7   CANNOT EXCUSE THEM.  I AM VERY HAPPY YOU TOLD ME BECAUSE

8   THE LAWYERS KNOW THAT.

9               THE COURT:  DO YOU HAVE ANY FOLLOW-UP

10  QUESTIONS?

11              MS. MATTIACCI:  NO.

12  BY MR. RAPPOPORT:

13      Q.      DO I UNDERSTAND THAT IN ANSWER TO THE JUDGE'S

14  QUESTION BECAUSE OF YOUR CONDITION THAT YOU DON'T THINK

15  YOU CAN PAY ATTENTION TO THE TESTIMONY?

16      A.      IT'S GOING TO BE EXTREMELY DIFFICULT.  I HAVE A

17  LOT OF STUFF --

18              THE COURT:  BECAUSE OF WHAT IS GOING ON?

19  BY MR. RAPPOPORT:

20      Q.      BECAUSE OF YOUR MEDICAL CONDITION?

21      A.      YES, EFFECTS ME BEING ABLE TO FOCUS.  THAT'S THE

22  PRIMARY SYMPTOMS IT, FOCUS.  AND I KNOW WHAT I AM

23  MISSING AND HOW MUCH STRESS IT'S GOING TO BE WHEN I GET

24  BACK TO WORK.  IT'S GOING TO BE VERY DIFFICULT FOR ME.

25              THE COURT:  ANYTHING ELSE, MR. RAPPOPORT?

1          MR. RAPPOPORT:  NO, YOUR HONOR.

2          THE COURT:  THANK YOU.  DO YOU HAVE

3   ANYTHING FOR NINE, LARRY?

4          MR. RAPPOPORT:  I DON'T THINK SO, NO.

5          THE COURT:  OKAY.  NINE.

6          MR. STEVE CONSOLE:  HE OWNED THE COMPANY.

7   HE HAS TERMINATED PEOPLE.

8          MS. MATTIACCI:  ALSO WAS A PART OF A

9   LAWSUIT I BELIEVE AS A WITNESS.

10          THE COURT:  YES.

11          MS. MATTIACCI:  AND EVALUATED PEOPLE.

12          MR. STEVE CONSOLE:  YES.

13          THE COURT:  DO YOU HAVE ANYTHING ON NINE?

14   LET'S BRING UP NUMBER NINE.

15          THE DEPUTY CLERK:  JUROR NUMBER NINE.

16   BY THE COURT:

17   Q.      HELLO, SIR.  THANK FOR BEING HERE.  YOU

18   MENTIONED IN RESPONSE TO A COUPLE OF QUESTIONS THAT YOU

19   HAVE A ROLE IN MANAGING EMPLOYEES, YOU DISCIPLINED

20   EMPLOYEES.  WHY DON'T YOU TELL US ABOUT THAT?

21   A.      I AM AN ARCHITECT.  I WAS A PARTNER IN AN

22   ARCHITECTURE FIRM IN THE '90S AND I WAS THE MANAGING

23   PARTNER FOR THE FIRM.  WE HAD AN OFFICE IN THE

24   CAROLINAS, AND I MANAGED THE PHILADELPHIA OFFICE.  IT

25   WAS PRIMARILY HIRING PEOPLE AND SPLITTING THEM INTO

1    TEAMS AND MAKING SURE THE TEAM LEADERS WERE GETTING THE

2    WORK DONE.

3    Q.      THAT WAS IN THE '90S.  WHEN DID THAT STOP?

4    A.      IN 2002 WE SPLIT THE PARTNERSHIP AND I STARTED

5    MY OWN FIRM AT THAT TIME.

6    Q.      SINCE THAT TIME, HAVE YOU BEEN INVOLVED IN

7    EVALUATING AND FIRING EMPLOYEES?

8    A.      NOT SINCE THEN.

9    Q.      YOU WORK FOR YOURSELF?

10   A.      NO.  RIGHT NOW I AM AT A DIFFERENT FIRM.

11   Q.      YOU HAVE NO ROLE IN MANAGING EMPLOYEES, THOSE

12   KINDS OF THINGS?

13   A.      NO, I DON'T.

14   Q.      WHEN YOU WERE RUNNING THE OFFICE, WAS THERE AN

15   ACCUSATION OF DISCRIMINATION BY ANY EMPLOYEES?

16   A.      NO.

17   Q.      DID YOU HAVE ANY ROLE IN YOUR CURRENT JOB IN

18   EVALUATING EMPLOYEES?  YOU SAID YOU WORK FOR SOMEBODY

19   NOW.  DO YOU EVALUATE OTHER EMPLOYEES?

20   A.      NO.

21                   THE COURT:  PLAINTIFF, ANY QUESTIONS OF

22   NINE?

23   BY MS. MATTIACCI:

24   Q.      YOU SAID YOU WERE INVOLVED IN A LAWSUIT AS A

25   WITNESS?

1      A.      I'M SORRY?

2      Q.      WERE YOU INVOLVED IN A LAWSUIT AS A WITNESS?

3      A.      I AM -- YEAH, I AM A FORENSIC ARCHITECT.   I

4      TESTIFY AS AN EXPERT.

5      Q.      OKAY.

6              MS. MATTIACCI:  THAT'S ALL.

7      BY THE COURT:

8      Q.      YOU WERE NOT THE PARTY TO THE LAWSUIT?

9      A.      NO.

10     Q.      YOU ARE AN EXPERT?

11     A.      TESTIFY AS AN EXPERT IN ARCHITECTURE.

12             MR. RAPPOPORT:  I HAVE NO QUESTIONS, YOUR

13     HONOR.

14             THE COURT:  THANK YOU VERY MUCH.

15             THE COURT:  WHAT IS WITH 11?

16             MS. MATTIACCI:  11 WAS -- ANSWERED YES TO

17     AGE DISCRIMINATION; TO TEVA PHARMACEUTICAL; YES TO

18     OWNING A BUSINESS; YES TO EVALUATING EMPLOYEES.

19             THE COURT:  OKAY.

20             MR. STEVE CONSOLE:  I THINK HE SAID HE

21     WAS A JUROR IN AN EMPLOYMENT CASE.

22             MR. RAPPOPORT:  I NEVER HEARD THAT.

23             THE COURT:  I DON'T REMEMBER THAT.

24             THE COURT:  NUMBER 11.

25             THE DEPUTY CLERK:  JUROR NUMBER 11.

BY THE COURT:

Q.    HELLO, MA'AM.  THANK YOU FOR BEING HERE.  I HAVE
TO FOLLOW UP WITH SOME QUESTIONS.

FIRST, YOUR RELATIONSHIP WITH TEVA, DO
YOU HAVE ANY RELATIONSHIP WITH TEVA?

A.    NOT ME PERSONALLY, BUT MY COMPANY IN THE FORMER
YEARS, THEY WERE A CLIENT OF OURS AND I KNOW PEOPLE THAT
WERE FORMER EMPLOYEES.

Q.    OKAY.  DID ANY OF THOSE FORMER EMPLOYEES SUE
TEVA OR TEVA SUE THEM?

A.    NO.

Q.    IS THERE ANYTHING ABOUT THE FACT THAT YOU KNOW
TEVA FAIRED ONE SIDE OR THE OTHER?

A.    NO.

Q.    YOU TALKED ALSO ABOUT THE DISCRIMINATION,
POSSIBLY DISCRIMINATION OF AGE OR OTHERWISE?

A.    YES.

Q.    WHAT WAS THAT ABOUT?

A.    A FRIEND OF MINE IS KIND OF GOING THROUGH -- SHE
FEELS LIKE SHE IS GOING THROUGH IT, BUT NOT SUING OR
ANYTHING.

Q.    SO IS SHE SOMEONE YOU HAVE GIVEN ADVICE TO ABOUT
SUING HER EMPLOYER?

A.    NO.

Q.    OKAY.  IS SHE SOMEONE THAT LIVES WITH YOU?

1    A.    NO. IN THE SUMMER MONTHS.

2    Q.    SHE IS SOMEONE YOU ARE HAVING DINNER WITH

3    BETWEEN NOW AND THE WEEK'S END?

4    A.    NO.

5    Q.    YOU ALSO MENTIONED ABOUT -- DID YOU SERVE ON A

6    JURY WITH AN EMPLOYMENT CASE?

7    A.    IT WAS CRIMINAL.

8    Q.    CRIMINAL CASE, OKAY. HERE? MUST BE STATE

9    COURT.

10    A.    IT WAS ON 13TH STREET.

11    Q.    PHILADELPHIA.

12    A.    OKAY.

13    Q.    IS THERE ANYTHING ABOUT THE FACT THAT YOUR

14    FRIEND HAS SOME AGE ISSUES OR CONCERNS WITH HER EMPLOYER

15    THAT WOULD MAKE IT HARD FOR YOU TO BE FAIR AND IMPARTIAL

16    REGARDING AGE ISSUES?

17    A.    NO.

18    Q.    YOU WOULD BE ABLE TO FOLLOW WHAT I SAY AND APPLY

19    THE LAW TO THE FACTS?

20    A.    YES.

21             THE COURT: PLAINTIFF, ANY QUESTIONS?

22             MS. MATTIACCI: NO.

23             THE COURT: MR. RAPPOPORT?

24             MR. RAPPOPORT: I DON'T THINK SO, YOUR

25    HONOR.

1            THE COURT:  THANK YOU FOR BEING HERE.

2            MR. STEVE CONSOLE:  13.

3            THE COURT:  LARRY, ANYTHING FOR 13, OTHER

4    THAN THE OBVIOUS?

5            MR. RAPPOPORT:  THE OBVIOUS IS PRETTY

6    OBVIOUS.

7            THE COURT:  YES.  NUMBER 13.

8            THE DEPUTY CLERK:  JUROR NUMBER 13.

9    BY THE COURT:

10   Q.    THANK YOU FOR BEING HERE.

11           SO I HAVE SOME QUESTIONS FOR YOU.  I NEED

12   TO ASK THE FIRST ONE.  FIRST OFF, YOU RAISED YOUR HAND

13   WHEN I ASKED WAS THERE ANYTHING ABOUT THIS CASE YOU

14   CANNOT BE FAIR AND IMPARTIAL?

15   A.    YES.  I AM A NATIONALISTIC.  I WOULD BE GOING

16   FOR HIM.

17   Q.    BECAUSE THE OTHER COMPANY IS FROM ISRAEL?

18   A.    YES.

19   Q.    INTERESTINGLY ABOUT THIS CASE, I WANT YOU TO

20   UNDERSTAND -- I AM NOT TRYING TO TALK YOU OUT OF IT.

21   THIS IS ABOUT -- A BIG PORTION OF IT IS ABOUT HORSHAM

22   AND ISRAEL.  IS THERE ANYTHING --

23   A.    I UNDERSTAND IT'S THE PARENT COMPANY.

24   Q.    TRUE.

25   A.    I HAVE ALSO BEEN IN A SITUATION LIKE THEM.

1    Q.      TELL ME ABOUT THAT.

2    A.      AN EMPLOYER TRYING TO GET RID OF ME, SO LIKE

3    JUST --

4    Q.      BASED ON WHAT?

5    A.      I PROVED HIM WRONG A COUPLE OF TIMES, THE

6    SUPERVISOR.  I WAS A FOREMAN AT THE COMPANY AND EVERY

7    STEP OF THE WAY HE WAS TRYING TO FIRE ME.

8    Q.      DID YOU THINK IT WAS BASED ON YOUR GENDER OR

9    AGE?

10    A.      NO.  HE DIDN'T LIKE ME.

11    Q.      OKAY.  YOU ALSO RAISED YOUR HAND ABOUT

12    DISCRIMINATION.  HAVE YOU EVER FELT ANY SENSE OF

13    DISCRIMINATION?

14    A.      IN THE SAME JOB.

15    Q.      HE DIDN'T LIKE YOU?

16    A.      YES.

17    Q.      BUT IT WAS HE THOUGHT IT WAS FOR PERFORMANCE?

18    A.      IT WAS FOR PERFORMANCE.

19    Q.      IT WASN'T BECAUSE OF YOUR GENDER OR AGE?

20    A.      IT'S CONSTRUCTION.  WE ARE ALL MALE.

21    Q.      HOW ABOUT YOUR VIEWS?  I KNOW YOU SAID YOU'RE A

22    LITTLE BIT OF A NATIONALISTIC.  DID THAT AFFECT HIS

23    ABILITY -- DO YOU THINK IT AFFECTED HIM?

24    A.      NO.

25    Q.      HE VIEWED YOU DIFFERENTLY?

1    A.      YES.

2    Q.      HOW LONG AGO WAS THAT?

3    A.      THREE YEARS AGO, NOT EVEN.

4    Q.      OKAY.  SINCE THEN, HAVE YOU EVER HAD ANY OF

5    THOSE KINDS OF ISSUES?

6    A.      NOT WITH THE NEW COMPANY I AM AT.

7    Q.      OKAY.  SO YOUR CONCERN IS YOU DON'T THINK YOU

8    CAN BE FAIR BECAUSE ONE OF THE DEFENDANTS IS FROM

9    ISRAEL?

10   A.      YEAH.

11   Q.      ONE OF THE COMPANIES IS FROM ISRAEL?

12   A.      YES.

13                   THE COURT:  PLAINTIFF, ANY FOLLOW-UP

14   QUESTIONS?

15                   MS. MATTIACCI:  NO.

16   BY MR. RAPPOPORT:

17   Q.      WHEN YOU DESCRIBED YOURSELF AS A NATIONALIST, IS

18   THAT SOMETHING TO DO WITH ISRAEL?

19   A.      NO.  FOR THE AMERICANS, THAT'S WHO I GO FOR.

20                   THE COURT:  THANK YOU.

21                   DO YOU HAVE ANY FOLLOW-UP?

22                   MR. STEVE CONSOLE:  NO.

23                   THE COURT:  THANK YOU VERY MUCH.

24                   OKAY.  ANYTHING FOR 13?

25                   MS. MATTIACCI:  16.

1          THE COURT:  DO YOU HAVE ANYTHING BEFORE

2     16, LARRY?

3               MR. RAPPOPORT:  14.

4               MR. MCDONOUGH:  14 RAISED HER HAND ABOUT

5     AN AGE ISSUE.

6               MR. RAPPOPORT:  LET'S START WITH 14.

7     BEFORE WE GET TO 15, 14 RAISED HER HAND ABOUT AGE

8     DISCRIMINATION.  CAN WE ASK HER ABOUT THAT?

9               MS. MATTIACCI:  I THOUGHT IT WAS 15.

10              MR. RAPPOPORT:  I THOUGHT IT WAS 15, TOO.

11              THE COURT:  15.

12              THE DEPUTY CLERK:  JUROR NUMBER 15.

13    BY THE COURT:

14    Q.      THANK YOU FOR BEING HERE.  I CAN'T TAKE YOUR

15    CARD.  GOOD TRY.

16              YOU HAD RAISED YOUR HAND, I THINK -- I

17    HAVE A LOT OF NOTES HERE ABOUT YOU WERE AWARE OF

18    SOMEBODY -- YOU OR SOMEBODY YOU KNOW HAD AGE

19    DISCRIMINATION IN THE WORKPLACE.  CAN YOU TELL ME ABOUT

20    THAT?

21    A.      ME.

22    Q.      TELL ME ABOUT THAT.

23    A.      I WORKED FOR A VERY YOUTH-ORIENTED COMPANY.  I

24    TURNED 40 AND THE NEXT WEEK I WAS LAID OFF.  I ALSO

25    WORKED FOR -- MY BOSS WENT THROUGH THE SAME KIND OF

1    THING.

2    Q.      HOW LONG AGO WAS THAT?

3    A.      40?

4    Q.      I AM NOT ASKING YOU -- I DON'T MEAN IT THAT WAY.

5    IT WAS RIGHT AFTER YOU TURNED 40?

6    A.      YES, SO OBVIOUSLY THAT'S --

7    Q.      THAT'S OKAY.  SO THE QUESTION IS RELATED TO YOUR

8    PERSONAL EXPERIENCE.  DO YOU THINK IN FAIRNESS YOU COULD

9    SET THAT ASIDE IN THIS CASE ON THE ISSUE OF AGE

10   DISCRIMINATION, SOMEBODY BELIEVES THEY WERE

11   DISCRIMINATED AGAINST IF THEY WERE BEYOND THE AGE OF 40,

12   IS SOMETHING YOU COULD BE FAIR AND IMPARTIAL ABOUT IF IT

13   HAPPENED TO YOU?

14   A.      I THINK I COULD.

15   Q.      I WANT YOU TO THINK ABOUT IT.  IT'S ONLY AGE.

16   A.      IT'S A LONG TIME AGO.

17   Q.      HAVE YOU WORKED SINCE THEN?

18   A.      ABSOLUTELY.

19   Q.      HAVE YOU EVER FACED THAT IN ANY OTHER JOB?

20   A.      NO.

21   Q.      DID YOU BRING A CLAIM?

22   A.      NO.  NO, I TOOK THE SUMMER OFF.

23   Q.      GOOD FOR YOU.

24                   THE COURT:  PLAINTIFF?

25                   MR. STEVE CONSOLE:  NOTHING.

1                    THE COURT:  DEFENSE?

2    BY MR. RAPPOPORT:

3    Q.      DO YOU THINK THAT COMPANIES TREAT EMPLOYEES

4    DIFFERENTLY BECAUSE OF AGE?

5    A.      AT TIMES.

6    Q.      IS THAT BASED ON YOUR PERSONAL EXPERIENCE OR

7    BASED ON OTHER THINGS THAT YOU MAY HAVE SEEN OR

8    OBSERVED?

9    A.      OBSERVED.

10   Q.      AND WHAT IS YOUR GENERAL FEELING ABOUT HOW

11   COMPANIES TREAT OLDER EMPLOYEES?

12   A.      GENERALLY POSITIVE, I MEAN.

13   Q.      OKAY.  THANK YOU.

14                   THE COURT:  THANK YOU, MA'AM.

15                   MR. RAPPOPORT:  CAN WE BRING 13 BACK?

16                   THE COURT:  NOT WITHOUT A MARSHAL.

17                   MR. RAPPOPORT:  18.

18                   THE COURT:  YES, I WAS THINKING 18 MAY BE

19   17.

20                   MR. STEVE CONSOLE:  16?  I GOT 18,

21   THOUGH.  18 RAISED HER HAND THAT SHE COULD NOT BE FAIR,

22   ACCORDING TO MY NOTES, AND WORKED WITH TEVA.

23                   THE COURT:  OKAY.  DO YOU HAVE ANYTHING

24   BEFORE 18, LARRY?

25                   MR. RAPPOPORT:  ARE YOU ASKING 17,

1    WHETHER SHE IS GOING TO BRING THE BABY EVERY DAY?

2    THAT'S WHY I WENT TO 16.  KNEW TEVA, BUT I DON'T KNOW IF

3    THAT'S SOMEBODY YOU WANT TO ASK ABOUT.

4                    THE COURT:  DO YOU WANT ME TO?

5                    MR. RAPPOPORT:  I WOULDN'T MIND.

6                    THE COURT:  16.

7                    THE DEPUTY CLERK:  JUROR NUMBER 16.

8    BY THE COURT:

9    Q.      HELLO, MA'AM.  THANK YOU FOR BEING HERE.

10   A.      YES.

11   Q.      IT'S MONTGOMERY COUNTY.  WE HAVE TO STICK

12   TOGETHER.

13   A.      THAT'S RIGHT.

14   Q.      YOU MENTIONED -- YOU RAISED YOUR HAND ABOUT

15   TEVA?

16   A.      YES.

17   Q.      HOW DO YOU KNOW TEVA?

18   A.      THEY WERE MY -- AS A SENIOR MANAGEMENT RESEARCH

19   ANALYST, THEY WERE MY CLIENT FOR TEN YEARS.  I PROVIDED

20   THEM DATA ON WHATEVER THEY WANTED TO KNOW AS FAR AS

21   WHERE THE PRODUCTS WERE GOING AND THAT KIND OF THING.

22   Q.      WERE YOU EMPLOYED BY THEM OR AN OUTSIDE

23   CONSULTANT?

24   A.      NO, I WAS EMPLOYED BY I.M.S. HEALTH.

25   Q.      HOW LONG AGO WAS THAT?

1   A.        TWO YEARS, BUT THEY WERE MY CLIENT FOR TEN

2   YEARS.

3   Q.        OKAY.  DO YOU KNOW MR. MIDDLEBROOKS?

4   A.        NO.

5   Q.        HAVE YOU EVER HEARD ANY STORIES ABOUT TEVA THAT

6   WOULD AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL HERE?

7   A.        NO.

8   Q.        ANY STORIES IN THE WORKPLACE, COFFEE OVER THE

9   WATER COOLER, AFFECT YOUR ABILITY?

10  A.        NO.

11  Q.        DID THAT ROLE YOU HAVE HAVE ANYTHING TO DO WITH

12  HR?

13  A.        NO.  MY HUMAN RESOURCE WAS IN A PREVIOUS --

14  NOTHING WITH THE PHARMACEUTICALS.

15  Q.        DID YOU DISCIPLINE AND EVALUATE EMPLOYEES?

16  A.        YES.

17  Q.        WAS THAT BEFORE THE JOB AT TEVA?

18  A.        YES.

19  Q.        WERE YOU EVER ACCUSED OF ANY TYPE OF

20  DISCRIMINATION IN THE WORKPLACE?

21  A.        NO.

22  Q.        OKAY.  HAVE YOU EVER BEEN ACCUSED OF A HOSTILE

23  WORK ENVIRONMENT?

24  A.        NO.

25                 THE COURT:  PLAINTIFF?

1          MR. STEVE CONSOLE:  NO QUESTIONS.

2     BY MR. RAPPOPORT:

3     Q.      THE TEN YEARS THAT YOU DID WORK FOR TEVA, IT WAS

4     FOR TEVA NOT AT TEVA?

5     A.      EXACTLY.

6     Q.      YOU WORKED FOR ANOTHER ORGANIZATION OR THIRD

7     PARTY?

8     A.      ANOTHER COMPANY THAT PROVIDED DATA TO TEVA.

9     Q.      AND THE TEN-YEAR SPAN, WHEN WAS THAT?

10    A.      THIS MOST RECENT TEN-YEAR SPAN.  I RETIRED LAST

11    YEAR.

12    Q.      UP UNTIL THE TIME YOU RETIRED?

13    A.      YES.

14    Q.      GENERALLY, A FAIR AND PLEASURABLE EXPERIENCE?

15    A.      YES.

16              THE COURT:  THANK YOU VERY MUCH.

17              16.

18              MR. STEVE CONSOLE:  18, YOUR HONOR, CAN'T

19    BE FAIR.

20              THE COURT:  DO YOU HAVE ANYTHING ON 17?

21              MR. RAPPOPORT:  I AM CURIOUS HOW YOU ARE

22    GOING TO GET THERE.  I HATE TO WASTE A STRIKE ON HER.

23              THE COURT:  YEAH, LET'S SEE WHAT 17 PLANS

24    TO DO, IF SHE HAS COVERAGE FOR HER CHILD.

25              MR. RAPPOPORT:  IT MAY BE SOMETHING THIS

1    MORNING.

2              THE DEPUTY CLERK:  JUROR NUMBER 17.

3    BY THE COURT:

4    Q.    CONGRATULATIONS.  HOW OLD?

5    A.    SHE IS 11 WEEKS TODAY.

6    Q.    IS SHE ALWAYS THIS WELL BEHAVED?

7    A.    SHE IS PRETTY GOOD.

8    Q.    WE HAVE TO ASK YOU, HOW WOULD YOU EVER DO THIS?

9    A.    I DON'T KNOW.

10   Q.    YOU BRING YOUR GIRL WITH YOU WHEREVER?

11   A.    YES.

12   Q.    YOU ARE NOT WORKING?

13   A.    I AM NOT AND DON'T HAVE CHILD CARE TO LEAVE HER.

14   Q.    THAT'S MY QUESTION.  SO EVEN LIKE FROM NOW TO

15   FRIDAY YOU WOULD NOT HAVE CARE FOR HER?

16   A.    NO.

17             THE COURT:  ALL RIGHT.  ANY FURTHER

18   QUESTIONS?

19             MS. MATTIACCI:  NO.  SHE IS BEAUTIFUL.

20             MR. RAPPOPORT:  DOES SHE EVER CRY?

21             PROSPECTIVE JUROR:  SHE DOES.

22             THE COURT:  ONLY WHEN THE JUDGE IS

23   TALKING.

24             18 IS FAIR AND IMPARTIAL.

25             THE DEPUTY CLERK:  JUROR NUMBER 18.

1    BY THE COURT:

2    Q.      THANK YOU FOR BEING HERE, MA'AM.

3    A.      YOU'RE WELCOME.

4    Q.      YOU RAISED YOUR HAND ABOUT BEING FAIR AND

5    IMPARTIAL.  WE ARE INVESTING A LOT OF TIME AND EFFORT,

6    SO I AM CONCERNED WITH BEING FAIR AND IMPARTIAL.

7    A.      I AM 59 AND A HALF.  I HAD A SIMILAR EXPERIENCE

8    IN MY FORMER WORKPLACE A FEW YEARS AGO.

9    Q.      WHAT DO YOU MEAN "SIMILAR"?

10   A.      WELL, MY OFFICE WENT THROUGH A REORGANIZATION

11   AND I HAD SERVED THERE FOR TEN YEARS.  DESPITE MY

12   STELLAR WORK PERFORMANCE EVALUATIONS, I WAS PART OF THE

13   REORGANIZATION.  I WENT THROUGH A THREE-YEAR PERIOD OF

14   UNEMPLOYMENT.  AND BEFORE I FOUND A JOB, AND DESPITE AN

15   IVY LEAGUE GRADUATE EDUCATION, NO ONE WANTED TO HIRE ME.

16   Q.      DO YOU ATTRIBUTE THAT TO AGE?

17   A.      YES, I THINK IN LARGE PART.  AND I HAVE SEEN

18   MANY OF MY PEERS AND FRIENDS GO THROUGH SIMILAR

19   EXPERIENCES THAT THESE NEBULOUS REASONS ARE GIVEN FOR

20   PERFORMANCE EVALUATIONS AND CHANGE UP IN EMPLOYMENT.

21            MY OTHER ISSUE IS I HAVE A 55-YEAR

22   FRIENDSHIP WITH A PERSON WHO IS A SENIOR MANAGEMENT

23   PERSON AT THIS COMPANY IN KANSAS.

24   Q.      DID YOU HEAR THAT NAME MENTIONED?

25   A.      NO, IT WASN'T, BUT THAT WAS THE FIRST THING I

1    THOUGHT.

2    Q.      IT HAS TO BE INTERESTING, YOU HAVE A FRIEND

3    THERE AND YOU THINK THEY ARE A GOOD COMPANY?

4    A.      IT'S HER EMPLOYMENT.  IT'S NOT LONG-TERM.  BUT

5    WHEN WE ARE -- YOU ARE TRYING TO ASSEMBLE THIS IMPARTIAL

6    PANEL AND IT IS SOMEONE I HAVE BEEN WITH EVERY OTHER

7    DAY.  WE ARE BEST FRIENDS AND I WANT TO BE IMPARTIAL.

8    Q.      ON ONE SIDE YOU HAVE THIS EXPERIENCE, WHICH WAS,

9    I'M SURE, DIFFICULT.  AND YOU HAVE THE EXPERIENCE, IN MY

10   MIND, WHICH LEADS YOU TO FAVOR SOME PLAINTIFF BECAUSE

11   YOU WERE DISCRIMINATED AGAINST AND THEN YOU HAVE THE

12   OTHER SIDE.

13   A.      RIGHT, I AM RIGHT IN THE MIDDLE.

14   Q.      HOW WOULD THAT AFFECT YOU?  COULD YOU LISTEN TO

15   THE EVIDENCE?

16   A.      YES, I WOULD.  I WOULD LISTEN TO THE EVIDENCE.

17   Q.      HAVE YOU MADE A JUDGMENT TODAY?

18   A.      NO, I DON'T THINK SO.  BUT I DON'T -- I KNOW

19   YOUR INSTRUCTIONS ARE THAT YOU ARE TRYING TO ASSEMBLE

20   IMPARTIAL JURORS.  I FELT IT WAS ONLY FAIR TO PUT MY

21   CARD UP AND SAY THAT.

22   Q.      THESE CLIENTS HAVE SPENT A LOT OF TIME TO BE

23   HERE AND I APPRECIATE YOU TELLING US THAT.  IF YOU ARE

24   SELECTED, WE WANT TO KNOW THAT.

25   A.      I KNOW YOU WANT TO ERR ON THE SIDE OF CREATING

1     AN IMPARTIAL POOL OF JURORS.

2     Q.    I WANT JURORS TO THINK IF THIS WAS THEM.  DID

3     YOU EVER RAISE A CLAIM ABOUT THAT ISSUE WITH YOUR FORMER

4     EMPLOYER?

5     A.    I SOUGHT LEGAL ADVICE OF AN EMPLOYMENT ATTORNEY

6     WHO HELPED CRAFT MY PACKAGE.

7     Q.    OKAY.  AND DID THAT GET RESOLVED?

8     A.    YES.  IT WASN'T --

9     Q.    YOU WERE NOT SATISFIED?

10    A.    IT WASN'T AGE, BUT ONE OF THE SETTLEMENTS THAT

11    YOU JUST CREATE AS YOUR PACKAGE, YOUR GOODBYE PACKAGE.

12    Q.    SEVERANCE PACKAGE.  DID YOU FEEL LIKE YOU WERE

13    TREATED FAIRLY IN THAT ASPECT?

14    A.    I DO.

15    Q.    NOT DISCRIMINATION, BUT THE ASPECT?

16    A.    I DO.

17                THE COURT:  PLAINTIFF?

18    BY MR. STEVE CONSOLE:

19    Q.    IF YOU HEARD ALL OF THE EVIDENCE IN THIS CASE,

20    DO YOU THINK YOU COULD BE FAIR AND IMPARTIAL?

21    A.    I THINK I COULD.  I DO.  THE REASON I PUT UP FOR

22    IMPARTIAL IS I FELT LIKE I QUALIFIED FOR THESE TWO

23    DIFFERENT THINGS BECAUSE OF THE FRIENDSHIP WITH SOMEONE

24    WHO DOES WORK FOR THIS COMPANY AND HAVING A SIMILAR

25    EXPERIENCE.  SO I WOULD BE IMPARTIAL IF I AM SELECTED.

1          THE COURT:  OKAY.  DEFENSE, I'M SORRY,

2     MR. MCDONOUGH.

3     BY MR. MCDONOUGH:

4     Q.      SHORT-TERM RELATIONSHIP, YOU SAID THE TEVA

5     EMPLOYEE OR PERSON HAS A SHORT-TERM RELATIONSHIP WITH

6     TEVA.  WHY SHORT-TERM?

7     A.      SHE HAS ONLY BEEN WITH THE COMPANY FOR A YEAR.

8     OUR FRIENDSHIP IS A 55-YEAR FRIENDSHIP.

9     BY MR. RAPPOPORT:

10    Q.      CHILDHOOD FRIENDS?

11    A.      YES.

12    Q.      AND SHE IS IN KANSAS CITY?

13    A.      YES.

14    Q.      WOULD YOU AGREE WITH ME THAT YOUR EXPERIENCE

15    WITH YOUR PRIOR COMPANY AND YOUR PERCEPTION AS TO HOW

16    YOU WERE TREATED MAY HAVE SOME INFLUENCE IN HOW YOU HEAR

17    THE EVIDENCE BECAUSE IT IS AN AGE CLAIM?

18          THE COURT:  I AM GOING TO REPHRASE THAT.

19    IT'S NOT AN AGE CLAIM.  BE CAREFUL.

20          MR. RAPPOPORT:  I'M SORRY.

21          THE COURT:  IT'S A PERFORMANCE CASE,

22    ISN'T IT?

23          MR. RAPPOPORT:  THAT'S THE DEFENSE PART,

24    BUT THE CLAIM IS AGE AND NATIONAL ORIGIN AND

25    RETALIATION.

1    BY MR. RAPPOPORT:

2    Q.      AND MY QUESTION IS, HOW WOULD YOUR EXPERIENCE

3    INFLUENCE YOUR ABILITY TO GIVE A FAIR AND IMPARTIAL

4    VERDICT?

5    A.      WELL, I THINK WE ALL HAVE THESE -- YOU KNOW, THE

6    TIME YOU BECOME MY AGE, 59, YOU HAVE THIS BODY OF

7    EXPERIENCES THAT WE DRAW UPON.  AS I SAID, I WOULD

8    PLEDGE TO BE IMPARTIAL ONCE I HEARD THE TESTIMONY.  AT

9    THIS POINT, WE HAVE NOT BEEN PRESENTED WITH THE

10   EVIDENCE.

11              THE COURT:  THAT'S RIGHT.

12              MR. STEVE CONSOLE:  THANK YOU.

13              THE COURT:  THANK YOU, MA'AM.  THANK YOU

14   FOR BEING HERE.

15              THERE'S THREE STRIKES ON EACH SIDE AND SO

16   WE ARE 18.  BEFORE I GO ANY FURTHER, I WILL HEAR IF

17   THERE ARE ANY GROUNDS.

18              MR. STEVE CONSOLE:  JUROR NUMBER TWO,

19   YOUR HONOR.

20              THE COURT:  ANY OPPOSITION TO JUROR

21   NUMBER TWO BEING STRUCK?

22              MR. RAPPOPORT:  I DON'T HAVE ANY IDEA WHY

23   IT WOULD BE A CAUSE.

24              THE COURT:  I WANT TO SAY OPPOSITION.

25   AND YOU SAY, JUDGE, YES, THERE IS.

1          MS. MATTIACCI:  SHE SAID SHE COULD NOT BE

2    FAIR AND IMPARTIAL AND DIDN'T DEVIATE FROM THAT WHEN SHE

3    WAS QUESTIONED BY YOUR HONOR.

4          THE COURT:  DEFENSE.

5          MR. RAPPOPORT:  I DON'T BELIEVE SHE EVER

6    MADE THAT STATEMENT.  MY NOTES DON'T SO REFLECT.

7          THE COURT:  I AM TRYING TO RECALL.  WE

8    HAD ONE OF THEM -- TWO OF THEM WHO DIDN'T CHANGE THEIR

9    VIEW.

10         MR. STEVE CONSOLE:  SHE WAS THE FIRST ONE

11   WE BROUGHT UP.

12         THE COURT:  HER CONCERN WAS SHE KNOWS THE

13   PEOPLE IN PHARMA.

14         MR. STEVE CONSOLE:  WE SEE PEOPLE

15   COMPLAIN ABOUT THAT ALL THE TIME.

16         MR. RAPPOPORT:  THERE'S A DIFFERENCE

17   BETWEEN THAT AND SAYING I CAN'T BE FAIR AND IMPARTIAL.

18         MR. STEVE CONSOLE:  SHE SAID SHE CAN'T BE

19   FAIR AND IMPARTIAL AND SHE RAISED THAT EVERY TIME.

20         THE COURT:  LET'S HOLD HER.  WHAT IS THE

21   NEXT ONE?

22         MS. MATTIACCI:  NUMBER THREE SAID HE

23   COULD NOT BE FAIR.  HE SAID THAT HE WAS THE VICTIM OF

24   DISCRIMINATION.

25         THE COURT:  BECAUSE OF THE ASIAN

1    BACKGROUND.

2                    MS. MATTIACCI:  YES.

3                    MR. RAPPOPORT:  I HAVE NO OBJECTION.

4                    THE COURT:  WE WILL STRIKE NUMBER THREE.

5                    MR. STEVE CONSOLE:  I DON'T KNOW, YOUR

6    HONOR, WHAT -- NUMBER FIVE IS SORT OF A QUESTION FOR

7    EVERYBODY.  THIS IS THE "I CAN'T FOCUS" PERSON.

8                    THE COURT:  THAT WOULD NOT BE ENOUGH.

9                    ANYTHING ELSE?  DO YOU HAVE NUMBER FIVE?

10                   MR. RAPPOPORT:  ARE YOU CHALLENGING FOR

11   CAUSE?

12                   MR. STEVE CONSOLE:  NO I AM JUST RAISING

13   THE QUESTION.

14                   THE COURT:  DO YOU WISH TO CHALLENGE

15   ANYBODY?

16                   MR. RAPPOPORT:  I WOULD CHALLENGE FOR

17   CAUSE IF HE IS NOT GOING TO BE ABLE TO LISTEN TO THE

18   EVIDENCE.  HE HAS FOCUS ISSUES.

19                   THE COURT:  THAT'S ALONG THE LINES OF

20   DYSLEXIA.  YOU CAN STRIKE HIM.  THAT MAY BE A BENEFIT TO

21   YOU.

22                   MR. STEVE CONSOLE:  YOU KNOW, YOUR HONOR,

23   17, SHE IS OFF.

24                   THE COURT:  17 IS OFF, YEAH.  ANYBODY

25   ELSE FOR CAUSE?

1                  MR. RAPPOPORT:  13, OBVIOUSLY.

2                  THE COURT:  BEFORE THAT, ANYBODY ELSE FOR

3    15?

4                  MR. RAPPOPORT:  ON 17?

5                  THE COURT:  17, DO YOU HAVE A PROBLEM

6    WITH 17 BEING STRUCK?

7                  MR. RAPPOPORT:  NO.

8                  THE COURT:  ANYBODY OTHER THAN THOSE?

9                  MR. RAPPOPORT:  13.

10                THE COURT:  OPPOSITION TO 13 BEING

11    STRUCK?

12                MR. STEVE CONSOLE:  YES.

13                THE COURT:  GIVE ME YOUR REASONS.

14                MR. RAPPOPORT:  HE IS A NATIONALIST WHO

15    HAS NEGATIVE INFLUENCE WITH REGARD TO FOREIGN COMPANIES,

16    INCLUDING AN ISRAELI COMPANY.  SEEMS HE IS NOT GOING TO

17    BE ABLE TO LISTEN TO THE ACTIVITY -- PROCLIVITY THAT

18    AMERICAN COMPANIES ARE NEGATIVELY INFLUENCED WHEN THERE

19    IS AN ACCUSATION BY A FOREIGN PRINCIPLE.

20                MR. STEVE CONSOLE:  I DON'T THINK THAT HE

21    WAS ASKED THE BASIC QUESTION, WHICH IS DESPITE WHAT HIS

22    VIEWS ARE, SINCE EVERYBODY COMES IN THE COURTROOM WITH

23    THE VIEWS, CAN HE LISTEN TO THE EVIDENCE AND MAKE A

24    DECISION BASED ON THE EVIDENCE.  I DON'T BELIEVE, I

25    MIGHT BE MISTAKEN, THAT THAT QUESTION WAS EVER ASKED OF

```
1      HIM.

2                   MR. RAPPOPORT:  I DIDN'T HAVE THE CHANCE.

3      HE IS HIMSELF IDENTIFIED AS A NATIONALIST.  THIS IS A

4      GLOBAL COMPANY BASED IN ISRAEL.  IT SEEMS TO ME THAT HE

5      HAS SO MUCH BAGGAGE THAT THERE IS NO WAY HE CAN BE FAIR

6      AND IMPARTIAL.

7                   THE COURT:  I AM GOING TO GRANT THE

8      MOTION TO STRIKE 13 FOR CAUSE.

9                   MR. RAPPOPORT:  18.

10                  MR. STEVE CONSOLE:  SHE COULD NOT BE MORE

11     CLEAR.

12                  THE COURT:  WHAT IS YOUR PREMISE?

13                  MR. RAPPOPORT:  18 SAID THAT HER OWN

14     PERSONAL EXPERIENCES WERE SUCH THAT SHE HAD A SEPARATION

15     BECAUSE OF HER AGE THAT OTHERS LIKE HER WERE SEPARATED,

16     IT TOOK HER THREE YEARS TO FIND A JOB AND THAT JOB

17     SEARCH -- SHE THINKS THERE WAS A BIAS AGAINST THE AGE.

18     I DON'T THINK SHE CAN BE FAIR GIVEN THE FACT IT IS AN

19     AGE CASE.  IF IT WAS A GENDER CASE, I WOULDN'T FEEL THAT

20     WAY AT ALL.

21                  MR. STEVE CONSOLE:  SHE STATED

22     REPEATEDLY --

23                  MR. RAPPOPORT:  SHE THINKS SHE CAN BE

24     FAIR.

25                  THE COURT:  COUNSEL.
```

1              MR. RAPPOPORT:  I'M SORRY, YOUR HONOR.

2              MR. STEVE CONSOLE:  OBVIOUSLY YOU CAN

3     STRIKE HER ON PREEMPTORY IF YOU WANT TO.  THERE IS

4     NOTHING ABOUT WHAT SHE SAID.  SHE WAS VERY CANDID, VERY

5     CLEAR, EVEN DESPITE CROSS-EXAMINATION.  SHE INDICATED

6     THAT SHE COULD BE FAIR AND IMPARTIAL AND BASE THE CASE

7     ON THE EVIDENCE.

8              MR. RAPPOPORT:  ONE SECOND, I ASKED

9     REPEATEDLY AND ALL SHE KEPT SAYING IS, I THINK.  SHE WAS

10    NEVER EMPHATIC.

11             THE COURT:  LET ME ASK YOU FROM A

12    CONSISTENCY STANDPOINT, HOW IS SHE DIFFERENT THAN TWO?

13    YOU SAID YOU ARE OPPOSED TO STRIKING TWO.

14             MR. RAPPOPORT:  I DON'T THINK TWO IS

15    TALKING ABOUT ANY PERSONAL EXPERIENCES.

16             MS. MATTIACCI:  YES, SHE WAS.

17             THE COURT:  THAT'S THE QUESTION I HAVE.

18    SHE SAID EVERY TIME THEY YELL AND SCREAM DISCRIMINATION

19    EVERY TIME THEY DON'T PERFORM.  SHE HAS THE PERSONAL

20    VIEWPOINT OF SOMEBODY WHO IS THE EMPLOYER, WHEREAS THIS

21    PERSON IS THE PERSON YOU POINTED TO AS THE EMPLOYEE.

22    ARE THEY BOTH OUT OR BOTH IN?

23             MR. RAPPOPORT:  I WOULD SAY BOTH OUT.

24             MS. MATTIACCI:  I WOULD SAY THERE'S A BIG

25    DIFFERENCE.  NUMBER TWO SAID SHE CANNOT BE FAIR AND

1      IMPARTIAL AND NUMBER 18 SAID SHE CAN.

2              THE COURT:  I AM GOING TO DENY THE MOTION

3      ON 18.  I FOUND HER TO BE CREDIBLE IN HER ANSWERS.  I

4      ASKED HER AND YOU ASKED HER AND SHE SAID SHE THINKS SHE

5      CAN.  WHEN I ASKED HER SPECIFICALLY IF SHE CAN BE FAIR

6      ON THE ISSUE BECAUSE SHE LIVED THERE, SHE SAID I WILL

7      LISTEN TO THE EVIDENCE AND SEEMED TO VERY MUCH

8      UNDERSTAND THAT.  I AM NOT GOING TO DO IT FOR CAUSE.

9              MY CONCERN WITH NUMBER TWO IS THAT SHE --

10     IT'S NOT CONNECTING TODAY, ALTHOUGH SHE DID SAY SHE

11     COULD NOT BE FAIR AND IMPARTIAL.  I AM GOING TO GRANT

12     THE MOTION FOR CAUSE ON NUMBER TWO, GIVING THE VIEW

13     SIMILAR TO NUMBER THREE, THAT SHE CANNOT BE FAIR AND

14     IMPARTIAL.

15             SO I HAVE STRICKEN 2, 3, 13 AND 17, WHICH

16     LEAVES YOU WITH 14, 8 JURORS, THREE STRIKES EACH SIDE.

17     PLAINTIFF GETS THE SHEET FIRST AND DEFENSE GET THE SHEET

18     NEXT.  AND THEN COUNSEL, WHEN WE PICK THE JURY, WE WILL

19     SWEAR THEM AND LET YOU GET A SANDWICH BEFORE WE DO THE

20     OPENINGS.

21             MR. RAPPOPORT:  YOUR HONOR, I JUST WANT

22     YOU TO KNOW THAT THE FIRST WITNESS IS A VIDEOTAPE AND IT

23     IS OVER THREE HOURS LONG.

24             (SIDEBAR CONCLUDED.)

25

1                    (SIDEBAR CONCLUDED.)

2                    (JUDGE SPEAKS TO THE JURY OFF THE

3      RECORD.)

4                    THE COURT:  LADIES AND GENTLEMEN, THE

5      MADAM DEPUTY IS GOING TO IDENTIFY THE EIGHT PERSONS WHO

6      ARE GOING TO BE SEATED IN TWO ROWS OF FOUR AND THE

7      DEPUTY WILL TELL YOU HOW TO BE SEATED.

8                    THE DEPUTY CLERK:  IF I CALL YOUR NAME,

9      PLEASE BRING EVERYTHING UP WITH YOU.  IT DOESN'T MATTER

10     WHICH SIDE YOU COME UP, WHATEVER SIDE IS EASIER, AND I

11     WILL TAKE YOUR CARD FROM YOU.

12                   THE FIRST JUROR WILL BE JASON HILL.  THE

13     SECOND JUROR WILL BE ROBERT CAMP.  THE THIRD JUROR WILL

14     BE DAVID KENNEY.  THE FOURTH JUROR WILL BE JEFFREY

15     BOWMAN.  THE FIFTH JUROR WILL BE AMY FORRESTEL.  THE

16     SIXTH JUROR WILL BE WILLIAM WATHINGTON.  THE SEVENTH

17     JUROR WILL BE MARY LABIANCA.  THE EIGHTH JUROR WILL BE

18     BRIGITTE BAKER.

19                   EVERYBODY ELSE, IF YOU TAKE ALL OF YOUR

20     BELONGINGS AND FOLLOW ME OUT.

21                   THE COURT:  THANK YOU, LADIES AND

22     GENTLEMEN, FOR BEING HERE.  YOU MAY TURN YOUR CHAIRS

23     AROUND.

24                   YOU MAY BE SEATED WHILE WE WAIT FOR THE

25     OATH.  MADAM DEPUTY WILL SWEAR YOU AS JURORS AND THEN I

1   WILL EXCUSE YOU FOR A SANDWICH AND WE WILL COME BACK AND

2   HAVE OPENING STATEMENTS.  I WILL GIVE YOU SOME

3   PRELIMINARY INSTRUCTIONS AS TO HOW THIS WORKS.  YOU HAVE

4   SEEN IT ON TV BUT I'M GOING TO TELL YOU HOW IT WORKS IN

5   REALITY.  SO MADAM DEPUTY WILL SWEAR YOU AND THEN WE'LL

6   TAKE A BREAK AND I WILL TELL YOU WHAT THAT MEANS AFTER

7   SHE SWEARS YOU.

8             THE DEPUTY CLERK:  JURORS, IF YOU WILL

9   PLEASE RISE AND RAISE YOUR RIGHT HAND.

10            (JURY SWORN.)

11            (AT THIS TIME PRELIMINARY INSTRUCTIONS

12  WERE GIVEN BY THE COURT AND OPENING STATEMENTS WERE

13  GIVEN, AND ARE FILED UNDER SEPARATE COVER.)

14

15            I CERTIFY THAT THE FOREGOING IS A CORRECT

16  TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

17  ABOVE-ENTITLED MATTER.

18

19

20

21  3/22/19                    OFFICIAL COURT REPORTER
    DATE

22                             LYNN MCCLOSKEY, RPR

23

24

25

## $

**$25** [1] - 44:23

## '

**'90S** [2] - 46:22, 47:3

## 1

**11** [5] - 48:15, 48:16, 48:24, 48:25, 60:5
**12-WEEK** [1] - 18:14
**1234** [1] - 1:23
**13** [14] - 1:11, 14:8, 14:9, 51:2, 51:3, 51:7, 51:8, 53:24, 56:15, 68:1, 68:9, 68:10, 69:8, 71:15
**13TH** [1] - 50:10
**14** [5] - 54:3, 54:4, 54:6, 54:7, 71:16
**15** [7] - 14:9, 54:7, 54:9, 54:10, 54:11, 54:12, 68:3
**1525** [1] - 1:17
**16** [8] - 14:4, 53:25, 54:2, 56:20, 57:2, 57:6, 57:7, 59:17
**17** [15] - 6:18, 6:22, 7:2, 14:4, 56:19, 56:25, 59:20, 59:23, 60:2, 67:23, 67:24, 68:4, 68:5, 68:6, 71:15
**17-0412** [1] - 1:4
**18** [14] - 14:4, 56:17, 56:18, 56:20, 56:21, 56:24, 59:18, 60:24, 60:25, 65:16, 69:9, 69:13, 71:1, 71:3
**1818** [1] - 1:20
**19102** [1] - 1:17
**19103** [1] - 1:20
**19106** [1] - 1:24

## 2

**2** [1] - 71:15
**20** [1] - 40:4
**2002** [1] - 47:4
**2014** [1] - 37:20
**2015** [2] - 20:19, 20:20
**2018** [1] - 1:11
**22** [1] - 15:16
**24** [2] - 13:10, 13:11
**29TH** [1] - 1:20

## 3

**3** [1] - 71:15

## 4

**40** [4] - 54:24, 55:3, 55:5, 55:11

## 5

**50** [2] - 10:14, 12:19
**55-YEAR** [2] - 61:21, 64:8
**59** [2] - 61:7, 65:6

## 6

**6** [1] - 5:21
**601** [1] - 1:24
**649-4774** [1] - 1:25

## 8

**8** [1] - 71:16
**856** [1] - 1:25

## 9

**9TH** [1] - 1:17

## A

**ABILITY** [8] - 14:14, 33:12, 40:13, 42:23, 52:23, 58:6, 58:9, 65:3
**ABLE** [5] - 44:17, 45:21, 50:18, 67:17, 68:17
**ABOUT** [80] - 2:12, 3:7, 8:23, 9:1, 10:6, 12:19, 12:21, 12:23, 13:22, 13:25, 14:24, 15:8, 15:12, 15:15, 15:19, 15:25, 16:1, 16:13, 17:17, 17:24, 19:9, 20:13, 23:10, 23:23, 24:23, 27:4, 28:18, 28:20, 29:7, 30:8, 30:14, 32:5, 32:22, 35:16, 35:18, 35:21, 35:23, 36:8, 36:19, 36:25, 37:7, 38:6, 39:14, 40:19, 40:23, 41:7, 42:14, 43:5, 45:5, 46:20, 49:12, 49:15, 49:18, 49:22, 50:5, 50:13, 51:13, 51:19, 51:21, 52:1, 52:11, 52:21,

**54:4, 54:7, 54:8, 54:17, 54:19, 54:22, 55:12, 55:15, 56:10, 57:3, 57:14, 58:5, 61:4, 63:3, 66:15, 70:4, 70:15**
**ABOVE** [1] - 73:17
**ABOVE-ENTITLED** [1] - 73:17
**ABSOLUTELY** [1] - 55:18
**ACCENT** [1] - 15:7
**ACCENTS** [1] - 15:9
**ACCORDING** [1] - 56:22
**ACCUSATION** [2] - 47:15, 68:19
**ACCUSED** [2] - 58:19, 58:22
**ACTION** [1] - 9:14
**ACTIVITY** [1] - 68:17
**ACTUALLY** [1] - 40:3
**ADD** [1] - 24:10
**ADEA** [1] - 5:10
**ADHD** [1] - 44:20
**ADVICE** [2] - 49:22, 63:5
**ADVISED** [1] - 11:15
**ADVISORY** [1] - 27:4
**AFFECT** [7] - 14:14, 40:13, 44:21, 52:22, 58:6, 58:9, 62:14
**AFFECTED** [2] - 10:3, 52:23
**AFTER** [2] - 55:5, 73:6
**AGAIN** [2] - 25:19, 38:24
**AGAINST** [15] - 5:7, 5:10, 8:5, 8:6, 10:21, 11:11, 12:20, 37:6, 37:14, 41:12, 41:18, 42:16, 55:11, 62:11, 69:17
**AGE** [33] - 11:14, 31:24, 32:24, 37:6, 37:7, 39:15, 39:18, 40:6, 41:7, 41:9, 48:17, 49:16, 50:14, 50:16, 52:9, 52:19, 54:5, 54:7, 54:18, 55:9, 55:11, 55:15, 56:4, 61:16, 63:10, 64:17, 64:19, 64:24, 65:6, 69:15, 69:17, 69:19
**AGO** [7] - 24:23, 53:2, 53:3, 55:2, 55:16, 57:25, 61:8
**AGREE** [4] - 4:17, 19:2, 20:12, 64:14

**AGREED** [2] - 27:25, 28:1
**AHARONI** [11] - 3:23, 4:6, 8:18, 9:8, 9:15, 20:8, 20:13, 20:16, 21:2, 21:4, 23:15
**AHEAD** [1] - 16:10
**ALL** [43] - 2:2, 3:2, 3:6, 6:19, 12:8, 12:12, 12:15, 13:3, 14:4, 15:6, 16:9, 17:19, 18:14, 18:19, 18:23, 19:16, 19:21, 19:23, 21:2, 21:23, 22:7, 23:23, 25:1, 26:21, 26:24, 26:25, 27:17, 28:20, 32:1, 41:1, 43:13, 43:18, 45:1, 48:6, 52:20, 60:17, 63:19, 65:5, 66:15, 69:20, 70:9, 72:19
**ALLIANCE** [3] - 35:13, 36:1, 36:11
**ALLOW** [1] - 27:6
**ALMOST** [1] - 35:14
**ALONG** [3] - 17:10, 28:20, 67:19
**ALREADY** [1] - 29:19
**ALSO** [12] - 8:17, 15:6, 15:20, 32:22, 40:19, 41:23, 46:8, 49:15, 50:5, 51:25, 52:11, 54:24
**ALTHOUGH** [1] - 71:10
**ALWAYS** [5] - 2:24, 31:22, 32:3, 40:5, 60:6
**AM** [63] - 3:3, 3:13, 4:23, 7:20, 9:3, 12:12, 12:17, 12:18, 13:6, 15:6, 15:11, 15:20, 17:3, 17:5, 17:7, 17:10, 17:23, 17:24, 18:10, 18:12, 18:19, 21:24, 23:7, 28:8, 28:16, 28:18, 28:19, 29:7, 31:19, 35:25, 36:12, 37:13, 39:3, 41:4, 42:4, 42:19, 43:17, 45:1, 45:7, 45:22, 46:21, 47:10, 48:3, 51:15, 51:20, 53:6, 55:4, 59:21, 60:13, 61:6, 61:7, 62:13, 63:25, 64:18, 66:7, 67:12, 69:7, 71:2, 71:8, 71:11
**AMENDED** [1] - 6:19

**AMERICAN** [6] - 8:24, 9:2, 9:6, 10:18, 16:20, 68:18
**AMERICAN-ISRAELI** [1] - 16:20
**AMERICANS** [4] - 13:2, 13:25, 16:14, 53:19
**AMY** [1] - 72:15
**AN** [45] - 2:15, 3:23, 5:3, 5:11, 6:20, 6:24, 8:13, 8:24, 8:25, 9:2, 9:17, 10:12, 10:21, 11:12, 12:24, 12:25, 15:8, 16:19, 17:11, 21:15, 31:19, 35:3, 40:12, 42:25, 46:21, 46:23, 47:14, 48:4, 48:10, 48:11, 48:21, 50:6, 52:2, 54:5, 57:22, 61:14, 63:1, 63:5, 64:17, 64:19, 68:16, 68:19, 69:18
**ANALYST** [1] - 57:19
**AND** [213] - 1:6, 1:16, 1:19, 2:6, 2:11, 2:25, 3:22, 4:13, 4:23, 5:1, 5:10, 5:21, 6:15, 6:16, 8:1, 8:18, 8:25, 9:17, 9:25, 10:18, 11:16, 11:22, 12:3, 12:4, 12:7, 12:24, 13:10, 13:14, 13:22, 13:23, 13:24, 14:4, 14:15, 14:17, 15:14, 16:12, 16:17, 17:2, 17:16, 17:18, 17:19, 18:15, 19:11, 20:11, 20:14, 20:19, 20:20, 22:8, 23:3, 23:5, 23:25, 24:25, 25:13, 26:1, 26:4, 26:7, 27:25, 28:21, 29:25, 30:2, 30:8, 31:6, 31:12, 31:20, 31:21, 32:15, 32:17, 32:25, 33:12, 33:19, 34:20, 35:9, 35:25, 36:10, 36:13, 36:14, 36:21, 36:23, 37:5, 37:6, 37:18, 37:21, 37:25, 38:9, 38:12, 38:14, 39:16, 39:18, 40:1, 40:5, 40:6, 40:7, 41:4, 41:5, 41:20, 42:1, 42:3, 42:22, 42:23, 42:24, 44:12, 44:14, 44:16, 44:17, 44:18, 44:20, 44:23, 44:24, 44:25, 45:2,

45:4, 45:22, 45:23, 46:11, 46:22, 46:24, 46:25, 47:1, 47:4, 47:7, 49:7, 50:3, 50:15, 50:18, 51:14, 51:22, 52:6, 54:24, 55:12, 56:10, 56:22, 57:21, 58:6, 58:15, 59:9, 59:14, 60:13, 60:24, 61:4, 61:5, 61:6, 61:7, 61:11, 61:14, 61:17, 61:18, 61:20, 62:3, 62:6, 62:7, 62:9, 62:11, 62:21, 62:23, 63:7, 63:20, 63:24, 64:12, 64:15, 64:24, 65:2, 65:3, 65:15, 65:25, 66:2, 66:17, 66:19, 68:23, 69:6, 69:16, 70:6, 70:9, 70:18, 70:25, 71:1, 71:4, 71:7, 71:11, 71:13, 71:15, 71:17, 71:18, 71:19, 71:22, 72:4, 72:6, 72:10, 72:20, 72:21, 72:25, 73:1, 73:5, 73:6, 73:9, 73:12, 73:13

**ANGLICIZATION** [1] - 23:1
**ANOTHER** [3] - 42:5, 59:6, 59:8
**ANSWER** [5] - 11:19, 11:23, 26:10, 36:6, 45:13
**ANSWERED** [3] - 30:20, 38:5, 48:16
**ANSWERS** [1] - 71:3
**ANTI** [5] - 15:22, 16:14, 16:15, 16:16, 17:20
**ANTI-SEM** [1] - 16:14
**ANTI-SEMITIC** [3] - 16:15, 16:16, 17:20
**ANTI-SEMITISM** [1] - 15:22
**ANY** [44] - 14:10, 14:11, 14:24, 16:6, 20:6, 23:9, 23:24, 27:22, 29:3, 29:10, 31:6, 32:6, 33:1, 33:4, 33:9, 33:22, 35:10, 35:17, 35:20, 38:14, 40:9, 41:14, 44:12, 45:9, 47:15, 47:17, 47:21, 49:5, 49:9, 50:21, 52:12, 53:4, 53:13, 53:21, 55:19, 58:5, 58:8,

58:19, 60:17, 65:16, 65:17, 65:20, 65:22, 70:15
**ANYBODY** [8] - 16:20, 23:8, 29:24, 41:16, 67:15, 67:24, 68:2, 68:8
**ANYMORE** [1] - 32:8
**ANYONE** [5] - 19:22, 29:20, 29:21, 29:22, 36:3
**ANYTHING** [30] - 4:17, 12:15, 24:1, 29:19, 30:22, 34:13, 34:21, 35:16, 36:8, 36:19, 36:25, 39:9, 42:9, 43:24, 44:1, 45:25, 46:3, 46:13, 49:12, 49:21, 50:13, 51:3, 51:13, 51:22, 53:24, 54:1, 56:23, 58:11, 59:20, 67:9
**ANYWAY** [3] - 26:11, 27:4, 41:9
**APOLOGIZE** [1] - 22:25
**APPEARANCE** [2] - 2:6, 2:15
**APPEARANCES** [1] - 1:14
**APPLY** [1] - 50:18
**APPRECIATE** [2] - 45:5, 62:23
**APPRECIATION** [1] - 3:1
**APPROPRIATE** [1] - 16:19
**ARCHITECT** [2] - 46:21, 48:3
**ARCHITECTURE** [2] - 46:22, 48:11
**ARE** [77] - 2:4, 3:1, 3:13, 4:3, 4:5, 4:14, 4:25, 5:1, 5:2, 5:13, 5:16, 5:17, 5:19, 7:21, 8:16, 8:17, 8:20, 9:4, 12:5, 12:7, 12:23, 13:7, 14:4, 14:13, 15:16, 15:22, 18:14, 18:18, 20:15, 20:16, 23:23, 23:24, 25:2, 25:13, 25:14, 25:20, 26:8, 27:1, 27:19, 28:17, 30:1, 31:7, 31:18, 31:21, 32:25, 33:2, 34:10, 36:22, 40:25, 41:2, 41:24, 42:22, 48:10, 50:2, 52:20, 56:25, 59:21, 60:12, 61:5,

61:19, 62:3, 62:5, 62:7, 62:19, 62:23, 65:16, 65:17, 67:10, 68:18, 68:22, 70:13, 70:22, 72:6, 73:13
**AREA** [1] - 16:19
**AREN'T** [2] - 18:19, 18:20
**ARGUE** [1] - 5:19
**ARGUMENT** [5] - 9:19, 14:16, 14:17, 20:7, 28:9
**AROUND** [2] - 25:3, 72:23
**AS** [50] - 2:15, 4:4, 6:10, 8:8, 8:15, 10:23, 11:1, 11:14, 12:2, 12:19, 12:20, 12:21, 15:2, 15:9, 16:20, 17:19, 19:12, 22:5, 23:9, 23:15, 23:16, 23:17, 23:22, 29:15, 31:5, 35:3, 42:5, 42:6, 46:9, 47:24, 48:2, 48:4, 48:11, 53:17, 57:18, 57:20, 63:11, 64:15, 65:7, 69:3, 70:21, 72:25, 73:3
**ASIAN** [2] - 37:24, 66:25
**ASIDE** [1] - 55:9
**ASK** [19] - 15:13, 17:7, 23:10, 25:12, 25:19, 25:23, 29:4, 29:11, 30:3, 31:4, 34:6, 39:3, 39:4, 44:13, 51:12, 54:8, 57:3, 60:8, 70:11
**ASKED** [13] - 14:8, 19:12, 29:20, 29:24, 41:2, 42:13, 51:13, 68:21, 68:25, 70:8, 71:4, 71:5
**ASKING** [5] - 15:19, 17:15, 26:16, 55:4, 56:25
**ASPECT** [3] - 37:4, 63:13, 63:15
**ASSEMBLE** [2] - 62:5, 62:19
**ASSERTED** [1] - 11:3
**ASSOCIATIONS** [1] - 29:12
**ASTRA** [1] - 31:10
**AT** [33] - 3:22, 4:14, 6:19, 12:5, 16:3, 17:20, 21:18, 25:7, 25:8, 27:18, 31:10, 34:3, 34:12, 34:24,

35:10, 35:12, 36:12, 36:17, 37:3, 38:7, 43:2, 47:5, 47:10, 52:6, 53:6, 56:5, 58:17, 59:4, 61:23, 65:8, 69:20, 73:11
**AT&T** [4] - 5:1, 12:24
**ATTENTION** [1] - 45:15
**ATTORNEY** [1] - 63:5
**ATTRIBUTE** [1] - 61:16
**AUTHORITY** [1] - 8:13
**AWARE** [2] - 3:10, 54:17

## B

**BABIES** [1] - 41:3
**BABY** [3] - 14:19, 43:10, 57:1
**BACK** [11] - 3:11, 11:16, 21:13, 23:25, 26:21, 28:11, 38:20, 44:25, 45:24, 56:15, 73:1
**BACKGROUND** [1] - 67:1
**BAGGAGE** [1] - 69:5
**BAKER** [1] - 72:18
**BASE** [2] - 42:24, 70:6
**BASED** [13] - 25:24, 31:24, 33:18, 36:2, 40:6, 40:15, 41:9, 52:4, 52:8, 56:6, 56:7, 68:24, 69:4
**BASIC** [1] - 68:21
**BATH** [1] - 14:19
**BE** [98] - 2:3, 5:6, 5:14, 8:6, 12:18, 13:4, 13:10, 15:23, 17:8, 17:24, 18:2, 20:17, 21:5, 25:8, 25:9, 26:6, 26:7, 26:11, 26:16, 28:20, 31:6, 33:12, 33:19, 33:25, 34:23, 35:17, 36:9, 36:20, 36:23, 38:24, 40:1, 40:17, 41:4, 41:6, 42:23, 43:12, 44:12, 44:14, 44:16, 44:17, 44:18, 45:4, 45:16, 45:23, 45:24, 50:8, 50:15, 50:18, 51:14, 51:15, 53:8, 55:12, 56:18, 56:21, 58:6, 59:19, 59:25, 62:2, 62:7, 62:22, 63:20, 63:25, 64:19, 65:8, 65:23, 66:1,

66:17, 66:18, 66:23, 67:8, 67:17, 67:20, 68:17, 68:25, 69:5, 69:10, 69:18, 69:23, 70:6, 70:25, 71:3, 71:7, 71:11, 71:13, 72:6, 72:7, 72:12, 72:13, 72:14, 72:15, 72:16, 72:17, 72:24
**BEAUTIFUL** [1] - 60:19
**BECAUSE** [39] - 4:17, 5:15, 7:7, 9:16, 9:24, 12:5, 12:12, 13:2, 15:7, 16:21, 18:16, 19:21, 25:25, 26:12, 27:12, 27:14, 31:13, 33:7, 33:14, 35:12, 36:11, 41:3, 41:8, 41:12, 44:19, 45:7, 45:14, 45:18, 45:20, 51:17, 52:19, 53:8, 56:4, 62:10, 63:23, 64:17, 66:25, 69:15, 71:6
**BECOME** [1] - 65:6
**BEEN** [12] - 3:5, 9:1, 16:21, 16:22, 37:14, 41:1, 47:6, 51:25, 58:22, 62:6, 64:7, 65:9
**BEFORE** [13] - 1:12, 3:7, 16:5, 16:10, 34:5, 54:1, 54:7, 56:24, 58:17, 61:14, 65:16, 68:2, 71:19
**BEGAN** [1] - 13:22
**BEGIN** [1] - 2:5
**BEGINNING** [1] - 24:22
**BEHALF** [3] - 2:11, 2:17, 2:20
**BEHAVED** [1] - 60:6
**BEHIND** [1] - 24:8
**BEING** [26] - 7:8, 16:14, 16:17, 20:13, 27:23, 30:8, 31:2, 35:7, 35:23, 39:23, 44:10, 45:21, 46:17, 49:2, 51:1, 51:10, 54:14, 57:9, 61:2, 61:4, 61:6, 65:14, 65:21, 68:6, 68:10, 72:22
**BELIEVE** [19] - 3:20, 3:24, 4:12, 4:14, 6:1, 8:19, 9:7, 11:5, 11:19, 14:14, 24:7, 37:14, 38:9, 42:13, 42:15, 44:16, 46:9,

66:5, 68:24
**BELIEVES** [1] - 55:10
**BELONGINGS** [1] - 72:20
**BENEFIT** [1] - 67:20
**BENEFITS** [1] - 18:23
**BEST** [1] - 62:7
**BETTER** [1] - 4:16
**BETWEEN** [5] - 8:9, 18:3, 21:17, 50:3, 66:17
**BEYOND** [1] - 55:11
**BIAS** [2] - 33:13, 69:17
**BIG** [2] - 51:21, 70:24
**BIT** [4] - 32:6, 35:23, 37:3, 52:22
**BLAMING** [1] - 15:19
**BLOW** [2] - 12:4, 12:7
**BLOWN** [1] - 27:25
**BOARD** [1] - 7:16
**BODY** [1] - 65:6
**BOSS** [1] - 54:25
**BOTH** [18] - 3:14, 3:24, 4:14, 4:20, 4:25, 5:14, 6:1, 6:3, 6:24, 7:1, 7:3, 8:6, 12:20, 12:21, 26:4, 70:22, 70:23
**BOTHERSOME** [1] - 13:19
**BOUGHT** [1] - 40:4
**BOWMAN** [1] - 72:15
**BREAK** [2] - 28:24, 73:6
**BRIDGE** [1] - 44:23
**BRIGITTE** [1] - 72:18
**BRING** [12] - 30:5, 30:18, 30:23, 34:3, 43:9, 43:17, 46:14, 55:21, 56:15, 57:1, 60:10, 72:9
**BROUGHT** [1] - 66:11
**BUNCH** [1] - 14:4
**BUSINESS** [7] - 4:4, 4:12, 5:2, 6:15, 35:13, 48:18
**BUSINESSPEOPLE** [1] - 15:15
**BUSINESSPERSON** S [3] - 14:24, 16:2, 17:17
**BUT** [55] - 3:2, 3:23, 4:2, 5:6, 5:11, 5:20, 9:12, 10:4, 10:12, 11:7, 11:9, 11:19, 12:10, 12:18, 12:23, 13:2, 14:8, 16:25, 17:25, 19:6, 19:13, 20:15, 22:10, 23:12, 24:5, 24:6, 26:10,
26:18, 27:25, 29:20, 31:20, 32:5, 32:15, 32:16, 33:8, 33:16, 36:12, 36:19, 37:24, 40:10, 40:15, 41:13, 49:6, 49:20, 52:17, 57:2, 58:1, 61:25, 62:4, 62:18, 63:10, 63:15, 64:24, 73:4
**BY** [53] - 1:16, 1:19, 4:22, 7:8, 9:5, 9:6, 10:12, 11:22, 11:23, 12:4, 12:7, 13:1, 13:22, 15:18, 15:23, 19:21, 19:23, 20:6, 29:16, 31:1, 33:11, 35:6, 36:7, 38:4, 39:22, 40:4, 42:12, 44:9, 45:12, 45:19, 46:16, 47:15, 47:23, 48:7, 49:1, 51:9, 53:16, 54:13, 56:2, 57:8, 57:22, 57:24, 59:2, 60:3, 61:1, 63:18, 64:3, 64:9, 65:1, 66:3, 68:19, 73:12

### C

**CALL** [3] - 12:4, 23:21, 72:8
**CALLED** [2] - 19:11, 44:19
**CAME** [1] - 28:11
**CAMP** [1] - 72:13
**CAN** [36] - 2:6, 4:20, 5:9, 5:11, 7:3, 11:10, 12:4, 16:9, 21:25, 23:21, 29:5, 30:16, 36:20, 36:22, 40:17, 40:18, 42:6, 42:7, 42:24, 45:3, 45:6, 45:15, 53:8, 54:8, 54:19, 56:15, 67:20, 68:23, 69:5, 69:18, 69:23, 70:2, 71:1, 71:5
**CAN'T** [9] - 5:6, 12:7, 12:10, 20:17, 54:14, 59:18, 66:17, 66:18, 67:7
**CANDID** [1] - 70:4
**CANNOT** [7] - 12:3, 31:6, 44:14, 45:7, 51:14, 70:25, 71:13
**CAPTION** [1] - 6:4
**CARD** [3] - 54:15, 62:21, 72:11
**CARE** [2] - 60:13,
60:15
**CAREFUL** [2] - 12:19, 64:19
**CAREN** [2] - 24:16, 24:18
**CAROLINAS** [1] - 46:24
**CASE** [24] - 1:4, 12:23, 14:5, 14:15, 15:24, 17:12, 18:13, 18:15, 20:9, 20:17, 24:24, 28:6, 44:17, 48:21, 50:6, 50:8, 51:13, 51:19, 55:9, 63:19, 64:21, 69:19, 70:6
**CAUSE** [8] - 34:3, 65:23, 67:11, 67:17, 67:25, 69:8, 71:8, 71:12
**CAUSED** [2] - 9:14, 9:25
**CERTAIN** [2] - 6:15, 12:12
**CERTAINLY** [3] - 13:15, 19:1, 41:6
**CERTIFY** [1] - 73:15
**CHAIRS** [1] - 72:22
**CHALLENGE** [2] - 67:14, 67:16
**CHALLENGING** [1] - 67:10
**CHANCE** [1] - 69:2
**CHANGE** [2] - 61:20, 66:8
**CHARGE** [4] - 12:22, 27:18, 29:21, 45:1
**CHART** [1] - 27:24
**CHILD** [2] - 59:24, 60:13
**CHILDHOOD** [1] - 64:10
**CITIZENS** [1] - 23:17
**CITY** [1] - 64:12
**CIVIL** [2] - 1:4, 44:22
**CLAIM** [10] - 9:23, 10:24, 11:3, 31:15, 32:20, 55:21, 63:3, 64:17, 64:19, 64:24
**CLAIMED** [1] - 36:3
**CLAIMS** [4] - 37:18, 37:19, 37:22, 40:14
**CLEAR** [5] - 18:21, 21:24, 39:8, 69:11, 70:5
**CLEARLY** [1] - 21:15
**CLERK** [13] - 30:24, 35:5, 39:20, 44:7, 46:15, 48:25, 51:8, 54:12, 57:7, 60:2, 60:25, 72:8, 73:8
**CLIENT** [5] - 18:25, 22:1, 49:7, 57:19, 58:1
**CLIENTS** [3] - 3:4, 3:5, 62:22
**CLOSINGS** [1] - 12:9
**COFFEE** [1] - 58:8
**COME** [4] - 3:11, 13:6, 14:7, 17:18, 24:12, 25:9, 30:24, 31:2, 35:7, 39:21, 43:9, 44:8, 72:10, 73:1
**COMES** [3] - 8:7, 17:16, 68:22
**COMING** [2] - 18:2, 40:6
**COMINGLE** [1] - 17:2
**COMMENT** [1] - 13:24
**COMMONLY** [1] - 17:1
**COMPANIES** [10] - 3:25, 4:25, 10:18, 14:24, 16:1, 53:11, 56:3, 56:11, 68:15, 68:18
**COMPANY** [36] - 3:23, 4:4, 4:7, 4:14, 5:18, 5:20, 6:10, 6:11, 8:25, 9:1, 9:2, 9:3, 10:22, 11:12, 12:25, 17:11, 31:9, 40:3, 40:5, 46:6, 49:6, 51:17, 51:23, 52:6, 53:6, 54:23, 59:8, 61:23, 62:3, 63:24, 64:7, 64:15, 68:16, 69:4
**COMPENSATORY** [2] - 26:13, 27:12
**COMPLAIN** [1] - 66:15
**COMPLAINED** [2] - 38:12, 41:12
**COMPLAINING** [1] - 40:5
**COMPLAINT** [3] - 6:19, 29:22, 29:23
**CONCERN** [6] - 10:16, 16:18, 36:20, 53:7, 66:12, 71:9
**CONCERNED** [2] - 16:13, 61:6
**CONCERNING** [2] - 20:7, 20:16
**CONCERNS** [1] - 50:14
**CONCLUDED** [2] - 71:24, 72:1
**CONDITION** [2] - 45:14, 45:20
**CONFERENCE** [1] -
13:21
**CONFUSE** [1] - 17:1
**CONGRATULATION** S [1] - 60:4
**CONNECTING** [1] - 71:10
**CONSISTENCY** [1] - 70:12
**CONSOLE** [45] - 1:15, 1:16, 2:9, 2:14, 2:16, 2:17, 2:19, 6:18, 7:1, 7:5, 24:5, 24:22, 30:6, 30:11, 30:19, 35:2, 38:23, 39:1, 39:16, 43:15, 43:19, 43:22, 46:6, 46:12, 48:20, 51:2, 53:22, 55:25, 56:20, 59:1, 59:18, 63:18, 65:12, 65:18, 66:10, 66:14, 66:18, 67:5, 67:12, 67:22, 68:12, 68:20, 69:10, 69:21, 70:2
**CONSOLES** [1] - 24:24
**CONSTRUCTION** [2] - 45:1, 52:20
**CONSULTANT** [1] - 57:23
**CONTEST** [2] - 16:13, 19:3
**CONTRIBUTOR** [1] - 31:19
**CONTROLLED** [1] - 7:8
**CONTROLS** [1] - 6:15
**CONVERSATION** [1] - 11:14
**COOLER** [1] - 58:9
**COORDINATION** [1] - 45:2
**CORPORATE** [2] - 4:20, 7:16
**CORPORATIONS** [1] - 14:12
**CORRECT** [2] - 41:22, 73:15
**COULD** [17] - 5:19, 36:9, 38:24, 40:1, 44:12, 55:8, 55:12, 55:14, 56:21, 62:14, 63:20, 63:21, 66:1, 66:23, 69:10, 70:6, 71:11
**COUNSEL** [10] - 2:2, 2:7, 4:18, 16:13, 24:25, 25:8, 25:12, 27:25, 69:25, 71:18
**COUNT** [1] - 20:14
**COUNTRY** [1] - 18:17

COUNTY [1] - 57:11
COUPLE [6] - 3:12,
21:24, 28:5, 37:15,
46:18, 52:5
COURSE [1] - 8:2
COURT [238] - 1:1,
1:23, 2:1, 2:3, 2:11,
2:19, 2:23, 3:18,
3:22, 4:1, 4:7, 4:10,
4:19, 5:5, 5:9, 5:16,
5:24, 6:5, 6:8, 6:24,
7:3, 7:9, 7:14, 7:17,
7:19, 7:23, 8:4, 8:10,
8:13, 8:21, 8:23, 9:5,
9:10, 9:19, 9:22,
10:2, 10:5, 10:10,
10:14, 10:25, 11:4,
11:6, 11:9, 11:20,
11:25, 13:18, 14:16,
14:20, 14:23, 15:4,
15:6, 16:5, 16:9,
16:15, 16:23, 17:3,
17:7, 17:14, 17:23,
18:4, 18:7, 18:10,
18:12, 18:23, 19:4,
19:9, 19:15, 19:20,
20:1, 20:3, 20:10,
20:21, 20:25, 21:3,
21:9, 21:12, 21:17,
21:23, 22:4, 22:7,
22:11, 22:13, 22:18,
22:21, 22:23, 22:25,
23:3, 23:5, 23:7,
23:16, 23:20, 24:3,
24:8, 24:12, 24:16,
24:20, 25:1, 25:4,
25:9, 25:12, 25:19,
25:23, 26:3, 26:8,
26:14, 26:18, 26:21,
26:25, 27:3, 27:10,
27:14, 27:17, 27:22,
28:4, 28:8, 28:10,
28:13, 28:16, 28:23,
29:2, 29:7, 29:10,
29:14, 29:17, 29:24,
30:9, 30:14, 30:21,
31:1, 33:9, 33:22,
33:24, 34:2, 34:5,
34:9, 34:13, 34:19,
34:24, 35:4, 35:6,
36:7, 36:18, 38:1,
38:3, 38:19, 38:21,
39:3, 39:7, 39:18,
39:22, 42:8, 42:11,
43:4, 43:13, 43:17,
43:24, 44:3, 44:6,
44:9, 45:9, 45:18,
45:25, 46:2, 46:5,
46:10, 46:13, 46:16,
47:21, 48:7, 48:14,
48:15, 48:19, 48:23,
48:24, 49:1, 50:9,
50:21, 50:23, 51:1,
51:3, 51:7, 51:9,
53:13, 53:20, 53:23,
54:1, 54:11, 54:13,
55:24, 56:1, 56:14,
56:16, 56:18, 56:23,
57:4, 57:6, 57:8,
58:25, 59:16, 59:20,
59:23, 60:3, 60:17,
60:22, 61:1, 63:17,
64:1, 64:18, 64:21,
65:11, 65:13, 65:20,
65:24, 66:4, 66:7,
66:12, 66:20, 66:25,
67:4, 67:8, 67:14,
67:19, 67:24, 68:2,
68:5, 68:8, 68:10,
68:13, 69:7, 69:12,
69:25, 70:11, 70:17,
71:2, 72:4, 72:21,
73:12, 73:21
COURT'S [1] - 2:25
COURTHOUSE [1] -
1:23
COURTROOM [2] -
18:13, 68:22
COVER [3] - 29:4,
37:1, 73:13
COVERAGE [1] -
59:24
COVERED [1] - 29:25
COVERS [1] - 26:2
CRAFT [1] - 63:6
CREATE [2] - 41:3,
63:11
CREATING [1] - 62:25
CREDIBLE [1] - 71:3
CRIMINAL [3] - 13:9,
50:7, 50:8
CRITICISMS [3] -
20:13, 21:2, 21:4
CROSS [1] - 70:5
CROSS-
EXAMINATION [1] -
70:5
CRY [1] - 60:20
CURIOUS [1] - 59:21
CURRENT [2] - 23:6,
47:17
CURRENTLY [3] -
31:9, 31:19, 42:4
CUT [1] - 13:13
CUTTING [1] - 32:25

# D

DAD [4] - 40:3, 40:5,
40:10, 40:21
DAMAGES [5] - 26:8,
26:11, 26:13, 27:3,
27:12
DATA [2] - 57:20, 59:8
DATE [1] - 73:21
DAVID [1] - 72:14
DAY [6] - 4:22, 13:14,
23:10, 35:15, 57:1,
62:7
DAYS [1] - 17:8
DEAL [3] - 17:20,
27:18, 30:1
DEALINGS [1] - 14:11
DECEMBER [1] -
28:18
DECIDE [3] - 27:5,
27:6
DECISION [10] - 9:13,
9:17, 10:1, 10:3,
10:4, 12:13, 26:11,
26:19, 68:24
DECISIONS [1] - 32:7
DEFENDANT [3] - 5:3,
9:23, 20:6
DEFENDANTS [9] -
1:18, 2:12, 2:21,
6:21, 12:3, 12:20,
12:21, 18:14, 53:8
DEFENSE [11] - 2:12,
16:12, 27:25, 33:22,
38:3, 42:11, 56:1,
64:1, 64:23, 66:4,
71:17
DEFICIENCIES [1] -
20:8
DEFINITELY [2] -
18:1, 40:18
DEFINITION [1] - 5:12
DEMOTED [1] - 40:6
DENY [1] - 71:2
DEPARTMENT [1] -
36:15
DEPARTMENTS [1] -
36:1
DEPENDS [1] - 26:9
DEPUTY [17] - 30:24,
35:5, 39:20, 44:7,
46:15, 48:25, 51:8,
54:12, 57:7, 60:2,
60:25, 72:5, 72:7,
72:8, 72:25, 73:5,
73:8
DESCRIBED [1] -
53:17
DESIGN [2] - 44:23,
44:24
DESPITE [4] - 61:11,
61:14, 68:21, 70:5
DETERMINATIVE [1] -
27:16
DEVELOPMENT [1] -
45:1
DEVIATE [1] - 66:2
DIAGNOSED [1] -
44:20
DID [37] - 3:20, 13:22,
16:13, 20:22, 21:12,
21:19, 25:6, 29:4,
31:13, 32:9, 32:18,
32:22, 34:5, 34:15,
34:17, 34:21, 37:18,
38:25, 42:13, 42:15,
43:21, 47:3, 47:17,
49:9, 50:5, 52:8,
52:22, 55:21, 58:11,
58:15, 59:3, 61:24,
63:2, 63:7, 63:12,
71:10
DIDN'T [20] - 3:22,
4:15, 11:25, 13:14,
16:17, 19:2, 20:20,
31:7, 32:1, 33:4,
34:7, 34:20, 40:1,
43:9, 44:13, 52:10,
52:15, 66:2, 66:8,
69:2
DIFFERENCE [2] -
66:16, 70:25
DIFFERENT [11] -
10:17, 11:9, 11:10,
12:5, 13:1, 26:11,
32:6, 41:4, 47:10,
63:23, 70:12
DIFFERENTLY [2] -
52:25, 56:4
DIFFICULT [6] - 2:25,
33:19, 44:18, 45:16,
45:24, 62:9
DINNER [1] - 50:2
DIRE [8] - 3:11, 13:22,
14:3, 16:7, 16:12,
16:19, 18:15, 28:25
DIRECT [1] - 17:24
DIRECTLY [1] - 20:16
DIRECTOR [1] - 35:25
DIRECTORS [2] - 7:16
DIRECTS [1] - 6:15
DISCIPLINE [1] -
58:15
DISCIPLINED [1] -
46:19
DISCIPLINING [1] -
35:24
DISCRIMINATED [3] -
37:14, 55:11, 62:11
DISCRIMINATION [21]
- 10:5, 11:14, 31:15,
32:20, 37:16, 41:7,
42:16, 43:6, 47:15,
48:17, 49:15, 49:16,
52:12, 52:13, 54:8,
54:19, 55:10, 58:20,
63:15, 66:24, 70:18
DISCRIMINATORY [1]
- 36:4
DISCUSSION [2] -
4:15, 25:5
DISMISSIVE [1] -
14:18
DISPUTE [1] - 4:6
DISTINCTION [3] -
8:9, 18:3, 18:21
DISTRICT [2] - 1:1, 1:2
DO [90] - 3:18, 4:4,
4:20, 6:6, 6:8, 6:9,
7:23, 8:4, 10:19,
10:20, 12:9, 13:14,
14:10, 14:13, 14:23,
15:7, 15:25, 16:2,
16:5, 16:6, 16:18,
17:3, 17:12, 18:6,
18:20, 19:13, 19:16,
21:4, 22:1, 23:12,
25:4, 25:23, 27:3,
28:17, 30:3, 30:9,
31:14, 31:22, 32:6,
33:1, 33:13, 33:14,
34:3, 35:10, 35:17,
35:20, 36:1, 39:9,
40:7, 40:10, 40:17,
41:14, 41:20, 42:7,
42:8, 43:2, 43:7,
43:24, 45:9, 45:13,
46:2, 46:13, 47:19,
49:4, 52:23, 53:18,
53:21, 54:1, 55:8,
56:3, 56:23, 57:4,
57:17, 58:3, 58:11,
59:20, 59:24, 60:8,
61:9, 61:16, 63:14,
63:16, 63:20, 63:21,
67:9, 67:14, 68:5,
71:8, 71:19
DOCKET [1] - 1:4
DOCTORS [1] - 45:6
DOCUMENT [1] -
27:22
DOCUMENTS [2] -
20:12, 23:25
DOES [4] - 10:19,
60:20, 60:21, 63:24
DOESN'T [3] - 6:5,
14:6, 72:9
DOING [12] - 4:12,
4:22, 5:2, 12:2,
12:15, 12:16, 15:11,
15:16, 21:6, 27:19,
32:15, 43:12
DOLLARS [1] - 35:14
DON'T [60] - 3:2, 4:5,
4:17, 4:19, 4:20,

6:14, 8:19, 9:7, 10:15, 12:23, 13:24, 15:17, 15:18, 19:13, 19:22, 20:23, 21:14, 23:2, 23:13, 23:20, 24:4, 26:18, 27:11, 28:17, 30:3, 31:13, 32:5, 33:6, 33:8, 33:14, 33:15, 33:16, 34:16, 39:1, 43:12, 44:1, 44:2, 44:3, 45:14, 46:4, 46:20, 47:13, 48:23, 50:24, 53:7, 55:4, 57:2, 60:9, 60:13, 62:18, 65:22, 66:5, 66:6, 67:5, 68:20, 68:24, 69:18, 70:14, 70:19
**DONE** [4] - 16:10, 31:12, 41:16, 47:2
**DOWN** [2] - 24:7, 44:2
**DRAW** [1] - 65:7
**DRIVEN** [1] - 12:14
**DUBOIS** [1] - 13:8
**DUE** [2] - 32:24, 44:25
**DURING** [2] - 8:2, 27:23
**DYSLEXIA** [1] - 67:20

# E

**EACH** [3] - 5:13, 65:15, 71:16
**EARLY** [1] - 28:18
**EASIER** [1] - 72:10
**EASTERN** [1] - 1:2
**EDUCATION** [1] - 61:15
**EFFECT** [1] - 13:24
**EFFECTS** [1] - 45:21
**EFFORT** [2] - 3:1, 61:5
**EIGHT** [1] - 72:5
**EIGHTH** [1] - 72:17
**EITHER** [1] - 44:3
**ELSE** [14] - 19:16, 24:1, 30:9, 30:11, 30:22, 34:13, 34:21, 37:1, 41:16, 45:25, 67:9, 67:25, 68:2, 72:19
**EMBARRASS** [3] - 15:17, 19:22, 31:7
**EMERGENCY** [1] - 24:19
**EMPHATIC** [1] - 70:10
**EMPLOYED** [6] - 9:5, 9:6, 22:22, 32:13, 57:22, 57:24
**EMPLOYEE** [12] - 3:23, 4:8, 6:20, 6:24,

9:17, 9:24, 10:12, 22:10, 23:5, 35:3, 64:5, 70:21
**EMPLOYEES** [20] - 8:11, 8:19, 12:16, 13:2, 31:11, 31:21, 37:5, 46:19, 46:20, 47:7, 47:11, 47:15, 47:18, 47:19, 48:18, 49:8, 49:9, 56:3, 56:11, 58:15
**EMPLOYER** [17] - 3:14, 3:17, 5:7, 5:11, 5:13, 6:13, 7:24, 8:1, 8:15, 9:15, 12:11, 12:22, 49:23, 50:14, 52:2, 63:4, 70:20
**EMPLOYERS** [1] - 3:14
**EMPLOYMENT** [7] - 7:20, 9:14, 48:21, 50:6, 61:20, 62:4, 63:5
**END** [6] - 11:22, 11:23, 32:18, 34:3, 37:20, 50:3
**ENGINEER** [1] - 44:22
**ENGLISH** [1] - 15:10
**ENOUGH** [1] - 67:8
**ENTER** [4] - 5:6, 5:9, 8:4, 26:3
**ENTIRE** [1] - 45:4
**ENTITIES** [4] - 4:5, 5:14, 8:7, 8:8
**ENTITLED** [1] - 73:17
**ENTITY** [5] - 7:8, 7:10, 7:12, 7:20, 9:13
**ENVIRONMENT** [25] - 9:20, 9:23, 9:25, 10:6, 10:7, 10:8, 10:16, 10:24, 11:2, 11:11, 30:13, 30:15, 32:23, 34:16, 35:1, 36:4, 36:13, 38:6, 38:10, 39:12, 39:13, 40:20, 41:23, 43:12, 58:23
**ERMILIO** [1] - 1:19
**ERR** [1] - 62:25
**ESQ** [4] - 1:16, 1:16, 1:19, 1:19
**EVALUATE** [2] - 47:19, 58:15
**EVALUATED** [1] - 46:11
**EVALUATING** [3] - 47:7, 47:18, 48:18
**EVALUATIONS** [2] - 61:12, 61:20
**EVEN** [5] - 3:7, 44:2,

53:3, 60:14, 70:5
**EVER** [15] - 11:3, 37:7, 37:12, 41:11, 52:12, 53:4, 55:19, 58:5, 58:19, 58:22, 60:8, 60:20, 63:3, 66:5, 68:25
**EVERY** [12] - 31:14, 32:25, 35:15, 36:1, 42:6, 43:22, 52:6, 57:1, 62:6, 66:19, 70:18, 70:19
**EVERYBODY** [8] - 8:25, 32:2, 32:3, 33:3, 44:14, 67:7, 68:22, 72:19
**EVERYTHING** [3] - 13:21, 45:3, 72:9
**EVIDENCE** [21] - 8:7, 10:15, 11:7, 12:11, 12:13, 14:5, 19:12, 38:15, 38:16, 42:24, 42:25, 62:15, 62:16, 63:19, 64:17, 65:10, 67:18, 68:23, 68:24, 70:7, 71:7
**EXACTLY** [2] - 14:1, 59:5
**EXAMINATION** [1] - 70:5
**EXAMPLE** [1] - 20:18
**EXCITED** [1] - 24:9
**EXCUSE** [2] - 45:7, 73:1
**EXPECT** [1] - 13:4
**EXPERIENCE** [12] - 33:18, 36:25, 38:14, 55:8, 56:6, 59:14, 61:7, 62:8, 62:9, 63:25, 64:14, 65:2
**EXPERIENCES** [5] - 15:3, 61:19, 65:7, 69:14, 70:15
**EXPERT** [3] - 48:4, 48:10, 48:11
**EXPLAIN** [4] - 6:9, 12:6, 13:3
**EXPLAINING** [1] - 3:13
**EXPRESS** [1] - 2:25
**EXTENT** [1] - 40:12
**EXTRATERRITORIAL** [2] - 11:15, 11:17
**EXTREMELY** [1] - 45:16

# F

**FACED** [1] - 55:19
**FACT** [7] - 10:17,

11:16, 33:14, 36:8, 49:12, 50:13, 69:18
**FACTOR** [4] - 25:18, 26:1, 26:23, 27:9
**FACTS** [4] - 40:9, 40:10, 40:18, 50:19
**FAIR** [45] - 14:15, 15:17, 15:25, 30:8, 31:6, 33:12, 33:19, 35:17, 36:9, 36:21, 36:23, 37:5, 38:24, 40:1, 40:17, 42:23, 44:12, 44:14, 44:16, 50:15, 51:14, 53:8, 55:12, 56:21, 58:6, 59:14, 59:19, 60:24, 61:4, 61:6, 62:20, 63:20, 65:3, 66:2, 66:17, 66:19, 66:23, 69:5, 69:18, 69:24, 70:6, 70:25, 71:5, 71:11, 71:13
**FAIRED** [1] - 49:13
**FAIRLY** [2] - 42:19, 63:13
**FAIRNESS** [1] - 55:8
**FAITH** [1] - 18:20
**FALLS** [2] - 28:13, 28:16
**FAMILIAR** [1] - 33:7
**FAMILY** [2] - 29:22, 42:15
**FAR** [1] - 57:20
**FAVOR** [1] - 62:10
**FEDERAL** [3] - 26:4, 26:7, 26:12
**FEEL** [5] - 13:25, 31:14, 33:16, 63:12, 69:19
**FEELING** [1] - 56:10
**FEELS** [1] - 49:20
**FELT** [5] - 33:15, 40:7, 52:12, 62:20, 63:22
**FEW** [2] - 13:7, 61:8
**FIFTH** [1] - 72:15
**FIGURE** [1] - 17:9
**FILED** [7] - 16:12, 29:20, 29:21, 29:22, 29:24, 37:15, 73:13
**FINAL** [1] - 13:21
**FIND** [2] - 30:16, 69:16
**FINE** [1] - 28:4
**FINISH** [1] - 28:6
**FIRE** [1] - 52:7
**FIRING** [1] - 47:7
**FIRM** [4] - 46:22, 46:23, 47:5, 47:10
**FIRST** [16] - 3:9, 3:13, 13:11, 13:12, 15:10, 22:12, 28:21, 29:2,

39:6, 39:7, 49:4, 51:12, 61:25, 66:10, 71:7, 71:22, 72:12
**FIVE** [9] - 43:15, 43:20, 43:21, 43:25, 44:2, 44:3, 44:7, 67:6, 67:9
**FLIP** [1] - 25:2
**FLOOR** [2] - 1:17, 1:20
**FOCUS** [5] - 44:17, 45:21, 45:22, 67:7, 67:18
**FOLDING** [1] - 25:14
**FOLLOW** [11] - 29:6, 31:5, 35:10, 38:1, 39:2, 45:9, 49:3, 50:18, 53:13, 53:21, 72:20
**FOLLOW-UP** [6] - 29:6, 31:5, 38:1, 45:9, 53:13, 53:21
**FOR** [112] - 1:4, 1:15, 1:18, 2:7, 2:9, 2:21, 2:24, 3:3, 3:6, 3:8, 5:1, 5:3, 7:20, 8:22, 11:11, 12:5, 12:17, 13:13, 15:19, 17:6, 17:8, 18:15, 18:23, 19:4, 20:18, 22:25, 23:21, 24:1, 24:6, 27:4, 28:5, 29:2, 29:6, 29:21, 30:9, 30:16, 31:2, 31:9, 31:14, 31:20, 32:1, 32:12, 32:16, 33:8, 33:9, 33:16, 33:19, 34:21, 35:7, 35:25, 36:13, 37:5, 37:16, 39:9, 39:23, 40:3, 41:2, 41:3, 41:9, 41:10, 43:25, 44:10, 45:24, 46:3, 46:17, 46:23, 47:9, 47:18, 49:2, 50:15, 51:1, 51:3, 51:10, 51:11, 51:16, 52:17, 52:18, 53:19, 53:24, 54:14, 54:23, 54:25, 55:23, 57:9, 57:19, 58:1, 59:3, 59:4, 59:6, 59:24, 60:15, 61:2, 61:11, 61:19, 63:21, 63:22, 63:24, 64:7, 65:14, 67:6, 67:10, 67:16, 67:25, 68:2, 69:8, 71:8, 71:12, 72:22, 72:24, 73:1
**FOREGOING** [1] - 73:15

**FOREIGN** [2] - 68:15, 68:19

**FOREMAN** [1] - 52:6

**FORENSIC** [1] - 48:3

**FORGET** [1] - 3:3

**FORMER** [6] - 23:5, 49:6, 49:8, 49:9, 61:8, 63:3

**FORRESTEL** [1] - 72:15

**FORWARD** [1] - 44:8

**FOUND** [3] - 37:25, 61:14, 71:3

**FOUR** [7] - 38:23, 39:9, 39:11, 39:19, 39:20, 42:5, 72:6

**FOUR-MONTH-OLD** [1] - 42:5

**FOURTH** [1] - 72:14

**FRIDAY** [2] - 28:7, 60:15

**FRIEND** [3] - 49:19, 50:14, 62:2

**FRIENDS** [5] - 29:22, 33:3, 61:18, 62:7, 64:10

**FRIENDSHIP** [4] - 61:22, 63:23, 64:8

**FROM** [16] - 2:9, 12:14, 13:4, 15:18, 18:2, 28:11, 36:22, 51:17, 53:8, 53:11, 60:14, 66:2, 70:11, 72:11, 73:16

**FRONT** [4] - 15:16, 19:22, 24:13, 44:13

**FURTHER** [4] - 38:18, 42:9, 60:17, 65:16

## G

**GAVE** [1] - 40:2

**GENDER** [6] - 30:15, 39:13, 41:6, 52:8, 52:19, 69:19

**GENERAL** [4] - 29:8, 29:9, 29:10, 56:10

**GENERALLY** [6] - 29:3, 29:14, 40:23, 56:12, 59:14

**GENTLEMEN** [3] - 21:18, 72:4, 72:22

**GET** [20] - 3:4, 3:8, 8:2, 8:24, 12:19, 16:9, 20:3, 26:12, 27:12, 31:23, 32:4, 38:19, 45:3, 45:23, 52:2, 54:7, 59:22, 63:7, 71:17, 71:19

**GETS** [1] - 71:17

**GETTING** [5] - 2:24, 21:13, 42:15, 45:2, 47:1

**GIRL** [1] - 60:10

**GIVE** [7] - 12:22, 13:15, 43:4, 43:6, 65:3, 68:13, 73:2

**GIVEN** [7] - 10:16, 10:17, 49:22, 61:19, 69:18, 73:12, 73:13

**GIVING** [1] - 71:12

**GLOBAL** [1] - 69:4

**GO** [13] - 3:2, 6:6, 16:5, 16:10, 17:5, 26:19, 27:6, 30:2, 32:16, 34:5, 53:19, 61:18, 65:16

**GOES** [5] - 3:1, 3:12, 11:6, 11:7, 25:13

**GOING** [58] - 3:2, 12:20, 13:6, 13:10, 15:6, 15:13, 15:22, 17:3, 17:5, 17:7, 17:10, 17:23, 17:24, 18:13, 18:20, 23:7, 23:13, 23:18, 24:12, 24:14, 25:2, 28:6, 28:17, 28:19, 30:1, 30:4, 32:2, 34:10, 36:22, 39:3, 41:4, 44:7, 44:13, 44:18, 44:21, 45:4, 45:16, 45:18, 45:23, 45:24, 49:19, 49:20, 51:15, 57:1, 57:21, 59:22, 64:18, 67:17, 68:16, 69:7, 71:2, 71:8, 71:11, 72:5, 72:6, 73:4

**GOOD** [16] - 2:1, 2:2, 2:4, 2:8, 2:11, 2:16, 2:19, 25:16, 31:12, 32:15, 39:24, 43:12, 54:15, 55:23, 60:7, 62:3

**GOODBYE** [1] - 63:11

**GOSHEN** [1] - 33:8

**GOT** [5] - 10:5, 13:2, 25:19, 40:6, 56:20

**GOTCHA** [1] - 13:1

**GOVERNED** [2] - 12:25

**GRADUATE** [1] - 61:15

**GRANT** [2] - 69:7, 71:11

**GRANTED** [2] - 15:21, 20:5

**GRATEFUL** [1] - 3:3

**GREAT** [3] - 20:11,

28:20, 36:6

**GRIEVANCE** [2] - 29:20, 32:18

**GROUNDS** [1] - 65:17

**GROUP** [4] - 15:14, 32:15, 36:13, 37:23

**GUESS** [1] - 31:11

**GUY** [1] - 32:15

**GUYS** [2] - 32:14, 40:6

## H

**HAD** [26] - 11:2, 11:13, 14:11, 16:1, 16:6, 16:16, 19:11, 19:12, 24:18, 31:11, 31:20, 32:16, 33:19, 34:15, 35:9, 35:23, 39:25, 41:20, 46:23, 53:4, 54:16, 54:18, 61:7, 61:11, 66:8, 69:14

**HALF** [1] - 61:7

**HAND** [25] - 15:13, 15:14, 30:7, 31:5, 32:1, 32:22, 34:8, 35:9, 38:6, 38:24, 39:5, 39:25, 41:8, 43:21, 43:23, 44:11, 51:12, 52:11, 54:4, 54:7, 54:16, 56:21, 57:14, 61:4, 73:9

**HAPPEN** [1] - 17:22

**HAPPENED** [6] - 10:9, 10:10, 10:17, 21:17, 21:18, 55:13

**HAPPENS** [1] - 33:17

**HAPPY** [1] - 45:7

**HARASSER** [1] - 9:17

**HARBOR** [1] - 41:14

**HARD** [4] - 3:7, 36:11, 36:20, 50:15

**HAS** [25] - 6:22, 8:25, 16:20, 16:21, 16:22, 17:12, 18:5, 29:20, 29:21, 29:22, 29:24, 36:3, 40:3, 41:11, 41:16, 46:7, 50:14, 59:24, 62:2, 64:5, 64:7, 67:18, 68:15, 69:5, 70:19

**HATE** [1] - 59:22

**HAVE** [148] - 2:6, 3:4, 3:5, 3:10, 3:12, 4:20, 4:25, 6:3, 6:10, 7:7, 8:20, 8:24, 8:25, 10:15, 10:20, 11:21, 12:3, 12:6, 12:18, 12:20, 12:22, 13:3, 13:10, 14:3, 14:11, 14:19, 14:24, 15:15,

16:5, 16:6, 16:18, 17:17, 18:13, 19:13, 19:16, 19:18, 20:11, 21:4, 23:14, 23:20, 24:16, 25:23, 26:1, 26:14, 26:18, 27:12, 27:14, 27:24, 28:1, 28:2, 29:5, 29:19, 29:21, 30:9, 30:21, 31:6, 31:11, 31:16, 31:20, 31:24, 32:6, 33:1, 33:3, 33:13, 33:18, 34:20, 34:25, 35:10, 35:13, 35:14, 35:17, 37:7, 37:10, 37:12, 37:14, 38:14, 39:9, 40:9, 41:1, 42:4, 42:8, 42:21, 43:6, 43:11, 43:24, 44:1, 44:2, 44:3, 44:22, 44:24, 45:6, 45:9, 45:16, 46:2, 46:13, 46:19, 47:6, 47:11, 47:17, 48:12, 49:2, 49:5, 49:22, 51:11, 51:25, 52:12, 53:4, 53:21, 54:1, 54:17, 55:17, 55:19, 56:7, 56:23, 57:11, 58:5, 58:11, 58:22, 59:20, 60:8, 60:13, 60:15, 61:17, 61:21, 62:2, 62:6, 62:8, 62:9, 62:11, 62:17, 62:22, 64:16, 65:5, 65:6, 65:9, 65:22, 67:3, 67:9, 68:5, 69:2, 70:17, 71:15, 73:2, 73:3

**HAVING** [3] - 41:3, 50:2, 63:24

**HE** [54] - 5:11, 6:24, 7:3, 9:5, 9:6, 13:9, 13:10, 20:20, 21:12, 21:19, 21:25, 23:6, 24:7, 24:8, 24:9, 24:12, 24:14, 25:8, 25:9, 32:14, 32:15, 33:7, 33:15, 34:7, 34:11, 34:14, 34:24, 34:25, 35:2, 40:5, 43:12, 46:6, 46:7, 48:20, 52:7, 52:10, 52:15, 52:17, 52:25, 66:22, 66:23, 67:17, 67:18, 68:14, 68:16, 68:20, 68:23, 69:3, 69:4, 69:5

**HE'S** [3] - 24:8, 24:9, 25:7

**HEAD** [1] - 20:14

**HEADQUARTERS** [1] - 37:16

**HEALTH** [1] - 57:24

**HEAR** [11] - 10:15, 13:4, 16:3, 36:22, 38:15, 40:13, 40:18, 42:24, 61:24, 64:16, 65:16

**HEARD** [8] - 31:24, 37:7, 40:2, 40:9, 48:22, 58:5, 63:19, 65:8

**HEBREW** [2] - 15:7, 15:9

**HELLO** [6] - 31:2, 35:7, 44:10, 46:17, 49:2, 57:9

**HELPED** [1] - 63:6

**HELPFUL** [1] - 18:2

**HER** [32] - 22:12, 30:7, 30:10, 38:24, 39:3, 39:4, 39:5, 41:2, 41:15, 49:23, 50:14, 54:4, 54:7, 54:8, 56:21, 59:22, 59:24, 60:13, 60:15, 62:4, 66:12, 66:20, 69:13, 69:15, 69:16, 70:3, 71:3, 71:4, 71:5

**HERE** [31] - 2:4, 3:4, 5:5, 9:14, 10:17, 10:21, 12:5, 15:13, 17:8, 24:15, 24:17, 28:18, 31:3, 35:8, 36:10, 39:23, 41:4, 44:10, 46:17, 49:2, 50:8, 51:1, 51:10, 54:14, 54:17, 57:9, 58:6, 61:2, 62:23, 65:14, 72:22

**HERE'S** [3] - 5:6, 17:4

**HERETO** [1] - 6:20

**HIGHER** [1] - 13:8

**HIGHWAY** [1] - 44:23

**HILL** [1] - 72:12

**HIM** [10] - 21:13, 32:16, 33:8, 40:7, 51:16, 52:5, 52:23, 67:20, 69:1

**HIMSELF** [1] - 69:3

**HIRE** [1] - 61:15

**HIRING** [1] - 46:25

**HIS** [10] - 21:7, 21:9, 21:11, 21:18, 24:10, 34:7, 40:6, 43:21, 52:22, 68:21

**HOLD** [3] - 4:3, 14:10, 66:20

**HOME** [1] - 23:9

**HONOR** [52] - 2:2, 2:8,

2:16, 2:22, 3:16,
3:21, 3:25, 4:15,
4:17, 4:24, 6:2, 6:18,
7:13, 8:7, 8:17, 9:21,
11:2, 11:18, 13:17,
14:9, 16:4, 16:8,
18:2, 19:8, 20:5,
21:22, 22:6, 22:17,
24:4, 24:25, 25:3,
25:6, 25:8, 25:11,
25:17, 27:21, 28:3,
28:6, 38:23, 39:2,
39:24, 44:5, 46:1,
48:13, 50:25, 59:18,
65:19, 66:3, 67:6,
67:22, 70:1, 71:21

**HONORABLE** [1] -
1:12
**HOPEFULLY** [1] -
17:21
**HORRIBLE** [1] - 36:14
**HORSHAM** [1] - 51:21
**HOSTILE** [25] - 9:20,
9:23, 9:25, 10:6,
10:7, 10:8, 10:16,
10:20, 10:24, 11:2,
11:11, 30:13, 30:15,
32:1, 32:22, 34:16,
34:25, 36:4, 38:6,
38:10, 39:12, 40:19,
41:23, 58:22
**HOURS** [2] - 42:6,
71:23
**HOUSE** [1] - 25:7
**HOW** [43] - 3:1, 3:3,
3:13, 4:19, 6:2, 6:3,
6:6, 6:8, 6:9, 6:14,
7:3, 7:6, 7:23, 9:22,
10:6, 13:22, 13:25,
22:1, 26:9, 27:5,
32:13, 38:15, 41:4,
43:9, 45:23, 52:21,
53:2, 55:2, 56:10,
57:17, 57:25, 59:21,
60:4, 60:8, 62:14,
64:15, 64:16, 65:2,
70:12, 72:7, 73:3,
73:4
**HOW'S** [2] - 7:14, 7:19
**HR** [5] - 8:18, 37:16,
38:13, 39:17, 58:12
**HUGE** [2] - 44:22,
44:24
**HUMAN** [1] - 58:13

---

**I**

---

**I'LL** [5] - 3:11, 10:14,
10:15, 13:15, 19:23
**I'M** [18] - 3:10, 7:20,

13:15, 14:1, 14:9,
14:20, 14:23, 18:20,
25:21, 28:13, 48:1,
62:9, 64:1, 64:20,
70:1, 73:4
**I'VE** [1] - 25:19
**I.M.S** [1] - 57:24
**IDEA** [3] - 15:8, 42:25,
65:22
**IDENTIFIED** [1] - 69:3
**IDENTIFY** [1] - 72:5
**IDENTITY** [1] - 2:6
**IF** [48] - 5:2, 5:13,
5:18, 5:19, 6:13, 7:7,
8:4, 14:13, 15:14,
16:2, 17:14, 17:16,
18:2, 19:12, 22:5,
24:5, 25:3, 26:3,
26:10, 26:19, 26:20,
27:5, 27:6, 27:8,
29:24, 32:12, 34:16,
39:1, 39:2, 55:11,
55:12, 57:2, 59:24,
62:23, 63:2, 63:19,
63:25, 65:16, 67:17,
69:19, 70:3, 71:5,
72:8, 72:19, 73:8
**ILANIT** [2] - 22:12,
22:13
**ILLEGAL** [2] - 42:20,
42:22
**IMPARTIAL** [38] -
14:15, 30:8, 31:6,
33:13, 33:20, 35:17,
36:10, 36:21, 36:23,
40:2, 42:23, 44:12,
44:15, 44:16, 50:15,
51:14, 55:12, 58:6,
60:24, 61:5, 61:6,
62:5, 62:7, 62:20,
63:1, 63:20, 63:22,
63:25, 65:3, 65:8,
66:2, 66:17, 66:19,
69:6, 70:6, 71:1,
71:11, 71:14
**IMPORTANT** [1] - 15:8
**IMPOSE** [1] - 11:11
**IN** [158] - 2:12, 2:24,
3:5, 4:5, 4:12, 6:4,
6:22, 7:1, 7:25, 8:7,
8:8, 8:16, 9:20, 10:1,
10:2, 10:4, 10:8,
10:9, 10:10, 11:16,
12:9, 12:10, 12:11,
12:15, 12:23, 13:11,
13:21, 14:3, 14:5,
14:7, 14:15, 14:19,
14:25, 15:13, 15:14,
15:15, 15:16, 15:23,
16:2, 16:11, 16:18,

16:22, 17:17, 18:13,
18:15, 18:16, 18:19,
19:3, 19:22, 20:6,
20:8, 20:12, 20:17,
20:19, 20:23, 21:5,
21:13, 21:19, 21:20,
22:8, 22:10, 22:21,
23:4, 23:19, 24:22,
25:7, 25:15, 27:2,
28:8, 28:9, 28:13,
28:16, 29:7, 29:9,
29:18, 29:22, 30:4,
30:13, 31:2, 31:16,
31:25, 32:6, 32:15,
32:18, 33:4, 33:7,
33:12, 34:15, 34:17,
35:7, 35:13, 35:24,
36:1, 36:3, 36:9,
36:11, 36:12, 36:15,
37:1, 37:24, 39:11,
39:17, 40:7, 41:18,
43:12, 44:13, 44:19,
45:1, 45:3, 45:13,
46:18, 46:19, 46:21,
46:22, 46:23, 47:3,
47:4, 47:6, 47:11,
47:17, 47:24, 48:2,
48:11, 48:21, 49:6,
50:1, 51:25, 52:14,
54:19, 55:8, 55:9,
55:19, 58:8, 58:13,
58:20, 61:8, 61:17,
61:20, 61:23, 62:9,
62:13, 63:13, 63:19,
64:12, 64:16, 66:13,
68:22, 69:4, 70:22,
71:3, 72:6, 73:4,
73:16
**IN-HOUSE** [1] - 25:7
**INC** [4] - 1:6, 4:12, 5:1,
9:18
**INCLUDING** [1] -
68:16
**INCORPORATED** [1] -
25:17
**INDICATED** [1] - 70:5
**INDIVIDUAL** [1] -
31:19
**INDIVIDUALLY** [1] -
3:7
**INDUSTRIES** [4] - 1:7,
4:13, 9:16, 32:2
**INDUSTRY** [1] - 36:9
**INFLUENCE** [6] -
15:12, 38:14, 42:22,
64:16, 65:3, 68:15
**INFLUENCED** [1] -
68:18
**INFORMATION** [1] -
8:2

**INQUIRE** [1] - 16:19
**INQUIRIES** [1] - 42:22
**INSTANCE** [2] - 5:1,
29:6
**INSTRUCTION** [3] -
25:18, 26:1, 43:7
**INSTRUCTIONS** [3] -
62:19, 73:3, 73:11
**INTEGRATED** [3] -
4:3, 5:13, 5:17
**INTEGRATION** [1] -
5:18
**INTEND** [1] - 23:14
**INTENDED** [1] - 19:12
**INTERESTED** [1] -
41:8
**INTERESTING** [2] -
30:16, 62:2
**INTERESTINGLY** [1] -
51:19
**INTERROGATORIES**
[1] - 25:24
**INTO** [4] - 3:1, 25:17,
41:2, 46:25
**INTRODUCE** [1] - 25:7
**INTRODUCED** [1] -
25:10
**INVESTING** [1] - 61:5
**INVOLVED** [4] - 35:23,
47:6, 47:24, 48:2
**INVOLVEMENT** [2] -
34:25, 35:11
**INVOLVING** [1] -
40:20
**IS** [184] - 2:24, 3:15,
3:16, 3:23, 4:6, 4:12,
4:13, 4:20, 4:21, 5:3,
5:5, 5:11, 5:13, 5:16,
5:20, 5:24, 5:25, 6:8,
6:11, 6:13, 7:7, 7:9,
7:11, 7:14, 7:24,
8:14, 8:17, 9:5, 9:8,
9:12, 9:13, 9:15,
9:16, 9:17, 9:19,
9:20, 9:22, 10:20,
11:9, 11:10, 11:16,
11:18, 11:19, 12:13,
12:24, 13:8, 13:9,
13:10, 14:23, 15:9,
15:10, 15:12, 15:13,
16:19, 16:25, 17:8,
17:11, 17:18, 18:17,
19:24, 20:21, 21:18,
21:19, 22:1, 22:2,
22:8, 22:9, 22:12,
22:14, 22:18, 23:6,
24:7, 24:8, 24:12,
24:14, 24:16, 26:4,
26:21, 26:24, 26:25,
27:4, 27:22, 27:25,

29:3, 30:3, 30:6,
31:22, 32:2, 32:3,
32:23, 33:15, 33:17,
35:16, 36:8, 36:19,
36:20, 36:25, 40:2,
40:5, 40:9, 40:12,
40:20, 41:1, 41:23,
42:5, 43:18, 43:20,
44:12, 44:14, 45:18,
48:15, 49:12, 49:19,
49:20, 49:22, 49:25,
50:2, 50:13, 51:5,
51:17, 51:21, 51:22,
53:7, 53:8, 53:11,
53:17, 55:7, 55:12,
56:6, 56:10, 57:1,
60:5, 60:6, 60:7,
60:19, 60:22, 60:24,
61:21, 61:22, 62:6,
63:22, 64:8, 64:12,
64:17, 64:24, 65:2,
65:25, 66:20, 67:6,
67:7, 67:17, 67:23,
67:24, 68:14, 68:16,
68:19, 68:21, 69:3,
69:5, 69:12, 69:18,
70:3, 70:9, 70:12,
70:14, 70:20, 70:21,
71:9, 71:22, 71:23,
72:5, 72:10, 73:15
**ISN'T** [3] - 6:3, 9:6,
64:22
**ISRAEL** [21] - 8:18,
9:20, 12:14, 14:6,
14:25, 15:16, 16:2,
17:18, 18:19, 22:8,
22:10, 22:21, 23:3,
23:4, 51:17, 51:22,
53:9, 53:11, 53:18,
69:4
**ISRAELI** [15] - 8:25,
9:1, 9:2, 10:18,
10:21, 10:22, 11:12,
12:16, 12:25, 14:11,
14:18, 16:20, 17:11,
18:8, 68:16
**ISRAELI-U.S** [1] -
14:18
**ISRAELIS** [4] - 14:1,
14:10, 14:11, 17:2
**ISSUE** [19] - 4:14, 5:3,
11:22, 16:24, 17:2,
17:9, 19:19, 20:24,
21:15, 21:18, 26:2,
37:12, 39:18, 42:5,
54:5, 55:9, 61:21,
63:3, 71:6
**ISSUES** [8] - 15:22,
20:15, 20:17, 28:21,
50:14, 50:16, 53:5,

67:18
IT [117] - 3:3, 3:19, 3:22, 3:23, 4:21, 5:14, 5:22, 5:24, 5:25, 6:2, 6:3, 7:6, 7:14, 7:19, 8:6, 8:24, 9:1, 10:9, 10:10, 10:20, 10:23, 11:5, 11:6, 11:16, 12:2, 12:10, 13:2, 13:16, 13:18, 13:22, 15:18, 16:3, 16:9, 16:13, 16:19, 16:25, 17:20, 18:1, 18:5, 19:24, 20:3, 20:20, 21:2, 22:1, 22:2, 25:14, 26:6, 26:9, 26:21, 26:24, 27:18, 28:1, 28:2, 28:18, 28:20, 30:6, 30:14, 31:24, 31:25, 32:5, 32:16, 32:24, 33:19, 34:16, 34:17, 34:23, 39:12, 40:4, 40:7, 40:12, 41:20, 45:22, 46:24, 49:20, 50:7, 50:10, 50:15, 51:20, 51:21, 52:8, 52:17, 52:18, 52:19, 52:23, 54:9, 54:10, 55:4, 55:5, 55:12, 55:15, 59:3, 59:25, 61:25, 62:2, 62:6, 62:20, 63:8, 63:10, 64:17, 64:22, 65:23, 69:4, 69:16, 69:18, 69:19, 71:8, 71:22, 72:9, 73:4
IT'S [43] - 3:24, 4:5, 5:9, 6:1, 7:8, 7:15, 8:1, 8:16, 9:2, 10:17, 11:15, 13:2, 15:25, 17:11, 18:8, 21:3, 21:4, 24:5, 25:17, 30:16, 31:11, 31:12, 32:4, 36:11, 36:14, 36:20, 41:8, 44:18, 45:16, 45:23, 45:24, 51:23, 52:20, 55:15, 55:16, 57:11, 62:4, 64:19, 64:21, 71:10
ITS [1] - 12:13
ITSELF [1] - 42:18
IVY [1] - 61:15

**J**

J&J [6] - 36:12, 36:13, 36:17, 36:25, 37:15, 38:7
JASON [1] - 72:12
JEFFREY [1] - 72:14

JENNIFER [1] - 1:19
JEWISH [4] - 17:2, 18:3, 18:19, 18:20
JOB [14] - 31:12, 31:14, 31:16, 32:15, 37:25, 44:22, 44:24, 47:17, 52:14, 55:19, 58:17, 61:14, 69:16
JOIN [1] - 24:6
JOINT [6] - 3:14, 3:17, 6:13, 8:15, 12:11, 12:22
JOINTLY [1] - 5:2
JUDGE [6] - 1:12, 13:8, 23:10, 60:22, 65:25, 72:2
JUDGE'S [2] - 38:5, 45:13
JUDGMENT [7] - 5:4, 8:5, 12:17, 12:18, 26:4, 62:17
JULY [1] - 20:19
JUROR [25] - 14:8, 30:24, 33:9, 35:5, 39:20, 44:7, 46:15, 48:21, 48:25, 51:8, 54:12, 57:7, 60:2, 60:21, 60:25, 65:18, 65:20, 72:12, 72:13, 72:14, 72:15, 72:16, 72:17
JURORS [7] - 23:22, 62:20, 63:1, 63:2, 71:16, 72:25, 73:8
JURY [19] - 1:13, 6:8, 6:9, 6:10, 7:23, 11:6, 12:6, 13:3, 13:9, 23:13, 24:6, 24:9, 25:10, 27:5, 27:23, 50:6, 71:18, 72:2, 73:10
JUST [24] - 4:18, 8:1, 8:16, 12:4, 12:7, 12:10, 13:18, 16:17, 19:18, 21:24, 24:6, 25:14, 27:18, 28:11, 32:25, 37:23, 39:10, 40:15, 42:18, 43:5, 52:3, 63:11, 67:12, 71:21

**K**

KAFRE [1] - 22:24
KANSAS [2] - 61:23, 64:12
KEARNEY [1] - 1:12
KEEP [2] - 20:22, 34:10
KENNEY [1] - 72:14

KEPT [1] - 70:9
KEVIN [2] - 1:16, 2:17
KIND [6] - 13:20, 14:17, 39:4, 40:8, 42:5, 49:19, 54:25, 57:21
KINDS [3] - 42:21, 47:12, 53:5
KLAMATH [2] - 28:13, 28:16
KNEW [5] - 21:5, 28:20, 30:12, 34:12, 57:2
KNOW [56] - 4:19, 5:1, 6:14, 10:15, 10:19, 11:23, 12:1, 12:23, 15:1, 18:18, 22:15, 23:16, 23:17, 23:22, 23:23, 24:5, 28:17, 31:10, 32:5, 33:2, 33:8, 33:14, 33:15, 33:16, 33:17, 35:10, 35:12, 35:20, 36:20, 39:1, 39:13, 40:15, 41:13, 42:24, 44:20, 45:5, 45:8, 45:22, 49:7, 49:12, 52:21, 54:18, 57:2, 57:17, 57:20, 58:3, 60:9, 62:18, 62:24, 62:25, 65:5, 67:5, 67:22, 71:22
KNOWS [2] - 34:24, 66:12

**L**

LABIANCA [1] - 72:17
LADIES [2] - 72:4, 72:21
LAID [1] - 54:24
LANGUAGE [2] - 15:10, 25:25
LARGE [1] - 61:17
LARRY [8] - 1:19, 2:22, 30:2, 43:24, 46:3, 51:3, 54:2, 56:24
LAST [1] - 59:10
LAURA [3] - 1:16, 2:9, 25:13
LAW [12] - 1:15, 2:9, 7:20, 10:21, 13:1, 26:5, 26:7, 26:12, 43:4, 43:5, 43:7, 50:19
LAWSUIT [6] - 29:25, 32:18, 46:9, 47:24, 48:2, 48:8
LAWSUITS [1] - 32:5

LAWYERS [3] - 13:23, 19:13, 45:8
LEADERS [1] - 47:1
LEADS [1] - 62:10
LEAGUE [1] - 61:15
LEAST [2] - 12:5, 37:3
LEAVE [3] - 41:5, 42:4, 60:13
LEAVES [1] - 71:16
LEE [2] - 1:18, 2:22
LEFT [3] - 3:10, 32:25, 37:25
LEGAL [1] - 63:5
LET [7] - 2:23, 14:20, 21:23, 25:12, 32:16, 70:11, 71:19
LET'S [6] - 8:23, 8:24, 46:14, 54:6, 59:23, 66:20
LETTERHEAD [1] - 13:8
LETTING [1] - 45:5
LIABILITY [2] - 11:11, 12:22
LIKE [31] - 4:25, 12:13, 13:25, 21:13, 29:3, 29:6, 29:11, 29:20, 30:4, 31:13, 31:14, 31:25, 32:20, 33:15, 33:17, 34:3, 34:10, 37:5, 38:21, 39:13, 41:6, 43:14, 49:20, 51:25, 52:2, 52:10, 52:15, 60:14, 63:12, 63:22, 69:15
LIKED [1] - 29:21
LIMINE [4] - 15:20, 15:21, 19:3, 20:6
LIMITED [1] - 1:7
LINES [2] - 17:11, 67:19
LIST [2] - 24:5, 24:11
LISTEN [8] - 43:6, 44:17, 62:14, 62:16, 67:17, 68:17, 68:23, 71:7
LITTLE [4] - 32:6, 35:23, 37:3, 52:22
LIVE [2] - 18:16, 40:10
LIVED [2] - 33:7, 71:6
LIVES [2] - 22:10, 49:25
LIVING [2] - 14:24, 17:17
LLC [1] - 1:15
LOCUST [1] - 1:17
LONG [14] - 3:5, 12:20, 23:16, 23:17, 23:22, 32:13, 41:4, 42:6, 53:2, 55:2,

55:16, 57:25, 62:4, 71:23
LONG-TERM [1] - 62:4
LONGER [2] - 22:9, 22:22
LOOK [1] - 11:25
LOOKED [2] - 3:22, 33:7
LOOKS [1] - 12:13
LOT [10] - 31:10, 31:22, 32:3, 33:3, 33:17, 44:21, 45:17, 54:17, 61:5, 62:22
LOTS [1] - 35:12
LOVES [1] - 24:9
LTD [7] - 4:13, 6:11, 6:14, 9:16, 9:22, 9:25, 10:13
LYNN [2] - 1:22, 73:22

**M**

MA'AM [7] - 31:2, 33:24, 49:2, 56:14, 57:9, 61:2, 65:13
MADAM [2] - 72:5, 72:25, 73:5
MADE [9] - 13:23, 16:14, 16:17, 34:17, 37:12, 37:18, 43:5, 62:17, 66:6
MAKE [9] - 2:15, 18:3, 18:18, 18:21, 21:1, 35:16, 37:19, 50:15, 68:23
MAKER [3] - 9:13, 9:17, 10:1
MAKING [2] - 12:18, 47:1
MALE [1] - 52:20
MANAGED [2] - 31:20, 46:24
MANAGEMENT [2] - 57:18, 61:22
MANAGER [1] - 35:25
MANAGERIAL [3] - 21:8, 21:10, 21:11
MANAGING [3] - 46:19, 46:22, 47:11
MANNER [1] - 36:4
MANY [4] - 20:12, 35:14, 61:18
MARK [1] - 1:12
MARKET [2] - 1:20, 1:24
MARSHAL [1] - 56:16
MARY [1] - 72:17
MATERIAL [1] - 6:20
MATTER [3] - 23:22,

72:9, 73:17
MATTIACCI [101] -
1:15, 1:16, 2:8, 2:9,
3:16, 3:20, 3:24, 4:2,
4:8, 4:11, 4:24, 5:8,
5:12, 5:23, 6:1, 6:7,
6:17, 7:4, 7:6, 7:22,
7:25, 8:6, 8:11, 8:15,
8:22, 9:4, 9:7, 9:11,
9:21, 9:24, 10:3,
10:7, 10:12, 16:11,
16:16, 16:25, 17:5,
17:13, 18:1, 18:5,
18:8, 18:11, 18:22,
19:7, 19:18, 19:24,
19:25, 20:1, 20:2,
20:5, 20:11, 21:1,
21:7, 21:11, 21:16,
21:21, 24:4, 24:10,
24:14, 24:18, 25:16,
25:21, 25:25, 26:6,
26:9, 26:16, 26:20,
26:23, 27:1, 27:8,
27:11, 27:16, 27:20,
27:24, 29:5, 29:9,
33:11, 34:4, 34:11,
38:2, 39:15, 42:10,
43:21, 45:11, 46:8,
46:11, 47:23, 48:6,
48:16, 50:22, 53:15,
53:25, 54:9, 60:19,
66:1, 66:22, 67:2,
70:16, 70:24
MAY [18] - 5:6, 11:1,
12:9, 12:22, 13:4,
13:7, 14:19, 21:25,
33:25, 34:25, 41:6,
56:7, 56:18, 59:25,
64:16, 67:20, 72:22,
72:24
MAYBE [10] - 7:20,
11:23, 12:25, 13:1,
21:25, 30:15, 33:14,
33:21, 34:16
MCCLOSKEY [2] -
1:22, 73:22
MCDONOUGH [5] -
25:7, 34:22, 54:4,
64:2, 64:3
ME [42] - 2:23, 5:19,
5:21, 9:1, 12:2, 13:8,
14:20, 15:19, 15:23,
19:11, 19:12, 21:23,
25:12, 29:3, 29:11,
30:7, 30:16, 31:13,
32:4, 32:12, 40:22,
40:23, 43:18, 44:21,
45:7, 45:21, 45:24,
49:6, 52:1, 52:2,
52:7, 52:10, 54:19,

54:21, 54:22, 57:4,
61:15, 64:14, 68:13,
69:4, 70:11, 72:20
MEAN [9] - 4:21, 5:14,
9:9, 16:2, 23:22,
42:19, 55:4, 56:12,
61:9
MEANS [1] - 73:6
MEANT [1] - 23:10
MECHANISM [1] -
21:19
MEDICAL [1] - 45:20
MEMBERS [1] - 13:11
MENTION [1] - 23:7
MENTIONED [9] -
22:19, 33:5, 39:25,
40:19, 41:23, 46:18,
50:5, 57:14, 61:24
MID [1] - 20:19
MID-YEAR [1] - 20:19
MIDDLE [1] - 62:13
MIDDLEBROOKS [9]
- 1:4, 2:5, 2:7, 2:10,
2:18, 20:18, 21:13,
36:21, 58:3
MIDDLEBROOKS' [2]
- 33:6, 40:13
MIGHT [3] - 14:14,
41:14, 68:25
MILLION [2] - 35:13,
44:23
MIND [4] - 21:5, 45:4,
57:5, 62:10
MINDFUL [1] - 15:20
MINE [1] - 49:19
MINUTE [1] - 2:13
MINUTES [1] - 13:7
MISSED [1] - 29:19
MISSING [1] - 45:23
MISTAKEN [1] - 68:25
MODEL [1] - 14:3
MOMENT [1] - 21:20
MONDAY [3] - 28:8,
28:14, 28:17
MONEY [1] - 31:23
MONTGOMERY [1] -
57:11
MONTH [2] - 24:23,
42:5
MONTHS [1] - 50:1
MOODS [1] - 41:15
MORE [3] - 21:7,
39:14, 69:10
MORNING [10] - 2:1,
2:2, 2:4, 2:8, 2:11,
2:16, 2:19, 39:24,
60:1
MOST [3] - 17:1,
31:15, 59:10
MOTION [8] - 15:20,

15:21, 16:12, 19:3,
20:6, 69:8, 71:2,
71:12
MOTIONS [1] - 5:3
MOTIVATING [6] -
25:17, 26:1, 26:10,
26:23, 27:9, 27:15
MOVED [1] - 3:4
MR [183] - 2:14, 2:16,
2:19, 2:21, 3:10,
4:16, 6:18, 7:1, 7:5,
7:11, 7:13, 7:15,
7:18, 9:8, 9:9, 9:14,
10:19, 10:23, 11:1,
11:5, 11:8, 11:13,
11:21, 13:6, 13:13,
13:16, 13:20, 14:17,
14:22, 15:2, 15:5,
16:8, 17:21, 18:25,
19:2, 19:11, 19:17,
20:13, 20:16, 20:18,
20:20, 20:23, 21:2,
21:4, 21:13, 21:14,
22:1, 22:3, 22:5,
22:9, 22:12, 22:16,
22:20, 22:22, 22:24,
23:2, 23:4, 23:6,
23:12, 23:15, 23:18,
24:5, 24:22, 24:24,
25:2, 25:6, 25:11,
28:2, 28:5, 28:9,
28:11, 28:15, 28:19,
29:12, 29:15, 29:18,
30:6, 30:11, 30:12,
30:17, 30:19, 33:6,
33:23, 34:7, 34:14,
34:20, 34:22, 34:23,
35:2, 36:6, 36:17,
36:21, 38:4, 38:18,
38:23, 38:25, 39:1,
39:5, 39:11, 39:16,
40:13, 42:12, 43:9,
43:15, 43:19, 43:22,
44:1, 44:4, 45:12,
45:19, 45:25, 46:1,
46:4, 46:6, 46:12,
48:12, 48:20, 48:22,
50:23, 50:24, 51:2,
51:5, 53:16, 53:22,
54:3, 54:4, 54:6,
54:10, 55:25, 56:2,
56:15, 56:17, 56:20,
56:25, 57:5, 58:3,
59:1, 59:2, 59:18,
59:21, 59:25, 60:20,
63:18, 64:2, 64:3,
64:9, 64:20, 64:23,
65:1, 65:12, 65:18,
65:22, 66:5, 66:10,
66:14, 66:16, 66:18,
67:3, 67:5, 67:10,

67:12, 67:16, 67:22,
68:1, 68:4, 68:7,
68:9, 68:12, 68:14,
68:20, 69:2, 69:9,
69:10, 69:13, 69:21,
69:23, 70:1, 70:2,
70:8, 70:14, 70:23,
71:21
MS [94] - 2:8, 3:16,
3:20, 3:24, 4:2, 4:8,
4:11, 4:24, 5:8, 5:12,
5:23, 6:1, 6:7, 6:17,
7:4, 7:6, 7:22, 7:25,
8:6, 8:11, 8:15, 8:22,
9:4, 9:7, 9:11, 9:21,
9:24, 10:3, 10:7,
10:12, 16:11, 16:16,
16:25, 17:5, 17:13,
18:1, 18:5, 18:8,
18:11, 18:22, 19:7,
19:18, 19:25, 20:2,
20:5, 20:11, 21:1,
21:7, 21:11, 21:16,
21:21, 24:4, 24:10,
24:14, 24:18, 25:16,
25:21, 25:25, 26:6,
26:9, 26:16, 26:20,
26:23, 27:1, 27:8,
27:11, 27:16, 27:20,
27:24, 29:5, 29:9,
33:11, 34:4, 34:11,
38:2, 39:15, 42:10,
43:21, 45:11, 46:8,
46:11, 47:23, 48:6,
48:16, 50:22, 53:15,
53:25, 54:9, 60:19,
66:1, 66:22, 67:2,
70:16, 70:24
MUCH [10] - 3:1, 3:3,
4:18, 32:3, 45:23,
48:14, 53:23, 59:16,
69:5, 71:7
MUSLIM [3] - 18:15,
18:17, 18:18
MUST [1] - 50:8
MY [41] - 3:5, 5:5, 5:6,
8:21, 11:9, 11:10,
13:16, 21:5, 22:25,
27:4, 31:11, 32:1,
36:13, 36:19, 36:20,
40:3, 40:5, 40:24,
41:2, 45:4, 47:5,
49:6, 54:25, 56:22,
57:18, 57:19, 58:1,
58:13, 60:14, 61:8,
61:10, 61:11, 61:18,
61:21, 62:9, 62:20,
63:6, 65:2, 65:6,
66:6, 71:9

N

NAME [10] - 19:20,
19:21, 19:23, 22:12,
23:9, 23:11, 24:11,
33:6, 61:24, 72:8
NAMED [1] - 9:16
NAMES [5] - 21:24,
23:1, 23:8, 23:24,
33:5
NATIONAL [3] - 37:8,
41:9, 64:24
NATIONALISM [1] -
18:9
NATIONALIST [3] -
53:17, 68:14, 69:3
NATIONALISTIC [2] -
51:15, 52:22
NATURE [3] - 20:15,
29:11, 41:5
NEBULOUS [1] -
61:19
NEED [6] - 13:25,
14:7, 26:14, 26:18,
44:17, 51:11
NEGATIVE [1] - 68:15
NEGATIVELY [1] -
68:18
NEITHER [1] - 12:4
NEVER [4] - 10:20,
11:21, 48:22, 70:10
NEW [2] - 37:25, 53:6
NEXT [11] - 34:2, 34:9,
34:10, 38:21, 43:13,
43:15, 43:20, 44:25,
54:24, 66:21, 71:18
NINE [6] - 46:3, 46:5,
46:13, 46:14, 46:15,
47:22
NIR [5] - 4:6, 8:18,
20:8, 23:15
NO [86] - 1:4, 3:14,
8:9, 8:17, 9:21, 11:2,
16:8, 19:13, 20:3,
20:23, 21:3, 21:5,
22:9, 22:22, 23:2,
23:12, 24:2, 24:3,
25:14, 25:25, 26:10,
26:19, 27:8, 27:13,
29:9, 29:25, 32:19,
32:21, 33:7, 33:23,
34:7, 34:22, 35:19,
35:22, 37:23, 38:2,
38:17, 40:11, 40:15,
41:13, 42:10, 45:11,
46:1, 46:4, 47:10,
47:11, 47:13, 47:16,
47:20, 48:9, 48:12,
49:11, 49:14, 49:24,
50:1, 50:4, 50:17,

50:22, 52:10, 52:24, 53:15, 53:19, 53:22, 55:20, 55:22, 57:24, 58:4, 58:7, 58:10, 58:13, 58:21, 58:24, 59:1, 60:16, 60:19, 61:15, 61:25, 62:18, 67:3, 67:12, 68:7, 69:5

**NOBODY** [2] - 12:15, 15:13

**NON** [2] - 5:7, 20:15

**NON-EMPLOYER** [1] - 5:7

**NON-RESPONSIVENESS** [1] - 20:15

**NONRESPONSIVE** [1] - 20:14

**NOR** [2] - 15:23, 41:9

**NORMALLY** [2] - 4:24, 7:6

**NORRISTOWN** [1] - 43:3

**NOT** [91] - 4:2, 4:5, 4:16, 4:20, 5:9, 5:11, 5:16, 5:17, 5:18, 7:7, 7:9, 7:14, 7:19, 8:17, 9:2, 9:13, 9:17, 12:12, 12:18, 12:24, 13:1, 15:10, 15:11, 15:16, 15:17, 15:22, 15:23, 16:13, 17:3, 17:5, 17:7, 17:11, 18:20, 20:21, 21:3, 21:4, 21:5, 21:20, 23:7, 24:16, 24:22, 25:6, 26:12, 27:6, 27:14, 28:6, 28:18, 29:4, 31:12, 32:8, 32:15, 36:5, 36:9, 37:7, 38:24, 40:9, 41:9, 41:13, 41:20, 43:17, 47:8, 48:8, 49:6, 49:20, 51:20, 53:3, 53:6, 55:4, 56:16, 56:21, 59:4, 60:12, 60:13, 60:15, 62:4, 63:9, 63:15, 64:19, 65:9, 66:1, 66:23, 67:8, 67:17, 68:16, 69:10, 71:8, 71:10, 71:11

**NOTES** [3] - 54:17, 56:22, 66:6

**NOTHING** [8] - 17:12, 18:5, 30:11, 38:18, 44:4, 55:25, 58:14, 70:4

**NOVEMBER** [1] - 1:11

**NOW** [14] - 3:2, 3:9, 11:10, 12:12, 12:17, 17:16, 18:14, 30:1, 35:12, 44:24, 47:10, 47:19, 50:3, 60:14

**NUMBER** [34] - 27:4, 29:16, 30:6, 30:7, 30:24, 33:10, 34:6, 34:11, 35:4, 35:5, 39:9, 39:20, 44:7, 46:14, 46:15, 48:24, 48:25, 51:7, 51:8, 54:12, 57:7, 60:2, 60:25, 65:18, 65:21, 66:22, 67:4, 67:6, 67:9, 70:25, 71:1, 71:9, 71:12, 71:13

---

# O

**OATH** [1] - 72:25

**OBJECTION** [1] - 67:3

**OBSERVED** [2] - 56:8, 56:9

**OBVIOUS** [3] - 51:4, 51:5, 51:6

**OBVIOUSLY** [4] - 30:16, 55:6, 68:1, 70:2

**OCCASIONS** [1] - 34:17

**OCCURRED** [1] - 10:8

**OCCURS** [2] - 28:25, 29:1

**OCTOBER** [1] - 20:20

**OF** [155] - 1:2, 2:5, 2:7, 2:12, 2:17, 2:20, 3:1, 3:6, 3:12, 3:23, 4:7, 4:9, 4:18, 5:12, 6:11, 6:15, 6:18, 6:20, 6:24, 7:1, 7:3, 7:16, 8:2, 8:18, 8:19, 9:15, 9:18, 9:24, 10:12, 11:22, 11:23, 12:6, 12:12, 12:13, 13:11, 13:20, 13:23, 14:4, 14:6, 14:17, 14:18, 15:8, 15:16, 15:20, 16:18, 17:1, 17:2, 17:11, 18:23, 19:22, 20:8, 20:14, 21:2, 21:4, 21:5, 21:7, 21:9, 22:14, 23:1, 25:24, 27:2, 28:6, 29:10, 31:10, 31:18, 31:22, 32:3, 32:4, 32:14, 33:4, 33:12, 33:14, 33:17, 34:6, 35:12, 35:20, 36:2, 37:5, 37:15, 37:20, 37:21, 38:9, 39:4, 40:8, 41:5, 42:5, 42:21, 42:25, 44:13, 44:19, 45:1, 45:2, 45:14, 45:17, 45:18, 45:20, 46:8, 46:18, 47:12, 47:15, 47:21, 49:7, 49:9, 49:16, 49:19, 51:20, 51:21, 52:2, 52:5, 52:7, 52:12, 52:19, 52:22, 53:4, 53:5, 53:8, 53:11, 54:17, 54:25, 55:9, 55:11, 56:4, 57:21, 58:19, 58:22, 61:5, 61:12, 61:13, 61:18, 62:22, 62:25, 63:1, 63:5, 63:10, 63:19, 63:23, 65:6, 66:8, 66:23, 66:25, 67:6, 67:19, 68:25, 69:15, 70:20, 72:6, 72:19, 73:16

**OFF** [11] - 3:11, 13:13, 25:5, 28:25, 42:25, 51:12, 54:24, 55:22, 67:23, 67:24, 72:2

**OFFICE** [6] - 11:16, 41:2, 46:23, 46:24, 47:14, 61:10

**OFFICIAL** [2] - 1:23, 73:21

**OFFICIALLY** [1] - 41:13

**OH** [3] - 22:20, 23:10, 24:18

**OKAY** [65] - 6:12, 10:14, 11:20, 12:2, 12:7, 13:3, 13:13, 14:22, 15:5, 17:13, 17:14, 18:11, 19:15, 20:1, 20:2, 20:25, 21:7, 21:11, 21:16, 21:21, 21:23, 22:7, 22:11, 22:13, 22:23, 23:3, 23:5, 23:8, 24:3, 24:20, 25:3, 27:17, 27:20, 28:4, 28:23, 33:24, 34:1, 34:4, 34:19, 35:4, 37:21, 38:9, 38:18, 40:12, 42:18, 43:1, 44:6, 46:5, 48:5, 48:19, 49:9, 49:25, 50:8, 50:12, 52:11, 53:4, 53:7, 53:24, 55:7, 56:13, 56:23, 58:3, 58:22, 63:7, 64:1

**OLD** [4] - 32:4, 42:5,

43:11, 60:4

**OLDER** [1] - 56:11

**OLDEST** [1] - 32:14

**ON** [73] - 2:11, 2:17, 2:20, 3:11, 8:13, 9:23, 10:15, 10:16, 13:8, 15:21, 16:6, 18:13, 21:13, 24:5, 24:20, 24:24, 25:14, 25:24, 26:9, 26:23, 26:25, 28:1, 28:6, 28:8, 28:13, 28:16, 29:6, 30:3, 30:5, 30:22, 30:25, 31:2, 31:4, 31:7, 31:24, 34:5, 34:13, 35:7, 36:2, 37:4, 37:24, 39:2, 40:6, 40:16, 41:5, 41:9, 42:4, 44:17, 44:23, 45:4, 45:18, 46:13, 50:5, 50:10, 52:4, 52:8, 55:9, 56:6, 56:7, 57:20, 59:20, 59:22, 62:8, 62:25, 65:15, 68:4, 68:24, 70:3, 70:7, 71:3, 71:6, 71:12, 73:4

**ONCE** [5] - 8:7, 12:9, 30:18, 34:8, 65:8

**ONE** [26] - 4:4, 5:13, 5:16, 5:20, 5:24, 8:8, 8:16, 19:18, 21:5, 22:14, 24:4, 24:25, 32:14, 34:6, 49:13, 51:12, 53:8, 53:11, 61:15, 62:8, 63:10, 66:8, 66:10, 66:21, 70:8

**ONE'S** [3] - 5:17, 10:18

**ONLY** [6] - 30:19, 33:7, 55:15, 60:22, 62:20, 64:7

**OPENING** [3] - 23:19, 73:2, 73:12

**OPENINGS** [3] - 12:10, 27:23, 71:20

**OPERATION** [1] - 6:15

**OPINION** [1] - 31:11

**OPPOSED** [5] - 15:2, 21:14, 23:15, 29:15, 70:13

**OPPOSITION** [3] - 65:20, 65:24, 68:10

**OR** [50] - 5:25, 6:9, 9:3, 11:7, 11:22, 14:8, 14:9, 14:11, 14:24, 16:1, 17:1, 17:2, 20:7, 21:19,

22:2, 24:23, 27:16, 29:12, 29:21, 29:22, 31:13, 32:18, 34:12, 34:16, 34:17, 35:17, 36:4, 37:1, 37:8, 38:15, 39:2, 39:9, 40:20, 42:15, 49:10, 49:13, 49:16, 49:20, 50:14, 52:8, 52:19, 54:18, 56:6, 56:7, 57:22, 59:6, 64:5, 70:22

**ORDER** [1] - 30:4

**OREGON** [3] - 28:8, 28:10, 28:12

**ORG** [1] - 27:24

**ORGANIZATION** [1] - 59:6

**ORIENTED** [1] - 54:23

**ORIGIN** [3] - 37:8, 41:9, 64:24

**ORIGINALLY** [1] - 32:14

**OTHER** [24] - 5:14, 13:14, 16:6, 19:6, 19:10, 19:18, 23:9, 23:10, 23:24, 29:18, 30:15, 33:2, 39:13, 44:4, 47:19, 49:13, 51:3, 51:17, 55:19, 56:7, 61:21, 62:6, 62:12, 66:8

**OTHERS** [1] - 69:15

**OTHERWISE** [1] - 49:16

**OUR** [6] - 14:3, 18:23, 25:2, 31:25, 37:23, 64:8

**OURS** [1] - 49:7

**OUT** [14] - 4:3, 8:18, 17:9, 20:17, 20:22, 30:16, 32:16, 40:4, 41:4, 42:4, 51:20, 70:22, 70:23, 72:20

**OUTSIDE** [1] - 57:22

**OVER** [6] - 36:12, 36:13, 40:3, 41:1, 58:8, 71:23

**OWN** [3] - 15:2, 47:5, 69:13

**OWNED** [1] - 46:6

**OWNING** [1] - 48:18

---

# P

**PA** [4] - 1:10, 1:17, 1:20, 1:24

**PACKAGE** [4] - 63:6, 63:11, 63:12

**PAINS** [1] - 20:12

PANEL [3] - 13:11, 17:24, 62:6
PARAGRAPH [4] - 5:21, 6:18, 6:22, 7:2
PARAPHRASING [1] - 14:1
PARENT [4] - 5:25, 6:10, 6:11, 51:23
PART [5] - 31:15, 46:8, 61:12, 61:17, 64:23
PARTNER [2] - 46:21, 46:23
PARTNERSHIP [1] - 47:4
PARTY [2] - 48:8, 59:7
PAY [1] - 45:15
PAYCHECKS [2] - 4:1, 4:2
PEERS [1] - 61:18
PENNSYLVANIA [1] - 1:2
PEOPLE [35] - 8:18, 8:20, 15:16, 17:1, 18:16, 18:18, 18:19, 31:10, 31:14, 31:20, 31:21, 31:25, 32:3, 32:4, 32:5, 32:10, 32:25, 34:12, 34:17, 35:10, 35:12, 35:20, 35:24, 36:2, 36:21, 36:22, 37:24, 46:7, 46:11, 46:25, 49:7, 66:13, 66:14
PER [2] - 32:5, 35:14
PERCEIVE [1] - 17:19
PERCEPTION [1] - 64:15
PERFORM [1] - 70:19
PERFORMANCE [11] - 20:7, 20:24, 21:19, 31:21, 36:2, 37:24, 52:17, 52:18, 61:12, 61:20, 64:21
PERIOD [1] - 61:13
PERSON [14] - 9:13, 34:2, 34:9, 38:21, 43:13, 43:16, 43:20, 43:22, 61:22, 61:23, 64:5, 67:7, 70:21
PERSON'S [1] - 21:9
PERSONAL [7] - 15:3, 24:19, 55:8, 56:6, 69:14, 70:15, 70:19
PERSONALLY [1] - 49:6
PERSONS [1] - 72:5
PHARMA [5] - 33:4, 35:13, 36:1, 36:12, 66:13

PHARMACEUTICAL [6] - 1:6, 2:6, 4:13, 6:11, 31:9, 48:17
PHARMACEUTICALS [8] - 1:6, 4:9, 4:11, 6:12, 8:19, 9:16, 9:18, 58:14
PHILADELPHIA [6] - 1:10, 1:17, 1:20, 1:24, 46:24, 50:11
PHRA [4] - 25:14, 25:24, 26:2, 26:25
PICK [1] - 71:18
PICKING [1] - 13:9
PIERCING [1] - 4:21
PITTSBURGH [1] - 16:22
PLACE [1] - 41:1
PLAINTIFF [21] - 1:15, 2:10, 2:17, 3:13, 6:20, 6:22, 9:9, 9:10, 9:12, 23:21, 29:2, 38:1, 42:8, 47:21, 50:21, 53:13, 55:24, 58:25, 62:10, 63:17, 71:17
PLANS [4] - 41:2, 42:14, 45:2, 59:23
PLEADED [2] - 5:21, 5:22
PLEADING [2] - 6:6, 24:21
PLEASE [5] - 2:3, 23:2, 25:4, 72:9, 73:9
PLEASURABLE [1] - 59:14
PLED [5] - 3:18, 6:2, 6:3, 6:14, 6:22
PLEDGE [1] - 65:8
POINT [3] - 27:4, 37:2, 65:9
POINTED [1] - 70:21
POLICIES [1] - 6:16
POOL [1] - 63:1
POOR [2] - 31:14, 31:21
PORTION [1] - 51:21
POSITIVE [1] - 56:12
POSSIBLY [1] - 49:16
POTENTIALLY [1] - 33:15
PRECLUDE [1] - 20:6
PREDOMINANTLY [1] - 18:17
PREEMPTORY [1] - 70:3
PREGNANT [1] - 42:15
PRELIMINARY [2] -

73:3, 73:11
PREMISE [1] - 69:12
PREPARED [1] - 23:25
PRESENT [1] - 19:12
PRESENTED [1] - 65:9
PRESENTLY [1] - 42:3
PRETRIAL [1] - 13:21
PRETTY [3] - 32:3, 51:5, 60:7
PREVIOUS [1] - 58:13
PRIMARILY [1] - 46:25
PRIMARY [1] - 45:22
PRINCIPAL [3] - 40:24, 41:11, 42:13
PRINCIPLE [1] - 68:19
PRIOR [1] - 64:15
PRIVATE [1] - 40:4
PROBABLY [4] - 4:16, 12:25, 19:5, 41:15, 42:20
PROBLEM [6] - 5:5, 5:6, 10:21, 23:14, 23:20, 68:5
PROCEEDINGS [1] - 73:16
PROCLIVITY [1] - 68:17
PRODUCTS [1] - 57:21
PRONOUNCE [2] - 21:25, 22:2
PRONOUNCING [2] - 19:24, 22:2
PRONUNCIATIONS [2] - 19:21, 19:23
PROPOSED [1] - 14:9
PROSPECTIVE [1] - 60:21
PROVE [1] - 12:10
PROVED [1] - 52:5
PROVIDED [2] - 57:19, 59:8
PUBLIC [1] - 40:5
PULLED [2] - 20:17, 41:2
PUMP [1] - 42:6
PURPOSES [1] - 12:6
PUSHED [1] - 44:25
PUT [6] - 14:19, 15:13, 30:3, 37:23, 62:20, 63:21
PUTS [1] - 15:14

Q

QUALIFIED [1] - 63:22
QUESTION [41] - 3:9,

8:21, 8:24, 11:9, 11:10, 14:8, 14:9, 15:7, 15:8, 15:11, 15:19, 15:25, 17:8, 25:16, 25:20, 26:17, 29:3, 29:10, 30:19, 31:4, 34:10, 34:15, 36:19, 38:5, 39:10, 40:1, 41:7, 42:18, 42:19, 43:18, 43:23, 44:11, 45:14, 55:7, 60:14, 65:2, 67:6, 67:13, 68:21, 68:25, 70:17
QUESTIONED [1] - 66:3
QUESTIONING [1] - 26:15
QUESTIONS [18] - 3:12, 14:4, 16:6, 30:3, 30:5, 33:9, 33:22, 34:6, 45:10, 46:18, 47:21, 48:12, 49:3, 50:21, 51:11, 53:14, 59:1, 60:18

R

RACE [3] - 37:6, 37:7, 37:17
RAISE [7] - 32:1, 32:22, 34:7, 41:8, 43:21, 63:3, 73:9
RAISED [22] - 10:20, 11:2, 15:23, 30:7, 31:5, 35:9, 38:6, 38:24, 39:5, 39:25, 41:7, 43:22, 44:11, 51:12, 52:11, 54:4, 54:7, 54:16, 56:21, 57:14, 61:4, 66:19
RAISING [2] - 42:15, 67:12
RAPPOPORT [126] - 1:19, 2:14, 2:21, 2:22, 3:10, 4:16, 7:11, 7:13, 7:15, 7:18, 9:9, 10:19, 10:23, 11:1, 11:5, 11:8, 11:13, 11:21, 13:6, 13:13, 13:16, 13:20, 14:17, 14:22, 15:2, 15:5, 16:8, 17:21, 18:25, 19:2, 19:11, 19:17, 20:23, 21:14, 22:1, 22:3, 22:5, 22:9, 22:12, 22:16, 22:20, 22:22, 22:24, 23:2, 23:4, 23:6, 23:12, 23:18, 24:24, 25:2, 25:6,

25:11, 28:2, 28:5, 28:9, 28:11, 28:15, 28:19, 29:12, 29:15, 29:18, 30:12, 30:17, 33:23, 34:7, 34:14, 34:20, 34:23, 36:6, 36:17, 38:4, 38:18, 38:25, 39:5, 39:11, 42:12, 43:9, 44:1, 44:4, 45:12, 45:19, 45:25, 46:1, 46:4, 48:12, 48:22, 50:23, 50:24, 51:5, 53:16, 54:3, 54:6, 54:10, 56:2, 56:15, 56:17, 56:25, 57:5, 59:2, 59:21, 59:25, 60:20, 64:9, 64:20, 64:23, 65:1, 65:22, 66:5, 66:16, 67:3, 67:10, 67:16, 68:1, 68:4, 68:7, 68:9, 68:14, 69:2, 69:9, 69:13, 69:23, 70:1, 70:8, 70:14, 70:23, 71:21
RATHER [1] - 17:14
READ [1] - 23:25
READY [2] - 2:24, 3:8
REAL [1] - 10:16
REALITY [1] - 73:5
REALLY [3] - 4:15, 9:2, 19:6
REASON [5] - 18:16, 31:6, 44:13, 44:14, 63:21
REASONS [2] - 61:19, 68:13
RECALL [4] - 11:1, 11:15, 34:16, 66:7
RECEIVE [2] - 20:19, 20:20
RECENT [1] - 59:10
RECENTLY [1] - 19:7
RECOGNIZE [2] - 33:4, 33:6
RECORD [5] - 25:5, 28:25, 39:8, 72:3, 73:16
REDACTIONS [1] - 20:12
REFER [1] - 23:15
REFERENCE [1] - 34:18
REFERRING [2] - 32:23, 41:24
REFLECT [1] - 66:6
REGARD [6] - 11:14, 14:5, 29:19, 38:15, 42:14, 68:15
REGARDING [3] -

14:10, 37:16, 50:16
REGARDS [1] - 16:11
RELATED [3] - 14:5,
20:16, 55:7
RELATES [1] - 10:23
RELATIONS [1] -
16:21
RELATIONSHIP [5] -
33:1, 49:4, 49:5,
64:4, 64:5
RELATIONSHIPS [1] -
29:13
RELATIVE [1] - 21:12
RELIGION [7] - 15:21,
16:23, 16:25, 17:2,
17:12, 18:3, 18:17
REMEMBER [1] -
48:23
RENDER [1] - 14:14
REORGANIZATION
[2] - 61:10, 61:13
REPEATEDLY [2] -
69:22, 70:9
REPHRASE [1] -
64:18
REPORTER [2] - 1:23,
73:21
REPUTATION [1] -
21:19
REQUESTS [1] -
20:14
RESEARCH [1] -
57:18
RESEARCHED [1] -
11:22
RESOLUTION [4] -
2:5, 3:6, 37:21,
37:23
RESOLVED [1] - 63:7
RESOURCE [1] -
58:13
RESPONSE [2] - 24:2,
46:18
RESPONSIBLE [1] -
5:15
RESPONSIVENESS
[1] - 20:15
RETALIATED [2] -
41:11, 41:18
RETALIATION [2] -
5:10, 42:1, 64:25
RETIRE [1] - 32:16
RETIRED [2] - 59:10,
59:12
RETURNS [1] - 7:18
REVIEW [1] - 20:19
RID [2] - 32:4, 52:2
RIGHT [41] - 5:18,
5:23, 6:17, 8:24,
11:4, 11:8, 12:8,

12:12, 12:14, 13:3,
13:18, 13:19, 14:16,
15:6, 16:9, 17:23,
18:14, 19:16, 20:4,
20:10, 21:23, 22:7,
24:15, 25:1, 26:15,
27:10, 27:16, 27:17,
28:21, 32:25, 33:18,
43:13, 44:24, 47:10,
55:5, 57:13, 60:17,
62:13, 65:11, 73:9
RISE [1] - 73:9
ROBERT [1] - 72:13
ROLE [6] - 13:23,
32:6, 46:19, 47:11,
47:17, 58:11
RONI [2] - 22:23,
22:24
ROWS [2] - 13:12,
72:6
RPR [2] - 1:22, 73:22
RULE [2] - 10:14,
12:19
RUN [4] - 19:20,
19:21, 19:23, 21:23
RUNNING [1] - 47:14

S

SAID [32] - 4:18,
13:24, 14:10, 19:13,
23:10, 27:13, 29:25,
30:20, 32:24, 34:11,
34:14, 35:2, 39:11,
39:15, 47:18, 47:24,
48:20, 52:21, 64:4,
65:7, 66:1, 66:18,
66:22, 66:23, 69:13,
70:4, 70:13, 70:18,
70:25, 71:1, 71:4,
71:6
SAME [14] - 5:18,
5:19, 5:20, 8:8, 8:16,
11:18, 19:4, 26:8,
26:11, 26:17, 27:2,
32:2, 52:14, 54:25
SANDWICH [2] -
71:19, 73:1
SATISFIED [1] - 63:9
SAW [7] - 3:14, 5:22,
12:13, 12:14, 12:15,
25:13, 41:8
SAY [28] - 6:14, 12:7,
12:10, 17:10, 17:18,
17:19, 23:12, 23:13,
26:10, 26:19, 26:20,
27:8, 29:21, 31:12,
31:25, 32:4, 32:5,
36:11, 36:20, 40:9,
43:19, 50:18, 62:21,

65:24, 65:25, 70:23,
70:24, 71:10
SAYING [7] - 4:17,
7:21, 8:17, 14:21,
14:23, 66:17, 70:9
SAYS [2] - 15:14,
17:17
SCHOOL [2] - 41:18,
43:2
SCOPE [1] - 27:7
SCREAM [1] - 70:18
SE [1] - 32:5
SEARCH [1] - 69:17
SEATED [6] - 2:3,
13:5, 33:25, 72:6,
72:7, 72:24
SEATS [1] - 25:3
SECOND [4] - 6:19,
15:11, 70:8, 72:13
SEE [5] - 3:23, 4:15,
10:14, 59:23, 66:14
SEEMED [1] - 71:7
SEEMS [2] - 68:16,
69:4
SEEN [5] - 8:8, 31:16,
56:7, 61:17, 73:4
SELECTED [2] -
62:24, 63:25
SELECTION [2] -
24:6, 24:9
SEM [1] - 16:14
SEMITIC [3] - 16:15,
16:16, 17:20
SEMITISM [1] - 15:22
SENIOR [2] - 57:18,
61:22
SENSE [2] - 12:11,
52:12
SENTENCING [3] -
13:14, 13:16, 16:10
SEPARATE [15] - 4:5,
5:20, 7:8, 7:10, 7:11,
7:15, 7:16, 7:18,
7:19, 12:21, 25:20,
25:23, 26:14, 73:13
SEPARATED [1] -
69:15
SEPARATION [1] -
69:14
SERIATIM [1] - 30:2
SERVE [1] - 50:5
SERVED [1] - 61:11
SERVICES [2] - 5:2,
12:24
SET [2] - 25:24, 55:9
SETTLEMENTS [1] -
63:10
SEVEN [1] - 44:20
SEVENTH [1] - 72:16
SEVERAL [1] - 31:21

SEVERANCE [1] -
63:12
SHE [76] - 22:8, 22:9,
22:10, 24:16, 30:12,
30:19, 30:20, 38:24,
38:25, 39:4, 39:5,
39:11, 39:15, 39:16,
41:1, 41:3, 41:14,
41:16, 49:19, 49:20,
49:22, 49:25, 50:2,
56:21, 57:1, 59:24,
60:5, 60:6, 60:7,
60:19, 60:20, 60:21,
64:7, 64:12, 66:1,
66:2, 66:5, 66:10,
66:12, 66:18, 66:19,
67:23, 69:10, 69:14,
69:17, 69:18, 69:21,
69:23, 70:4, 70:5,
70:6, 70:9, 70:12,
70:16, 70:18, 70:19,
70:25, 71:1, 71:4,
71:5, 71:6, 71:9,
71:10, 71:13, 73:7
SHEET [2] - 71:17
SHEMTOV [3] - 22:14,
22:16, 22:18
SHIMRIT [3] - 22:14,
22:16, 22:18
SHOES [1] - 2:24
SHORT [3] - 64:4,
64:5, 64:6
SHORT-TERM [3] -
64:4, 64:5, 64:6
SHORTLY [1] - 13:9
SHOULD [1] - 23:14
SHOW [1] - 12:11
SHOWN [1] - 27:23
SHTROUCHLER [2] -
22:3, 22:4
SIDE [9] - 3:11, 49:13,
62:8, 62:12, 62:25,
65:15, 71:16, 72:10
SIDEBAR [8] - 15:23,
16:3, 17:16, 17:18,
17:20, 29:1, 71:24,
72:1
SIDEWAYS [1] - 18:15
SILENT [1] - 22:5
SIMILAR [6] - 40:8,
61:7, 61:9, 61:18,
63:24, 71:13
SINCE [6] - 16:21,
47:6, 47:8, 53:4,
55:17, 68:22
SIR [4] - 35:7, 38:19,
44:10, 46:17
SIT [2] - 24:13, 24:14
SITTING [1] - 25:8
SITUATION [3] - 4:25,

8:1, 51:25
SIXTH [1] - 72:16
SKILLS [1] - 21:10
SLIP [3] - 4:23, 12:3,
25:14
SO [69] - 2:23, 3:6,
4:14, 5:24, 6:13,
6:22, 8:20, 8:23,
9:13, 11:18, 12:12,
12:17, 12:18, 13:4,
13:9, 13:14, 13:15,
13:18, 13:20, 14:3,
14:13, 15:14, 15:25,
18:20, 19:16, 19:22,
21:24, 23:24, 24:10,
24:12, 25:9, 26:14,
26:25, 27:3, 27:8,
27:17, 28:17, 29:2,
30:3, 30:4, 32:3,
33:12, 35:14, 36:20,
36:24, 38:5, 40:3,
42:5, 42:21, 45:3,
46:4, 49:22, 50:24,
51:11, 52:2, 53:7,
55:6, 55:7, 60:14,
61:6, 62:18, 63:25,
65:15, 66:6, 69:5,
71:15, 73:5
SOME [16] - 14:5,
15:8, 19:20, 19:21,
19:23, 20:15, 29:5,
31:18, 34:25, 42:21,
49:3, 50:14, 51:11,
62:10, 64:16, 73:2
SOMEBODY [13] -
10:4, 15:14, 17:15,
17:16, 21:25, 34:24,
41:18, 47:18, 54:18,
55:10, 57:3, 70:20
SOMEONE [6] - 37:1,
49:22, 49:25, 50:2,
62:6, 63:23
SOMETHING [9] -
12:16, 13:24, 15:12,
17:19, 30:14, 40:20,
53:18, 55:12, 59:25
SOMETIMES [1] -
19:14
SOMEWHAT [1] - 3:11
SORRY [6] - 14:9,
25:21, 48:1, 64:1,
64:20, 70:1
SORT [3] - 17:1,
31:18, 67:6
SOUGHT [1] - 63:5
SOUNDED [1] - 40:8
SPAN [2] - 59:9, 59:10
SPEAK [1] - 15:9
SPEAKS [1] - 72:2
SPECIFICALLY [2] -

29:16, 71:5
**SPEED** [1] - 45:3
**SPENT** [1] - 62:22
**SPLIT** [1] - 47:4
**SPLITTING** [1] - 46:25
**SPOKE** [1] - 28:21
**SPOT** [1] - 30:4
**STANDARDS** [2] - 12:5, 27:1
**STANDPOINT** [1] - 70:12
**START** [5] - 2:23, 3:7, 3:9, 24:21, 54:6
**STARTED** [1] - 47:4
**STARTING** [1] - 30:2
**STATE** [3] - 26:4, 26:7, 50:8
**STATED** [1] - 69:21
**STATEMENT** [2] - 43:5, 66:6
**STATEMENTS** [2] - 73:2, 73:12
**STATES** [10] - 1:1, 4:12, 6:19, 10:2, 10:4, 10:9, 10:11, 12:14, 12:15
**STELLAR** [1] - 61:12
**STEP** [1] - 52:7
**STEPHEN** [3] - 1:4, 2:10, 2:17
**STEVE** [35] - 23:21, 24:5, 30:6, 30:11, 30:19, 35:2, 38:23, 39:1, 39:16, 43:15, 43:19, 43:22, 46:6, 46:12, 48:20, 51:2, 53:22, 55:25, 56:20, 59:1, 59:18, 63:18, 65:12, 65:18, 66:10, 66:14, 66:18, 67:5, 67:12, 67:22, 68:12, 68:20, 69:10, 69:21, 70:2
**STEVENS** [2] - 1:18, 2:22
**STICK** [1] - 57:11
**STILL..** [1] - 32:17
**STIPULATED** [1] - 28:2
**STOP** [1] - 47:3
**STORIES** [2] - 58:5, 58:8
**STREET** [4] - 1:17, 1:20, 1:24, 50:10
**STRESS** [1] - 45:23
**STRICKEN** [1] - 71:15
**STRIKE** [5] - 59:22, 67:4, 67:20, 69:8, 70:3
**STRIKES** [2] - 65:15,

71:16
**STRIKING** [1] - 70:13
**STROKLER** [1] - 22:2
**STRONG** [1] - 16:20
**STROUCHLER** [1] - 22:2
**STRUCK** [5] - 9:1, 12:2, 65:21, 68:6, 68:11
**STUDIES** [2] - 35:14, 35:15
**STUFF** [1] - 45:17
**SUB** [3] - 5:17, 5:25
**SUBMISSIONS** [2] - 44:24, 45:3
**SUBSIDIARY** [1] - 5:20, 7:7, 7:9, 7:11, 9:6
**SUCH** [3] - 15:22, 40:12, 69:14
**SUE** [2] - 49:9, 49:10
**SUFFER** [1] - 15:18
**SUING** [3] - 4:23, 49:20, 49:23
**SUMMARY** [2] - 5:4, 12:17
**SUMMER** [2] - 50:1, 55:22
**SUPERVISOR** [3] - 20:8, 31:18, 52:6
**SUPPORT** [1] - 14:6
**SUPPOSED** [1] - 20:19
**SURE** [9] - 7:14, 7:17, 18:19, 21:1, 32:11, 33:16, 42:19, 47:1, 62:9
**SURGERY** [1] - 45:6
**SURVEYS** [1] - 45:2
**SWEAR** [3] - 71:19, 72:25, 73:5
**SWEARS** [1] - 73:7
**SWORN** [1] - 73:10
**SYMPTOMS** [1] - 45:22

# T

**TABLE** [1] - 25:8
**TAKE** [4] - 54:14, 72:11, 72:19, 73:6
**TAKEN** [2] - 20:11, 28:24
**TALK** [6] - 2:12, 8:23, 13:25, 38:22, 43:14, 51:20
**TALKED** [3] - 35:20, 35:23, 49:15
**TALKING** [6] - 9:1, 13:22, 23:23, 29:7,

60:23, 70:15
**TAX** [1] - 7:18
**TEACH** [1] - 43:2
**TEACHER** [1] - 40:25
**TEAM** [1] - 47:1
**TEAMS** [2] - 41:3, 47:1
**TELL** [15] - 7:23, 8:1, 13:9, 14:20, 23:18, 40:23, 43:18, 45:6, 46:20, 52:1, 54:19, 54:22, 72:7, 73:4, 73:6
**TELLING** [2] - 40:7, 62:23
**TEN** [7] - 36:13, 57:19, 58:1, 59:3, 59:9, 59:10, 61:11
**TEN-YEAR** [2] - 59:9, 59:10
**TENTATIVE** [1] - 39:4
**TERM** [4] - 62:4, 64:4, 64:5, 64:6
**TERMINATE** [1] - 36:2
**TERMINATED** [2] - 35:3, 46:7
**TERMINATING** [2] - 32:10, 35:24
**TERMS** [3] - 16:18, 27:2, 33:12
**TESTIFY** [2] - 48:4, 48:11
**TESTIMONIES** [1] - 44:18
**TESTIMONY** [3] - 20:7, 45:15, 65:8
**TEVA** [56] - 1:6, 1:6, 2:5, 2:13, 2:20, 4:9, 4:11, 4:13, 6:10, 6:11, 6:14, 8:1, 8:19, 9:15, 9:18, 9:22, 9:25, 10:13, 12:4, 12:8, 12:11, 15:9, 22:9, 25:7, 29:13, 30:12, 30:20, 31:10, 33:1, 34:12, 34:24, 35:10, 35:11, 35:16, 35:18, 36:22, 48:17, 49:4, 49:5, 49:10, 49:13, 56:22, 57:2, 57:15, 57:17, 58:5, 58:17, 59:3, 59:4, 59:8, 64:4, 64:6
**TEVAS** [2] - 3:13, 3:15
**THAN** [9] - 13:8, 17:14, 30:15, 33:2, 39:13, 44:4, 51:4, 68:8, 70:12
**THANK** [32] - 3:6, 16:4, 18:22, 21:21, 22:7, 22:13, 27:20,

28:23, 31:2, 33:24, 35:7, 38:19, 39:23, 43:1, 46:2, 46:17, 48:14, 49:2, 51:1, 51:10, 53:20, 53:23, 54:14, 56:13, 56:14, 57:9, 59:16, 61:2, 65:12, 65:13, 72:21
**THANKS** [1] - 44:10
**THAT** [229] - 3:10, 3:12, 4:3, 4:4, 4:6, 4:14, 4:15, 5:5, 5:14, 6:3, 6:5, 6:7, 6:14, 6:19, 6:23, 8:7, 8:8, 8:16, 8:18, 8:20, 9:7, 9:13, 9:19, 10:8, 10:15, 10:17, 11:2, 11:5, 11:15, 11:24, 12:3, 12:9, 12:12, 12:13, 12:23, 13:3, 13:24, 14:18, 15:8, 15:12, 15:16, 16:12, 16:14, 16:17, 16:21, 17:3, 17:8, 17:9, 17:19, 17:21, 17:25, 18:5, 18:6, 18:15, 18:16, 18:17, 18:18, 18:19, 18:21, 19:12, 19:13, 20:14, 20:16, 20:17, 20:22, 21:2, 21:4, 21:5, 21:14, 21:15, 23:13, 23:21, 23:24, 25:4, 25:22, 26:1, 26:19, 27:5, 27:11, 27:22, 27:24, 29:3, 29:4, 30:16, 30:20, 30:21, 31:8, 31:10, 31:14, 31:16, 31:21, 31:22, 32:4, 32:18, 32:23, 33:3, 33:4, 33:18, 34:17, 34:18, 34:23, 35:16, 35:20, 36:8, 37:1, 37:12, 38:7, 38:14, 38:24, 39:2, 39:10, 39:14, 39:16, 40:2, 40:5, 40:7, 40:12, 40:15, 40:20, 40:23, 41:5, 41:6, 41:14, 41:24, 42:7, 42:13, 42:16, 42:21, 43:7, 43:23, 44:4, 44:16, 44:24, 45:5, 45:6, 45:8, 45:13, 45:14, 46:18, 46:20, 47:3, 47:5, 47:6, 48:22, 48:23, 49:7, 49:12, 49:18, 49:25, 50:13, 50:15, 52:1, 52:22, 53:2, 53:18, 54:8, 54:20, 54:22, 55:2,

55:4, 55:9, 55:19, 56:3, 56:6, 56:7, 56:21, 57:21, 57:25, 58:5, 58:11, 58:17, 59:3, 59:8, 59:9, 61:16, 61:19, 61:24, 61:25, 62:14, 62:19, 62:21, 62:23, 62:24, 63:3, 63:7, 63:10, 63:13, 64:14, 64:18, 65:7, 66:2, 66:6, 66:15, 66:17, 66:19, 66:23, 67:8, 67:20, 68:2, 68:17, 68:20, 68:25, 69:4, 69:5, 69:13, 69:14, 69:15, 69:16, 69:19, 70:6, 71:8, 71:9, 71:13, 71:22, 73:6, 73:15
**THAT'S** [45] - 5:21, 6:2, 6:6, 7:1, 7:6, 8:21, 13:18, 14:25, 15:7, 15:17, 15:23, 16:23, 17:23, 19:5, 19:15, 20:2, 20:21, 20:23, 20:24, 21:14, 21:15, 25:1, 25:3, 25:16, 29:25, 31:25, 32:24, 42:3, 42:20, 44:20, 45:4, 45:21, 48:6, 53:19, 55:6, 55:7, 57:2, 57:3, 57:13, 60:14, 64:23, 65:11, 67:19, 70:17
**THE** [625] - 1:15, 1:18, 2:1, 2:3, 2:5, 2:6, 2:9, 2:11, 2:12, 2:17, 2:19, 2:21, 2:23, 2:25, 3:7, 3:9, 3:11, 3:18, 3:22, 4:1, 4:6, 4:7, 4:10, 4:12, 4:13, 4:19, 4:22, 5:3, 5:5, 5:9, 5:12, 5:16, 5:18, 5:19, 5:20, 5:24, 5:25, 6:4, 6:5, 6:8, 6:9, 6:10, 6:11, 6:19, 6:24, 7:3, 7:7, 7:9, 7:14, 7:17, 7:19, 7:23, 7:24, 8:1, 8:2, 8:4, 8:7, 8:8, 8:10, 8:11, 8:13, 8:16, 8:18, 8:21, 8:23, 9:1, 9:5, 9:6, 9:9, 9:10, 9:12, 9:13, 9:14, 9:17, 9:19, 9:22, 9:24, 9:25, 10:1, 10:2, 10:3, 10:4, 10:5, 10:6, 10:7, 10:8, 10:9, 10:10, 10:14, 10:15, 10:16, 10:17, 10:23, 10:25,

11:4, 11:6, 11:7,
11:9, 11:14, 11:16,
11:18, 11:19, 11:20,
11:22, 11:23, 11:25,
12:2, 12:6, 12:13,
12:14, 12:15, 13:3,
13:8, 13:11, 13:14,
13:15, 13:18, 13:21,
13:23, 13:24, 14:5,
14:6, 14:16, 14:18,
14:19, 14:20, 14:23,
15:4, 15:6, 15:7,
15:8, 15:11, 15:20,
15:24, 16:5, 16:9,
16:10, 16:11, 16:13,
16:14, 16:15, 16:23,
17:2, 17:3, 17:4,
17:7, 17:11, 17:14,
17:23, 18:3, 18:4,
18:7, 18:10, 18:12,
18:14, 18:15, 18:23,
19:3, 19:4, 19:6,
19:9, 19:10, 19:15,
19:20, 20:1, 20:3,
20:6, 20:8, 20:10,
20:21, 20:25, 21:3,
21:9, 21:12, 21:17,
21:23, 22:4, 22:5,
22:7, 22:11, 22:13,
22:14, 22:18, 22:21,
22:23, 22:25, 23:1,
23:3, 23:5, 23:7,
23:8, 23:9, 23:10,
23:13, 23:16, 23:17,
23:19, 23:20, 23:21,
23:22, 24:3, 24:5,
24:7, 24:8, 24:11,
24:12, 24:16, 24:20,
24:22, 24:24, 25:1,
25:4, 25:5, 25:9,
25:10, 25:12, 25:14,
25:17, 25:19, 25:23,
25:24, 25:25, 26:1,
26:2, 26:3, 26:4,
26:8, 26:10, 26:11,
26:12, 26:14, 26:16,
26:18, 26:21, 26:23,
26:25, 27:1, 27:3,
27:4, 27:5, 27:6,
27:10, 27:12, 27:14,
27:17, 27:18, 27:22,
27:23, 28:4, 28:8,
28:10, 28:13, 28:16,
28:21, 28:23, 28:25,
29:2, 29:7, 29:10,
29:14, 29:17, 29:24,
30:1, 30:2, 30:3,
30:4, 30:9, 30:14,
30:19, 30:21, 30:24,
31:1, 31:15, 32:2,
32:14, 32:15, 33:5,

33:9, 33:14, 33:22,
33:24, 34:1, 34:2,
34:3, 34:5, 34:9,
34:13, 34:19, 34:24,
35:4, 35:5, 35:6,
35:13, 35:20, 35:25,
36:2, 36:7, 36:8,
36:11, 36:12, 36:18,
36:22, 37:6, 37:7,
37:13, 37:15, 37:16,
37:17, 37:21, 37:24,
38:1, 38:3, 38:5,
38:6, 38:19, 38:21,
39:3, 39:5, 39:7,
39:18, 39:20, 39:22,
39:25, 40:6, 40:18,
41:1, 41:7, 41:18,
41:20, 42:8, 42:11,
42:18, 42:19, 43:3,
43:4, 43:5, 43:7,
43:11, 43:12, 43:13,
43:15, 43:17, 43:20,
43:24, 44:3, 44:6,
44:7, 44:9, 44:11,
44:14, 44:17, 44:19,
45:1, 45:2, 45:3,
45:4, 45:8, 45:9,
45:13, 45:15, 45:18,
45:21, 45:25, 46:2,
46:5, 46:6, 46:10,
46:13, 46:15, 46:16,
46:22, 46:23, 46:24,
47:1, 47:3, 47:4,
47:14, 47:21, 48:7,
48:8, 48:14, 48:15,
48:19, 48:23, 48:24,
48:25, 49:1, 49:6,
49:12, 49:13, 49:15,
50:1, 50:3, 50:13,
50:19, 50:21, 50:23,
51:1, 51:3, 51:4,
51:5, 51:7, 51:8,
51:9, 51:12, 51:17,
51:23, 52:5, 52:6,
52:7, 52:14, 53:6,
53:8, 53:11, 53:13,
53:19, 53:20, 53:23,
54:1, 54:11, 54:12,
54:13, 54:19, 54:24,
54:25, 55:7, 55:9,
55:11, 55:22, 55:24,
56:1, 56:14, 56:16,
56:18, 56:23, 57:1,
57:4, 57:6, 57:7,
57:8, 57:21, 58:8,
58:14, 58:17, 58:20,
58:25, 59:3, 59:9,
59:12, 59:16, 59:20,
59:23, 60:2, 60:3,
60:17, 60:22, 60:25,
61:1, 61:12, 61:25,

62:9, 62:11, 62:13,
62:15, 62:16, 62:25,
63:10, 63:15, 63:17,
63:19, 63:21, 63:23,
64:1, 64:4, 64:7,
64:17, 64:18, 64:21,
64:23, 64:24, 65:5,
65:8, 65:9, 65:11,
65:13, 65:20, 65:24,
66:4, 66:7, 66:10,
66:12, 66:15, 66:20,
66:23, 66:25, 67:4,
67:7, 67:8, 67:13,
67:14, 67:17, 67:19,
67:24, 68:2, 68:5,
68:8, 68:10, 68:13,
68:17, 68:21, 68:22,
68:23, 68:24, 69:2,
69:7, 69:12, 69:17,
69:18, 69:25, 70:6,
70:7, 70:11, 70:17,
70:19, 70:20, 70:21,
71:2, 71:6, 71:7,
71:12, 71:17, 71:18,
71:19, 71:22, 72:2,
72:4, 72:5, 72:6,
72:8, 72:12, 72:13,
72:14, 72:15, 72:16,
72:17, 72:21, 72:24,
73:8, 73:12, 73:15,
73:16

**THEIR** [10] - 6:15,
15:2, 15:10, 15:13,
15:14, 15:19, 29:22,
37:5, 43:23, 66:8

**THEM** [27] - 5:10,
12:4, 15:12, 15:17,
15:18, 17:10, 18:21,
19:22, 21:5, 23:18,
30:3, 30:18, 36:2,
36:23, 43:17, 45:7,
46:25, 49:10, 51:25,
57:20, 57:22, 63:2,
66:8, 71:19

**THEMSELVES** [2] -
4:3, 8:12

**THEN** [17] - 4:13, 8:1,
9:22, 13:10, 16:3,
16:10, 16:12, 17:20,
24:21, 27:11, 47:8,
53:4, 55:17, 62:11,
71:18, 72:25, 73:5

**THEORY** [5] - 3:14,
4:21, 6:13, 8:13,
8:14

**THERE** [40] - 3:15,
3:16, 5:3, 8:9, 8:17,
10:20, 11:10, 12:5,
16:21, 16:22, 17:6,
20:13, 20:15, 23:24,

27:22, 28:15, 28:20,
29:3, 29:18, 33:3,
35:16, 36:8, 36:19,
36:25, 44:12, 47:14,
49:12, 50:13, 51:13,
51:22, 59:22, 61:11,
62:3, 65:17, 65:25,
68:18, 69:5, 69:17,
70:3, 71:6

**THERE'S** [3] - 65:15,
66:16, 70:24

**THESE** [9] - 8:8,
12:23, 14:14, 36:21,
37:18, 61:19, 62:22,
63:22, 65:5

**THEY** [53] - 3:14, 4:3,
4:4, 4:5, 5:2, 5:13,
5:16, 5:17, 5:19,
8:16, 8:17, 12:7,
16:1, 16:2, 17:18,
17:19, 19:11, 23:16,
26:9, 26:10, 26:19,
26:20, 27:5, 27:6,
27:8, 27:12, 28:1,
29:25, 31:12, 31:15,
31:22, 32:4, 32:12,
32:25, 33:2, 37:23,
49:7, 55:10, 55:11,
57:18, 57:19, 57:20,
58:1, 62:3, 70:18,
70:19, 70:22

**THEY'RE** [1] - 8:16

**THING** [6] - 14:18,
32:2, 55:1, 57:21,
61:25

**THINGS** [7] - 20:14,
21:13, 41:4, 41:5,
47:12, 56:7, 63:23

**THINK** [58] - 2:14,
2:24, 3:18, 4:5, 6:2,
9:4, 11:6, 12:21,
14:18, 15:7, 15:25,
16:19, 17:1, 17:10,
18:1, 18:16, 18:24,
18:25, 20:24, 21:14,
21:15, 23:14, 27:11,
28:17, 29:5, 31:5,
35:2, 36:9, 36:24,
40:1, 40:12, 40:17,
40:18, 42:24, 43:12,
45:14, 46:4, 48:20,
50:24, 52:8, 52:23,
53:7, 54:16, 55:8,
55:14, 55:15, 56:3,
61:17, 62:3, 62:18,
63:2, 63:20, 63:21,
65:5, 68:20, 69:18,
70:9, 70:14

**THINKING** [6] - 4:23,
19:5, 19:6, 19:9,

36:12, 56:18

**THINKS** [3] - 69:17,
69:23, 71:4

**THIRD** [3] - 21:9, 59:6,
72:13

**THIS** [50] - 2:4, 3:12,
4:20, 4:25, 7:25,
12:23, 12:24, 14:15,
15:9, 17:11, 17:12,
17:24, 18:13, 20:8,
20:17, 21:20, 23:11,
23:13, 23:14, 25:13,
28:6, 30:3, 31:13,
33:17, 36:9, 38:15,
41:16, 51:13, 51:19,
51:21, 55:9, 59:10,
59:25, 60:6, 60:8,
61:23, 62:5, 62:8,
63:2, 63:19, 63:24,
65:6, 65:9, 67:7,
69:3, 70:20, 73:3,
73:11

**THOSE** [12] - 13:11,
14:1, 15:22, 32:7,
37:19, 37:21, 42:21,
42:22, 47:11, 49:9,
53:5, 68:8

**THOUGH** [5] - 5:16,
6:25, 7:21, 16:24,
56:21

**THOUGHT** [10] - 4:22,
23:25, 30:7, 30:20,
34:15, 43:5, 52:17,
54:9, 54:10, 62:1

**THOUGHTS** [1] - 31:7

**THREE** [19] - 34:11,
34:13, 34:14, 34:18,
34:21, 35:4, 35:5,
36:1, 42:6, 44:25,
53:3, 61:13, 65:15,
66:22, 67:4, 69:16,
71:13, 71:16, 71:23

**THREE-YEAR** [1] -
61:13

**THROUGH** [8] - 13:21,
32:2, 49:19, 49:20,
54:25, 61:10, 61:13,
61:18

**TIME** [22] - 3:3, 3:5,
13:15, 16:21, 28:22,
31:14, 39:6, 39:7,
44:19, 45:4, 47:5,
47:6, 55:16, 59:12,
61:5, 62:22, 65:6,
66:15, 66:19, 70:18,
70:19, 73:11

**TIMES** [6] - 6:19,
31:22, 33:17, 37:15,
52:5, 56:5

**TITLE** [6] - 5:10,

11:18, 26:22, 26:24, 26:25, 27:7

**TO** [298] - 2:5, 2:15, 2:25, 3:2, 3:3, 3:4, 3:6, 3:8, 3:11, 3:12, 5:19, 6:6, 6:9, 7:21, 8:10, 8:11, 8:24, 10:1, 10:23, 11:6, 11:7, 11:14, 11:16, 11:23, 12:6, 12:14, 12:18, 12:19, 12:20, 12:22, 13:3, 13:4, 13:6, 13:10, 13:14, 13:15, 13:19, 13:24, 13:25, 14:5, 14:6, 14:7, 14:14, 14:25, 15:2, 15:7, 15:13, 15:17, 15:18, 15:22, 16:5, 16:11, 16:19, 16:20, 17:3, 17:5, 17:7, 17:9, 17:10, 17:12, 17:16, 17:18, 17:23, 17:24, 18:5, 18:21, 19:12, 19:20, 19:21, 19:22, 20:3, 20:6, 20:12, 20:14, 20:16, 20:19, 21:1, 21:4, 21:12, 21:13, 23:7, 23:10, 23:12, 23:13, 23:14, 23:15, 23:18, 24:6, 24:10, 24:11, 24:12, 24:13, 24:14, 24:21, 25:2, 25:7, 25:9, 25:10, 25:13, 25:19, 25:23, 26:10, 26:14, 26:18, 27:6, 27:8, 27:18, 27:23, 28:2, 28:6, 28:17, 28:19, 29:4, 29:11, 29:15, 29:19, 29:21, 30:1, 30:2, 30:4, 30:7, 30:17, 31:4, 31:5, 31:7, 31:12, 31:15, 31:23, 32:1, 32:4, 32:16, 32:23, 32:24, 33:12, 33:19, 34:3, 34:6, 34:10, 35:9, 35:17, 36:2, 36:11, 36:20, 36:21, 36:22, 36:23, 37:15, 37:16, 37:23, 38:12, 38:15, 38:20, 38:21, 38:22, 39:4, 39:13, 39:25, 40:7, 40:13, 40:15, 41:3, 41:4, 41:16, 41:20, 41:24, 42:14, 42:23, 43:6, 43:14, 43:17, 43:19, 43:23, 44:11, 44:13, 44:16, 44:17, 44:18, 44:21, 45:3,

45:4, 45:13, 45:15, 45:16, 45:21, 45:23, 45:24, 46:18, 48:8, 48:16, 48:17, 48:18, 49:3, 49:22, 50:15, 50:18, 50:19, 51:12, 51:19, 51:20, 52:2, 52:7, 53:18, 54:7, 55:7, 55:13, 55:15, 56:22, 57:1, 57:2, 57:3, 57:4, 57:11, 57:20, 58:6, 58:11, 59:8, 59:22, 59:24, 60:8, 60:13, 60:14, 61:15, 61:16, 62:2, 62:5, 62:7, 62:10, 62:14, 62:16, 62:19, 62:20, 62:22, 62:24, 62:25, 63:2, 64:15, 64:18, 65:3, 65:8, 65:20, 65:24, 66:7, 67:14, 67:17, 67:20, 68:10, 68:15, 68:16, 68:17, 68:23, 69:4, 69:7, 69:8, 69:16, 70:3, 70:13, 70:21, 71:2, 71:3, 71:7, 71:8, 71:11, 71:13, 71:22, 72:2, 72:5, 72:6, 72:7, 73:3, 73:4

**TODAY** [12] - 3:1, 3:4, 3:5, 3:8, 11:23, 12:6, 24:17, 35:8, 35:21, 60:5, 62:17, 71:10

**TODAY'S** [1] - 38:15

**TOGETHER** [1] - 57:12

**TOLD** [2] - 28:21, 45:7

**TOM** [1] - 25:7

**TOMORROW** [1] - 45:6

**TOO** [2] - 11:25, 54:10

**TOOK** [4] - 3:3, 3:8, 55:22, 69:16

**TOXIC** [1] - 36:14

**TRAGEDY** [1] - 16:22

**TRANSCRIPT** [1] - 73:16

**TREAT** [2] - 56:3, 56:11

**TREATED** [2] - 63:13, 64:16

**TREATMENT** [1] - 37:5

**TREE** [1] - 26:19

**TRIAL** [10] - 1:13, 2:7, 2:24, 6:6, 8:3, 11:22, 17:6, 18:14, 21:20, 24:1

**TRIED** [2] - 31:12, 37:23

**TRIGGERED** [1] - 5:21

**TRUE** [2] - 5:6, 51:24

**TRY** [5] - 28:19, 31:15, 31:23, 32:4, 54:15

**TRYING** [8] - 7:21, 17:9, 51:20, 52:2, 52:7, 62:5, 62:19, 66:7

**TURN** [1] - 72:22

**TURNED** [2] - 54:24, 55:5

**TV** [1] - 73:4

**TWO** [33] - 3:13, 3:15, 4:1, 4:2, 8:8, 10:17, 12:3, 13:11, 13:12, 17:8, 21:17, 24:23, 24:24, 30:6, 30:7, 30:22, 30:23, 30:24, 33:10, 43:11, 58:1, 63:22, 65:18, 65:21, 66:8, 70:12, 70:13, 70:14, 70:25, 71:9, 71:12, 72:6

**TWO-YEAR-OLD** [1] - 43:11

**TYPE** [1] - 58:19

**TYPICALLY** [1] - 7:25

**U**

**U.S** [3] - 14:6, 14:18, 35:15

**ULTIMATELY** [1] - 14:6

**UMBRELLA** [1] - 4:14

**UNABLE** [1] - 35:17

**UNCLEAR** [1] - 30:7

**UNCONTESTED** [1] - 15:21

**UNDER** [4] - 26:4, 26:7, 26:12, 73:13

**UNDERSTAND** [8] - 7:21, 27:18, 30:17, 43:7, 45:13, 51:20, 51:23, 71:8

**UNEMPLOYMENT** [1] - 61:14

**UNITED** [9] - 1:1, 4:12, 10:2, 10:4, 10:8, 10:9, 10:10, 12:14, 12:15

**UNTIL** [5] - 12:11, 19:7, 20:20, 28:18, 59:12

**UP** [32] - 15:13, 15:14, 17:16, 24:12, 25:9, 27:25, 29:6, 30:5, 30:18, 30:23, 30:25,

31:5, 32:18, 34:3, 35:10, 38:1, 39:2, 39:21, 43:18, 45:3, 45:9, 46:14, 49:3, 53:13, 53:21, 59:12, 61:20, 62:21, 63:21, 66:11, 72:9, 72:10

**UPON** [2] - 33:18, 65:7

**US** [6] - 1:23, 13:9, 24:6, 45:5, 46:20, 62:23

**USA** [5] - 1:6, 4:10, 4:11, 8:19, 9:18

**USUALLY** [2] - 5:3, 31:22

**V**

**VERDICT** [7] - 4:22, 5:7, 5:10, 12:3, 14:15, 25:14, 65:4

**VERY** [16] - 2:25, 4:18, 12:18, 17:24, 18:16, 24:22, 44:18, 45:7, 45:24, 48:14, 53:23, 54:23, 59:16, 70:4, 71:7

**VICTIM** [3] - 37:13, 38:9, 66:23

**VIDEOTAPE** [1] - 71:22

**VIEW** [8] - 13:25, 17:19, 21:9, 35:17, 37:1, 41:14, 66:9, 71:12

**VIEWED** [1] - 52:25

**VIEWPOINT** [1] - 70:20

**VIEWS** [15] - 14:10, 14:13, 14:14, 14:24, 15:15, 15:19, 16:1, 16:17, 16:20, 17:17, 42:21, 42:22, 52:21, 68:22, 68:23

**VII** [6] - 5:10, 11:18, 26:22, 26:24, 26:25, 27:7

**VOIR** [3] - 3:11, 13:22, 14:3, 16:6, 16:11, 16:18, 18:15, 28:25

**VS** [1] - 1:5

**W**

**WAIT** [2] - 28:5, 72:24

**WAITING** [4] - 3:5, 12:17, 13:7, 25:13

**WANT** [32] - 2:25, 3:2, 3:6, 13:14, 14:25, 15:17, 15:18, 16:17,

19:20, 19:21, 19:22, 20:3, 23:12, 30:17, 31:4, 31:7, 32:1, 34:5, 35:9, 39:7, 44:13, 51:19, 55:15, 57:3, 57:4, 62:7, 62:24, 62:25, 63:2, 65:24, 70:3, 71:21

**WANTED** [8] - 2:15, 21:1, 24:6, 24:10, 27:18, 40:15, 57:20, 61:15

**WANTS** [2] - 39:2, 41:3

**WAS** [93] - 4:22, 4:23, 6:20, 6:24, 7:3, 8:9, 9:14, 9:25, 11:3, 11:5, 12:2, 13:18, 16:12, 19:5, 20:18, 21:2, 21:6, 22:5, 23:13, 23:18, 25:21, 28:15, 29:18, 30:14, 30:20, 32:14, 32:15, 34:15, 34:17, 34:18, 35:3, 37:21, 38:7, 38:23, 39:4, 39:12, 40:4, 41:8, 42:16, 43:5, 43:15, 43:19, 44:19, 44:20, 46:8, 46:21, 46:22, 46:25, 47:3, 47:14, 48:16, 48:21, 49:18, 50:7, 50:10, 51:13, 52:6, 52:7, 52:8, 52:17, 52:23, 53:2, 54:9, 54:10, 54:24, 55:2, 55:5, 56:18, 57:24, 57:25, 58:13, 58:17, 59:3, 59:9, 61:12, 61:25, 62:8, 62:20, 63:2, 66:3, 66:10, 66:12, 66:23, 68:21, 68:25, 69:17, 69:19, 70:4, 70:9, 70:16

**WASN'T** [9] - 13:16, 19:5, 19:7, 19:9, 32:24, 52:19, 61:25, 63:8, 63:10

**WASTE** [1] - 59:22

**WATER** [2] - 14:19, 58:9

**WATHINGTON** [1] - 72:16

**WAVING** [1] - 24:9

**WAY** [9] - 19:6, 19:10, 26:19, 27:6, 30:2, 52:7, 55:4, 69:5, 69:20

**WE** [88] - 2:4, 3:1, 3:7, 3:9, 3:10, 3:20, 4:25,

6:2, 6:3, 6:6, 8:1, 8:2, 8:20, 8:24, 8:25, 11:10, 11:13, 13:4, 13:7, 13:10, 14:3, 14:8, 14:10, 15:12, 15:16, 16:3, 16:9, 16:13, 16:17, 17:8, 17:19, 17:20, 18:13, 18:19, 20:11, 25:2, 26:1, 26:12, 26:14, 27:12, 27:17, 27:24, 28:2, 28:5, 28:17, 28:21, 29:5, 30:1, 30:15, 30:21, 34:5, 35:13, 35:14, 36:1, 37:24, 38:19, 39:3, 40:9, 44:22, 44:24, 45:3, 46:23, 47:4, 52:20, 54:7, 54:8, 56:15, 57:11, 60:8, 61:5, 62:5, 62:7, 62:24, 65:5, 65:7, 65:9, 65:16, 66:7, 66:11, 66:14, 67:4, 71:18, 71:19, 72:24, 73:1

**WE'LL** [1] - 73:5
**WE'RE** [1] - 28:6
**WE'VE** [2] - 22:18, 27:25
**WEATHER** [1] - 41:21
**WEEK** [2] - 44:25, 54:24
**WEEK'S** [2] - 38:16, 50:3
**WEEKS** [2] - 44:25, 60:5
**WELCOME** [2] - 2:23, 61:3
**WELL** [9] - 2:15, 5:8, 11:13, 19:15, 20:21, 31:12, 60:6, 61:10, 65:5
**WENT** [9] - 11:16, 13:20, 18:15, 23:9, 23:25, 54:25, 57:2, 61:10, 61:13
**WERE** [40] - 5:19, 8:8, 8:18, 13:23, 14:17, 16:13, 16:14, 19:5, 20:13, 24:20, 32:13, 32:23, 36:3, 38:9, 42:14, 44:25, 47:1, 47:14, 47:24, 48:2, 48:8, 49:7, 49:8, 54:17, 55:10, 55:11, 57:18, 57:19, 57:21, 57:22, 58:1, 58:19, 62:11, 63:9, 63:12, 64:16, 69:14, 69:15,

73:12
**WEREN'T** [1] - 14:1
**WEST** [1] - 33:8
**WHAT** [60] - 4:18, 4:21, 5:21, 7:21, 8:13, 12:7, 12:19, 13:23, 14:13, 14:20, 14:23, 14:25, 17:18, 19:16, 21:6, 21:12, 21:17, 21:18, 21:19, 23:22, 23:23, 25:21, 27:4, 27:19, 28:17, 29:19, 30:9, 31:7, 31:22, 32:23, 33:2, 33:17, 37:4, 37:21, 40:2, 40:7, 40:9, 41:2, 41:24, 42:14, 43:2, 43:6, 43:18, 44:14, 45:18, 45:22, 48:15, 49:18, 50:18, 52:4, 56:10, 59:23, 61:9, 66:20, 67:6, 68:21, 69:12, 70:4, 73:6
**WHAT'S** [1] - 10:16
**WHATEVER** [2] - 57:20, 72:10
**WHEN** [27] - 4:24, 5:11, 5:22, 12:19, 13:20, 14:17, 16:12, 28:21, 37:18, 38:5, 40:2, 41:7, 42:13, 44:20, 45:23, 47:3, 47:14, 51:13, 53:17, 59:9, 60:22, 62:5, 66:2, 68:18, 71:5, 71:18
**WHERE** [7] - 3:18, 13:10, 16:22, 18:14, 23:3, 42:3, 57:21
**WHEREAS** [1] - 70:20
**WHEREVER** [1] - 60:10
**WHETHER** [7] - 15:12, 16:1, 16:20, 31:5, 42:14, 44:12, 57:1
**WHICH** [16] - 3:23, 4:7, 5:24, 9:15, 14:4, 14:5, 14:6, 15:22, 20:12, 42:5, 44:19, 62:8, 62:10, 68:21, 71:15, 72:10
**WHILE** [3] - 25:12, 33:8, 72:24
**WHO** [20] - 4:21, 4:23, 6:8, 7:23, 8:4, 12:19, 13:8, 22:18, 30:4, 31:11, 34:9, 45:6, 53:19, 61:22, 63:6, 63:24, 66:8, 68:14,

70:20, 72:5
**WHOLE** [1] - 14:18
**WHOM** [1] - 8:10
**WHY** [12] - 3:15, 9:5, 9:15, 19:5, 31:25, 32:24, 39:4, 40:2, 46:20, 57:2, 64:6, 65:22
**WILL** [42] - 2:12, 8:2, 11:23, 11:25, 12:6, 13:9, 13:10, 16:3, 17:20, 18:4, 18:7, 25:8, 25:9, 27:3, 27:17, 28:5, 28:19, 34:3, 38:14, 38:19, 39:3, 65:16, 67:4, 71:6, 71:18, 72:7, 72:11, 72:12, 72:13, 72:14, 72:15, 72:16, 72:17, 72:25, 73:1, 73:2, 73:5, 73:6, 73:8
**WILLIAM** [1] - 72:16
**WIN** [2] - 8:4, 26:3
**WISH** [1] - 67:14
**WITH** [69] - 3:9, 4:17, 5:13, 10:21, 11:14, 14:5, 14:11, 14:19, 15:9, 17:12, 17:20, 17:24, 18:6, 21:18, 23:8, 23:14, 23:20, 24:7, 24:13, 27:18, 27:25, 29:13, 29:19, 30:1, 30:2, 30:20, 33:1, 34:25, 35:11, 36:25, 37:24, 38:14, 40:10, 41:15, 41:20, 42:14, 44:20, 48:15, 49:3, 49:4, 49:5, 49:25, 50:2, 50:6, 50:14, 53:6, 53:18, 54:6, 56:22, 58:11, 58:14, 60:10, 61:6, 61:22, 62:6, 63:3, 63:23, 64:5, 64:7, 64:14, 64:15, 65:9, 68:6, 68:15, 68:22, 71:9, 71:16, 72:9
**WITHOUT** [1] - 56:16
**WITNESS** [7] - 34:1, 43:3, 43:11, 46:9, 47:25, 48:2, 71:22
**WITNESSES** [1] - 15:9
**WON'T** [1] - 17:21
**WORDS** [2] - 14:2, 29:18
**WORK** [35] - 3:2, 3:7, 10:24, 11:2, 11:11, 30:13, 30:15, 30:20, 31:9, 31:10, 31:25,

32:22, 33:3, 34:15, 34:16, 34:17, 34:25, 35:12, 36:4, 36:9, 38:6, 38:10, 39:12, 40:19, 41:23, 42:3, 45:24, 47:2, 47:9, 47:18, 58:23, 59:3, 61:12, 63:24
**WORKED** [13] - 30:13, 32:12, 32:16, 34:12, 36:12, 39:11, 39:16, 40:3, 54:23, 54:25, 55:17, 56:22, 59:6
**WORKING** [6] - 8:22, 14:25, 16:2, 36:3, 44:23, 60:12
**WORKPLACE** [5] - 41:20, 54:19, 58:8, 58:20, 61:8
**WORKS** [5] - 7:7, 33:4, 73:3, 73:4
**WORLD** [1] - 3:6
**WOULD** [57] - 5:14, 8:6, 15:12, 15:13, 17:8, 18:2, 19:1, 19:13, 21:5, 24:6, 26:6, 26:7, 26:11, 26:12, 26:16, 27:5, 27:12, 27:14, 28:20, 29:3, 29:11, 29:20, 30:4, 33:19, 34:2, 34:9, 34:23, 35:16, 37:1, 38:15, 38:21, 39:13, 40:13, 43:4, 43:6, 43:12, 43:14, 44:16, 50:15, 50:18, 51:15, 58:6, 60:8, 60:15, 62:14, 62:16, 63:25, 64:14, 65:2, 65:7, 65:23, 67:8, 67:16, 70:23, 70:24
**WOULDN'T** [2] - 57:5, 69:19
**WRONG** [3] - 9:3, 9:4, 52:5

## Y

**YEAH** [18] - 4:19, 6:5, 7:4, 7:22, 9:10, 19:4, 19:9, 21:6, 32:12, 34:14, 35:25, 36:11, 41:1, 42:19, 48:3, 53:10, 59:23, 67:24
**YEAR** [10] - 20:19, 32:25, 35:14, 36:1, 43:11, 59:9, 59:10, 59:11, 61:13, 64:7
**YEARS** [12] - 31:20, 36:13, 40:4, 49:7,

53:3, 57:19, 58:1, 58:2, 59:3, 61:8, 61:11, 69:16
**YELL** [1] - 70:18
**YES** [70] - 3:16, 7:5, 7:13, 9:11, 10:25, 11:19, 15:4, 15:15, 17:25, 22:10, 22:20, 22:22, 23:4, 24:14, 24:18, 25:4, 25:11, 26:6, 26:10, 29:12, 29:17, 31:17, 32:24, 36:16, 36:24, 37:9, 37:11, 37:15, 38:8, 38:11, 41:17, 41:19, 42:5, 42:2, 42:4, 42:17, 43:8, 45:21, 46:10, 46:12, 48:16, 48:17, 48:18, 49:17, 50:20, 51:7, 51:15, 51:18, 52:16, 53:1, 53:12, 55:6, 56:18, 57:10, 57:16, 58:16, 58:18, 59:13, 59:15, 60:11, 61:17, 62:16, 63:8, 64:11, 64:13, 65:25, 67:2, 68:12, 70:16
**YESTERDAY** [1] - 5:22
**YET** [1] - 36:5
**YOU** [409] - 3:2, 3:4, 3:6, 3:8, 3:10, 3:18, 4:19, 4:20, 5:1, 5:19, 5:20, 5:22, 6:5, 6:9, 6:10, 6:14, 7:7, 7:21, 8:4, 9:4, 9:9, 10:19, 11:1, 11:5, 11:15, 12:4, 12:6, 12:7, 12:9, 12:10, 12:11, 12:18, 13:4, 13:6, 13:13, 13:15, 13:19, 13:20, 13:21, 13:22, 13:23, 14:10, 14:11, 14:13, 14:17, 14:19, 14:20, 14:23, 15:18, 15:19, 15:23, 16:4, 16:5, 16:6, 18:2, 18:16, 18:18, 18:22, 18:25, 19:5, 19:16, 19:21, 19:23, 20:5, 21:21, 22:1, 22:7, 22:13, 23:9, 23:10, 23:14, 23:21, 23:22, 23:23, 23:24, 23:25, 24:8, 24:13, 24:20, 25:7, 25:12, 25:13, 25:14, 25:20, 26:3, 26:16, 27:14, 27:19, 27:20, 28:21, 28:23,

29:3, 29:11, 29:19, 29:21, 30:2, 30:3, 30:4, 30:9, 30:17, 31:2, 31:4, 31:5, 31:6, 31:7, 31:13, 31:16, 31:18, 31:24, 32:6, 32:9, 32:13, 32:22, 32:23, 33:1, 33:2, 33:5, 33:6, 33:13, 33:15, 33:16, 33:17, 33:18, 33:19, 33:24, 34:2, 34:3, 34:5, 34:9, 34:10, 34:15, 34:17, 34:21, 35:7, 35:9, 35:10, 35:16, 35:17, 35:20, 35:23, 36:3, 36:8, 36:9, 36:20, 36:22, 37:7, 37:10, 37:12, 37:14, 37:18, 38:5, 38:6, 38:9, 38:12, 38:15, 38:19, 38:20, 38:21, 39:9, 39:23, 39:25, 40:1, 40:2, 40:10, 40:12, 40:15, 40:17, 40:19, 40:20, 40:25, 41:8, 41:9, 41:10, 41:12, 41:13, 41:14, 41:23, 41:24, 42:3, 42:7, 42:8, 42:13, 42:14, 42:15, 42:16, 42:21, 42:24, 43:1, 43:2, 43:4, 43:5, 43:6, 43:7, 43:9, 43:13, 43:24, 44:11, 44:12, 44:13, 44:14, 45:5, 45:6, 45:7, 45:9, 45:14, 45:15, 46:2, 46:13, 46:17, 46:18, 46:19, 46:20, 47:6, 47:9, 47:11, 47:14, 47:17, 47:18, 47:19, 47:24, 48:2, 48:8, 48:10, 48:14, 49:2, 49:5, 49:12, 49:15, 49:22, 49:25, 50:2, 50:5, 50:15, 50:18, 51:1, 51:10, 51:11, 51:12, 51:13, 51:19, 51:20, 52:8, 52:11, 52:12, 52:15, 52:21, 52:23, 52:25, 53:4, 53:7, 53:17, 53:20, 53:21, 53:23, 54:1, 54:14, 54:16, 54:17, 54:18, 54:19, 55:4, 55:5, 55:8, 55:12, 55:13, 55:15, 55:17, 55:19, 55:21, 55:23, 56:3, 56:7, 56:13, 56:14,

56:23, 56:25, 57:3, 57:4, 57:9, 57:14, 57:17, 57:22, 58:3, 58:5, 58:11, 58:15, 58:19, 58:22, 59:3, 59:6, 59:12, 59:16, 59:20, 59:21, 60:8, 60:10, 60:12, 60:15, 61:2, 61:4, 61:9, 61:16, 61:24, 62:2, 62:3, 62:5, 62:8, 62:9, 62:10, 62:11, 62:14, 62:17, 62:19, 62:23, 62:25, 63:3, 63:9, 63:11, 63:12, 63:19, 63:20, 64:4, 64:14, 64:16, 65:5, 65:6, 65:12, 65:13, 65:25, 67:9, 67:10, 67:14, 67:20, 67:21, 67:22, 68:5, 70:2, 70:3, 70:11, 70:13, 70:21, 71:4, 71:16, 71:19, 71:22, 72:7, 72:9, 72:10, 72:11, 72:19, 72:21, 72:22, 72:24, 72:25, 73:1, 73:2, 73:3, 73:4, 73:5, 73:6, 73:7, 73:8

**YOU'RE** [5] - 5:18, 12:20, 28:9, 52:21, 61:3
**YOU'VE** [1] - 10:20
**YOU-ALL** [3] - 19:21, 19:23, 23:23
**YOUNG** [1] - 40:6
**YOUR** [123] - 2:2, 2:8, 2:16, 2:21, 2:24, 3:4, 3:5, 3:16, 3:20, 3:25, 4:15, 4:17, 4:24, 6:1, 6:13, 6:18, 7:13, 8:7, 8:14, 8:17, 9:21, 11:1, 11:18, 12:10, 13:17, 14:1, 14:9, 14:14, 16:4, 16:8, 17:18, 18:2, 18:25, 19:8, 20:5, 21:21, 22:1, 22:6, 22:16, 24:4, 24:25, 25:3, 25:6, 25:8, 25:11, 25:17, 27:20, 28:3, 28:6, 31:5, 31:7, 31:16, 32:22, 33:12, 34:15, 35:9, 36:15, 36:25, 37:1, 38:6, 38:23, 39:1, 39:24, 39:25, 40:10, 40:13, 40:20, 41:8, 41:11, 42:13, 42:14, 42:22,

43:10, 43:18, 44:5, 44:11, 45:14, 45:20, 46:1, 47:17, 48:12, 49:4, 50:13, 50:24, 51:12, 52:8, 52:11, 52:19, 52:21, 53:7, 54:14, 54:16, 55:7, 56:6, 56:10, 57:14, 58:6, 58:9, 59:18, 60:10, 61:4, 62:19, 63:3, 63:11, 64:14, 64:15, 65:2, 65:3, 65:19, 66:3, 67:5, 67:22, 68:13, 69:12, 70:1, 71:21, 72:8, 72:11, 72:19, 72:22, 73:9
**YOURSELF** [3] - 33:1, 47:9, 53:17
**YOUTH** [1] - 54:23
**YOUTH-ORIENTED** [1] - 54:23

# Z

**ZENECA** [1] - 31:10