# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. <u>19-1525 and 19-1526</u>

Stephen Middlebrooks v. Teva Pharmaceuticals USA Inc, et al

(U.S. District Court No.: 2-17-cv-00412)

**ORDER**

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:   July 26, 2019
TMM/cc:   Ms. Kate Barkman,
Stephen G. Console, Esq.
Ms. Jennifer A. Ermilio, Esq.
Caren N. Gurmankin, Esq.
Brad M. Kushner, Esq.
Laura C. Mattiacci, Esq.
Larry J. Rappoport, Esq.

**A True Copy:**

*Patricia S. Dodszuweit*

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate